UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                         CASE NO. 8:21-cv-2429-SDM-TGW

JOSEPH R. BIDEN, et al.,

    Defendants.
_____/

**ORDER**

    The verified complaint (Doc. 1) contains class-action allegations. Under Rule 23(c)(1)(A), Federal Rules of Civil Procedure, "At an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action."

    In accord with Rule23(c)(1)(A), if the plaintiffs intend to apply at any time to certify a class, the plaintiffs not later than **NOVEMBER 10, 2021**, must move for class certification. The motion must describe the putative class and any putative subclass, state the characteristics of the putative class and any distinctions characteristic of any subclass, identify the type of the purported class under Rule 23(b), and otherwise satisfy the requirements of Rule 23(a).

    Also, under Local Rule 1.07(c), lead counsel "has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." Not later

than **NOVEMBER 3, 2021**, lead counsel for each party must file a notice identifying and succinctly describing any related action (that is, any action challenging either of the directives at issue in this action).

ORDERED in Tampa, Florida, on October 27, 2021.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE