UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), counsel has a "continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

this Court, or any other federal or state court, or administrative agency as indicated below:

*State of Florida v. Nelson, et al.*, No. 8:21-cv-02524-SDM-TGW (M.D. Fla.): challenge to, *inter alia*, Executive Order 14042, which pertains to vaccine requirements for federal contractors

*Doe, et al. v. Austin, et al.*, No. 3:21-cv-01211-AW-HTC (N.D. Fla.): challenge to the Secretary of Defense's August 24, 2021 memorandum and the Military Services' implementation guidance, which pertain to vaccine requirements for service members

*Robert, et al. v. Austin, et al.*, No. 1:21-cv-2228-RM (D. Colo.): challenge to the Secretary of Defense's August 24, 2021 memorandum

*Rudometkin, et al. v. Austin*, No. 1:21-cv-02220-TSC (D.D.C.): challenge to the Secretary of Defense's August 24, 2021 memorandum

*Altschuld, et al. v. Raimondo, et al.*, No. 1:21-cv-02779 (D.D.C.): challenge to, *inter alia*, Executive Order 14042 and Executive Order 14043, which pertains to federal employees

*Brass v. Biden, et al.*, No. 1:21-cv-02778-MEH (D. Colo.): challenge to Executive Order 14043

*Brnovich, et al. v. Biden, et al.*, No. 2:21-cv-01568-MTL (D. Ariz.): challenge to, *inter alia*, Executive Order 14042 and Executive Order 14043

*Church, et al. v. Biden, et al.*, No. 1:21-cv-02815-CKK (D.D.C.): challenge to Executive Order 14042, Executive Order 14043, and the Secretary of Defense's August 24, 2021 memorandum

*Costin, et al. v. Biden, et al.*, No. 1:21-cv-02484-CKK (D.D.C.): challenge to Executive Order 14042, Executive Order 14043, and the Secretary of Defense's August 24, 2021 memorandum

*Employee A, et al. v. Biden, et al.*, No. 8:21-cv-02696-DKC (D. Md.): challenge to Executive Order 14043

*Foley v. Biden*, No. 4:21-cv-01098 (N.D. Tex.): challenge to Executive Order 14043

*State of Georgia, et al. v. Biden, et al.*, No. 1:21-tc-05000 (S.D. Ga.): challenge to Executive Order 14042

*Jensen, et al. v. Biden, et al.*, No. 4:21-cv-5119-TOR (E.D. Wash.): challenge to, *inter alia*, Executive Order 14042

*State of Texas v. Biden, et al.*, No. 3:21-cv-309 (S.D. Tex.): challenge to Executive Order 14042
Click or tap here to enter text.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Program Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Courtney D. Enlow*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470

Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

11/3/2021