# Exhibit 19

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NAVY SEAL #1, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 8:21-cv-02429 |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF LIEUTENANT COLONEL NEKITHA M. LITTLE

I, Nekitha M. Little, hereby state and declare as follows:

1. I am a Lieutenant Colonel in the United States Air Force currently assigned as the Deputy Division Chief, Military Compensation Policy, Force Management for Military Personnel (A1P). I have been in this position since approximately August 1, 2019. As a part of my duties, I am responsible for developing and interpreting policy related to military pay and compensation guidance, which includes leave policy, to ensure consistency with Congressional statutes, the Office of the Secretary of Defense and Department of the Air Force instruction, enhance the Air Force mission, and improve the quality of life for Airmen and Guardians.

2. I make this declaration in my official capacity as the Deputy Division Chief, Military Compensation Policy, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. After the Secretary of Defense mandated the COVID-19 vaccine for all service members, the Department of the Air Force developed and promulgated a departmental-wide

implementation guide, which included guidance on administrative exemptions available. "Terminal leave" is considered a valid administrative exemption to the vaccine mandate. I am familiar with this terminal leave policy as it falls within the scope of my professional duties. In accordance with Air Force Guidance Memorandum to Department of Air Force Instruction 36-3003, *Military Leave Program,* dated April 7, 2021, terminal leave is defined as "…chargeable leave taken in conjunction with retirement or separation from active duty. Member's last day of leave coincides with the last day of active duty." Terminal leave is not automatic, and members must request the leave from their unit commanders via the LeaveWeb system which is the system of record for all leave requests. Once a member is on terminal leave, they are no longer considered on active duty, hence the acceptance of this as an administrative exemption as referenced in 48-110, *Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases,* 16 February 2018.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November 2021.

*Nekitha M. Little*

NEKITHA M. LITTLE, Lt Col, USAF
Deputy Division Chief
Military Compensation Policy