## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>              Defendants. | No. 8:21-cv-2429-SDM-TGW |

## PLAINTIFFS' NOTICE OF AGREEMENT WITH DEFENDANTS' NOTICE OF RELATED CASES

Pursuant to this Court's Order (dkt. 15), Plaintiffs hereby submit their Notice of agreement with Defendants' Notice of Related Cases. (Dkt. 22.) Plaintiffs understood the Court's Order as requiring Notice of Related Cases in the Middle District of Florida or elsewhere to encompass a joint obligation of both Parties. Because Defendants provided this Court with an exhaustive list of all potentially related cases to the instant action, and Plaintiffs had no knowledge of other related cases, Plaintiffs understood the obligation to have been satisfied. Out of an abundance of caution. Plaintiffs hereby submit this Notice joining Defendants in their Notice of Related Cases.

Respectfully submitted,

/s/ Horatio G. Mihet
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org - hmihet@lc.org
rgannam@lc.org - dschmid@lc.org*
rmast@lc.org*
*Applications for Admission pro hac vice pending

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2021, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet