UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | No. 8:21-cv-2429-SDM-TGW |

**JOINT STATEMENT FOR HEARING ON PRELIMINARY INJUNCTION**

In lieu of the Witness and Exhibit Lists requested by the Court, the Parties hereby advise the Court that the Parties do not intend to present live witnesses at the November 15, 2021 hearing on Plaintiffs' Motion for Preliminary Injunction. The Parties will rely upon the record and briefing submitted on the pending motion (including declarations and exhibits submitted), as well as arguments of counsel.

Respectfully submitted,

| | |
|---|---|
| /s/ Horatio G. Mihet | BRIAN M. BOYNTON |
| Mathew D. Staver | Acting Assistant Attorney General |
| Horatio G. Mihet | |
| Roger K. Gannam | ALEXANDER K. HAAS |
| Daniel J. Schmid | Director, Federal Programs Branch |
| Richard L. Mast | |
| LIBERTY COUNSEL | ANTHONY J. COPPOLINO |
| P.O. Box 540774 | Deputy Director |
| Orlando, FL 32854 | |
| Phone: (407) 875-1776 | /s/ *Amy E. Powell* |
| Facsimile: (407) 875-0770 | ANDREW E. CARMICHAEL |
| Email: court@lc.org | AMY E. POWELL |
|     hmihet@lc.org | Senior Trial Counsel |
|     rgannam@lc.org | ZACHARY A. AVALLONE |
|     dschmid@lc.org | COURTNEY D. ENLOW |
|     rmast@lc.org | R. CHARLIE MERRITT |
| | Trial Attorneys |
| ***Attorneys for Plaintiffs*** | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, DC 20005 |
| | Tel: (919) 856-4013 |
| | Email: amy.powell@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2021, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet