UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

| CASE NO.: | 21-cv-2429-SDM-TGW | DATE: | November 15, 2021 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | N/A |
| **NAVY SEAL 1 et al,**<br><br><br>**v.**<br><br><br>**JOSEPH R. BIDEN et al,** | | LANGUAGE: | N/A |
| | | PLANTIFF COUNSEL<br>Mathew D. Staver<br>Daniel Schmid<br>Horatio Mihet<br>Roger Gannam | |
| | | DEFENSE COUNSEL<br>Amy Powell<br>Robert Merritt | |
| COURT REPORTER:   Bill Jones | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:03 am -10:30 am<br>11:02am- 12:23 am<br>1:52pm- 3:27pm | TOTAL:<br><br>4 hours 23 minutes | |
| | | COURTROOM: | 15A |

### PROCEEDINGS:   Preliminary Injunction

All parties present and identified for the record.

Plaintiff (Daniel Schmid) makes oral argument regarding (Doc.2) Preliminary Injunction.

Defense (Amy Powell) makes oral argument regarding (Doc.2) Preliminary Injunction.

Plaintiff (Daniel Schmid) gives rebuttal argument.

Court takes the Preliminary Injunction under advisement and will issue an order accordingly.