UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:21-cv-2429-SDM-TGW

JOSEPH R. BIDEN, et al.,

    Defendants.
_____/

## ORDER

Reporting that the plaintiffs "intend to move to amend their complaint either 'this week, or early next week,'" the defendants move (Doc. 45) unopposed to extend the time within which to respond to the complaint. The motion (Doc. 45) is **GRANTED**. Not later than **JANUARY 21, 2022**, or fourteen days after an order resolves the anticipated motion for leave to amend the complaint (whichever day is later), the defendants must respond.

ORDERED in Tampa, Florida, on December 16, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE