**Table of Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Army – Declaration of Colonel Kevin J. Mahoney |
| 2. | Navy – Declaration of Captain Mery-Angela Sanabria Katson, and Data Exhibit |
| 3. | Marines – Declaration of Colonel Mark R. Reid, and Data Exhibit |
| 4. | Air Force – Declaration of Colonel Jason A. Holbrook, and Data Exhibit |
| 5. | Air Force – Declaration of Major Matthew J. Streett |
| 6. | Air Force – Declaration of Artemio C. Chapa |
| 7. | Coast Guard – Declaration of Commander Brooke Grant, and Data Exhibit |