# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL #1, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 8:21-cv-02429 |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF COLONEL JASON A. HOLBROOK

I, Jason A. Holbrook, hereby state and declare as follows:

1. I am a Colonel in the United States Air Force currently assigned as the Deputy Director of Staff (DDS) COVID-19 Team Chief at the Pentagon. I have been in this position since August 17, 2021. As a part of my duties, I am responsible for Air Force service member COVID-19 vaccination status reporting.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I base this declaration upon my personal knowledge and upon information that has been provided to me in the course of my official duties, and I make this declaration on behalf of the Department of the Air Force, which is comprised of the U.S. Air Force and U.S. Space Force.

3. I submit this declaration in support of Defendants' response to this Court's November 22, 2021 Order, requesting specific data be provided every fourteen days starting on January 7, 2022, pertaining to the number of requests filed in the Department of the Air Force for religious exemption from the COVID-19 vaccine, including the status of those requests, data on the

number of medical and exemption requests, and courts-martial or discharge proceedings related to service members denied their religious accommodation request. Attached to this declaration as "Exhibit 1" is a summary of the information provided herein as it relates to the Court's inquiry and as is known to me to the best of my knowledge at the time of this declaration. The Department of the Air Force is not able to provide certain statistical data or the data is otherwise limited for the reasons provided below.

## Data Limitations

4.     The total number of Religious Accommodation Requests is an estimate, based on the total estimated to be in progress plus the aggregate number approved and estimated aggregate number fully resolved and denied.[1] Under Air Force Instruction (AFI) 48-110_IP, *Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases*, dated 7 October 2013 (certified current 16 February 2018),[2] religious accommodation requests, pending or approved, are coded as "Admin Refused" (AR).[3] This code is used for other purposes as well, including a refusal unrelated to a religious accommodation request. The total number of Religious Accommodation Requests *in progress* is estimated by pulling the number of service members with an "AR" code from the Aeromedical Services Information Management System (ASIMS) then subtracting the number of service members who have refused, unrelated to a religious accommodation request, as reported by the chain of command. While used internally by the Department of the Air Force, this method has acknowledged limitations and is susceptible

---

[1] See below for more information on the limitations for the aggregate number fully resolved and denied.
[2] AFI 48-110_IP is an inter-service publication. The Army identifies it as Army Regulation (AR) 40-562, Navy as Bureau of Medicine and Surgery Instruction (BUMEDINST) 6230.15B, and Coast Guard (CG) Commandant Instruction (COMDTINST) M6230.4G.
[3] AFI 48-110_IP, Table C-2.

to service members being mis-identified or mis-categorized, as a result of human error at the data entry level.

5.      The Department of the Air Force does not have a system for tracking the status of a Religious Accommodation Request before it reaches the Approval Authority-level. Consequently, the number of pending Religious Accommodation Requests is limited to those requests that have made it to the Approval Authority or for which the Approval Authority has been notified as being processed at a lower level.

6.      As previously noted, the Department of the Air Force did not implement an appeal deadline until December 7, 2021 and statistics on the number of cases where a member did not appeal by the deadline is limited to disapprovals after December 7, 2021. As a result, the aggregate number of requests that have been fully resolved and denied does not completely capture the total number of requests fully resolved and denied.

7.      The total number of administrative exemptions is data pulled from ASIMS. The data pull, however, only provided the overarching number of administrative exemptions. It did not distinguish type of exemptions.[4] In addition to exemptions for terminal leave and approved retirement or separation dates, it also covers other situations, including situations where the individual is unavailable to take the vaccine. For example, individuals who are incarcerated or absent without leave (AWOL) would have an administrative exemption code placed in their records.

8.      Pursuant to Secretary of the Air Force memorandum, "Supplemental Coronavirus Disease 2019 Vaccination Policy," dated December 7, 2021, a service member who is notified their religious accommodation request was disapproved by the Approval Authority has five (5)

---

[4] Future reporting may be able to better distinguish this number.

