# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 8:21-cv-02429 |

## **DECLARATION OF COMMANDER BROOKE GRANT**

I, Commander Brooke Grant, hereby declare and state:

1. I am a commissioned officer serving on active duty in the United States Coast Guard. I have served on active duty in the Coast Guard for over 19 years and am currently serving as Chief, Military Personnel Policy Development Division. I have served in this position since August, 2021. My prior assignments include Logistics Department Head, United States Coast Guard Sector Key West; Deputy, Office of Legal Policy and Program Development; and Staff Attorney, United States Seventh Coast Guard District Legal Office. I am generally aware of the allegations set forth in the pleadings filed in this matter and make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties. My office is the office that originally receives requests for religious accommodation from the COVID-19 vaccination requirements at Coast Guard Headquarters.

2. Exhibit 1, attached to this declaration, provides the available information ordered

1

by the court. Order, 34 ECF No. 40. However, certain data elements are either not available or require further explanation.

        3.     Requests for religious accommodation from the COVID-19 vaccination requirement in the Coast Guard are centrally managed with the final approval authority being the Office of Military Personnel Policy, CG-133. Until religious accommodation requests reach Coast Guard Headquarters, they are not tracked so the column labeled Total Initial Requests is the number that have been received at Headquarters. Most requests for religious accommodation from the COVID-19 vaccination requirement should be at Coast Guard Headquarters at this time. Ten members have withdrawn their initial request and chosen to receive a vaccine.

        4.     Exhibit 1 includes information about determinations by chaplain's regarding the the sincerity of the requestor's belief. It is important to note that chaplains provide their professional opinion regarding the sincerity of the requestor; they do not make the ultimate determination regarding the sincerity of the requestor's belief.

        5.     Permanent medical exemptions from vaccine requirements are also centrally managed at Coast Guard Headquarters through the Office of Occupational Medicine, CG-112. Temporary medical exemptions, however, are granted or denied by medical officers in the field. The Coast Guard does not have a database from which it can pull a complete and accurate account of temporary medical exemptions. In addition, because the temporary exemptions expire and are based on medical conditions that could arise during a reporting period (e.g., a member infected with COVID-19 would not be eligible to be vaccinated for the duration of the infection and for a period afterwards, and thus would be granted a medical exemption), changes in the total number of temporary medical exemptions can be misleading. For example, during any given period, two temporary medical exemptions might expire and two new temporary medical exemptions might be granted, but the net change in temporary medical exemptions would be zero.

6. All permanent medical exemptions granted thus far are based on a documented severe allergic reaction to a COVID-19 vaccine or a component of the vaccine.

7. The Coast Guard currently has no policy providing for other administrative exemptions to the COVID-19 vaccine mandate.

8. I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

Dated: December 7, 2021

GRANT.BROOKE.E.1013312210
Digitally signed by GRANT.BROOKE.E.10133122 10
Date: 2022.01.07 12:41:03 -05'00'

BROOKE GRANT
Commander
U.S. Coast Guard

Exhibit 1 to Declaration of CDR Grant

## U.S. Coast Guard Court-Ordered Data

Current as of 7 January 2021

(1) Number of religious exemption from COVID-19 vaccination:

| # Initial Requests Under Review | # Initial Request Approved | # Initial Requests Denied | # Denials Where Chaplain Determined Belief Sincere | Total Initial Requests |
|---|---|---|---|---|
| 1067 | 0 | 226 | 226 | 1303[1] |

| # Denials w/o Appeal Before Deadline[2] | # Appeals Under Review | # Appeals Denied | # Appeals Approved | Fully Resolved Requests | |
|---|---|---|---|---|---|
| | | | | Aggregate # of Approved Requests | Aggregate # of Denied Requests |
| Unknown | 82 | 0 | 0 | 0 | 0 |

(2) Number of medical-exemption requests from COVID-19 vaccination:

| Temporary Medical Exemption Requests | Permanent Medical Exemptions Denied | Permanent Medical Exemptions Granted | Total Permanent Medical Exemption Requests |
|---|---|---|---|
| Unknown | 3 | 6 | 11 |

(3) Number of courts-martial and separation proceedings pending or concluded against a service member whose request for a religious exemption was denied after appeal:

| Courts-Martial | | Administrative Separation (ADSEP) | |
|---|---|---|---|
| Pending | Concluded | ADSEP Initiated | ADSEP Completed |
| 0 | N/A | 0 | 0 |

---

[1] Ten members have withdrawn their request after deciding to receive the vaccine.
[2] Seven appeal timeline extensions have been granted. The deadline is based on when the command notifies the member of the decision, not on the date the decision is signed or sent to the Command. Appeals submitted after deadline will likely still be considered.