Your Honor,

I am writing you regarding Navy Seal 1 v. Biden (8:21-cv-02429) as a servicemember and citizen who will be impacted by your review of the military's Religious Accommodation process in early January. It is my grave concern that religious exemptions are not being considered and are being processed in a perfunctory manner resulting in blanket denials. Reviewing Religious Exemption Denial Letters from Headquarters Marine Corps, to include my own, it is clear they are copying and pasting each denial, only changing the header information. I believe Marines who had their exemptions denied without an individual review of the merits of their requests were denied their rights to due process. My request and all other requests made to Headquarters Marine Corps were reviewed and found to be sincere by military chaplains and our commanders before being sent up for review by the Religious Accommodation Board.

Because of my concerns with how these requests for accommodation were processed, I submitted a complaint to Inspector General Marine Corps (case number #33418). In my complaint I asked that they disclose my complaint to your court during the next hearing to inform you of how they were handling the exemption requests. It is important to me that the poor faith process the military is conducting is brought to your attention Sir. I have enclosed the denial letter I received from Headquarters Marine Corps and the contents of my IG complaint.

In addition to the boilerplate denial letters, many denials for accommodations were sent via e-mail the week before the annual holiday leave period began. Many of us have thought this poor timing was intended to leave servicemembers unable to appeal their denials in the ten-day period we were allowed to do so. Point in case, I received my exemption denial on December 14th and like many other servicemembers went home on leave that weekend. I submitted my appeal on December 20 from my parents' home computer. We were also told that those 10 days were not 10 business days but 10 calendar days denying many of us the ability to submit well thought out appeals or to seek legal counsel on our denials.

In the Denial Letters from Headquarters Marine Corps Lieutenant General Ottignon, who signed the letter failed to identify any of the exact medical, scientific, or legal advice he received in denying my appeal and others. This made the appeal process more difficult because one could not refute his claims point by point. My FOIA request (DON-USMC-2022-001399) for information on how the requests were being processed was not returned in time to assist in crafting my appeal either and was denied for expedited status.

Finally in the workplace, unvaccinated servicemembers are experiencing discrimination. Despite the fact that anyone, vaccinated or not can spread COVID, only unvaccinated servicemembers have to take COVID tests weekly. If we fail to report our status or fail to be at test pickup our access badges to work are suspended. We are also required to wear masks when indoors, distinctly identifying us. The additional measures that my supervisor and reporting officer have to undertake to ensure compliance in these weekly checks have made me a nuisance of sorts to him and my chain of command, I suspect this will be reflected in a below average performance report despite being the Intelligence NCO of the year for the Marine Corps.

If final appeals are denied and no action is taken, tens of thousands of servicemembers like me will be faced with the difficult choice of leaving the military, losing our pensions, education benefits and salaries

or complying. For those who do comply, will we be forced to take a series of inoculations that has clearly not performed as expected by public health officials (as evidenced by the prodigious breakthrough case amount)? Would we be forced to start at shots one and two that were clearly lacking in efficacy, or skip to boosters 3 and 4? For healthy servicemembers the risk of serious illness from COVID, especially Omicron is negligible.

I wanted you to be aware of this information as perceived by an individual servicemember. I do not believe the exemptions have been processed in good faith and believed that would be of interest to you Sir. Enclosed are my Accommodation Denial Letter, IG Complaint, FOIA expediting request Denial, and Appeal Letter.

Thank you,

Andrew L. Guthart, M.A, EMT-B

Gunnery Sergeant, USMC