3

calendar days submit an appeal. Prior to that date, the Department of the Air Force did not implement an Air Force-wide appeal deadline. Data indicating the number of cases where a service member did not appeal the initial disapproval of their request are limited to those requests disapproved after the December 7 memorandum. Additionally, this number is subject to some fluctuation. A service member who is given an extension by their commander to file an appeal may initially be listed as not appealing before the deadline with subsequent data adjusting for the extension.

9. Please refer to the declaration of Chaplain, Major Matthew J. Streett, dated January 7, 2022, regarding limitations in providing data for religious accommodation denials "in which the chaplain determined the asserted belief is sincere."

10. Please refer to the declaration of Colonel Artemio C. Chapa, dated January 7, 2022, regarding limitations in providing data for the "number of medical-exemption requests from COVID-19 vaccination and the number of medical exemptions . . . denied."

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January 2022.

> HOLBROOK.JASON.A.1084810688
> Digitally signed by HOLBROOK.JASON.A.1084810688
> Date: 2022.01.07 17:37:41 -05'00'
>
> JASON A. HOLBROOK, Colonel, USAF
> DDS COVID-19 Team Chief

Attachment:
Exhibit 1: Department of the Air Force Vaccination & Religious Accommodation Data, dated January 7, 2022

Exhibit 1 to Colonel Jason A. Holbrook's Declaration

Department of the Air Force Court-Ordered Data[1]

Current as of 7 January 2021

Number of requests for a religious exemption from injection of a COVID-19 vaccine:

| Estimated Total Requests[2] | Initial Requests Under Review[3] | Initial Request Approved | Initial Requests Denied | Denials Where Chaplain Determined Belief Sincere |
|---|---|---|---|---|
| 10,973 | 2,151 | 0 | 2,387 | UNKNOWN |

| # of Denials With No Appeal Before Appeal Deadline[4] | # of Appeals Pending | # of Appeals Denied | # of Appeals Approved (i.e., accommodation granted) | Aggregate # of Approved Requests | Aggregate # of Requests Fully Resolved & Denied[5] |
|---|---|---|---|---|---|
| 76 | 140 | 235 | 0 | 0 | 311 |

Temporary Medical Exemptions:

| Total Medical Exemption Requests | Number of Exemptions Granted[6] | Number of Exemptions Denied |
|---|---|---|
| UNKNOWN | 1,723 | UNKNOWN |

Other Administrative Exemptions:

| Total Administrative Exemptions[7] |
|---|
| 2,170 |

Courts-Martial or Separation Proceedings against a Service Member whose request for a religious exemption denied after appeal:

| Courts-Martial | | Administrative Separation | |
|---|---|---|---|
| Pending | Concluded | Administrative Separation Initiated | Administrative Separation Completed |
| 0 | 0 | 0 | 0 |

---

[1] Although none of the plaintiffs are members of the U.S. Space Force, the data provided reflects the data for the Department of the Air Force, which is comprised of both the U.S. Air Force and U.S. Space Force.
[2] This estimate is based on the number in progress (data from ASIMS and the field) plus the aggregate approved & aggregate fully resolved and denied.
[3] This data is limited to the number of packages currently at the Approval Authority-level still pending resolution.
[4] On December 7, 2021, the Department of the Air Force implemented a deadline for filing an appeal for a disapproved religious accommodation request (five calendar days from notice of disapproval). This data is limited to requests disapproved after the December 7 memorandum was issued. Additionally, a service member who is given an extension by their commander to file an appeal may initially be listed as not appealing before the deadline with subsequent data adjusting for the extension.
[5] This is the sum of appeals denied and initial denials who did not appeal. This data does not include individuals who did not file an appeal prior to the December 7, 2021 memorandum.
[6] Medical exemptions are temporary. This number reflects the total number of active exemptions, but does not include expired medical exemptions.
[7] This estimate is a snapshot in time based on data from ASIMS and also includes other types of administrative exemptions, such as service members unavailable to vaccinate (e.g. incarcerated, AWOL, etc.).