UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## NOTICE OF INTENT TO RESPOND

On January 20, 2022, Plaintiffs filed a Motion to Amend the Complaint. ECF No. 49. The parties have not conferred with respect to the substance of this motion. On December 13, 2021, in response to a question about scheduling and the timing of a motion to amend, Plaintiffs' counsel represented that they intended to file a motion to amend and the parties conferred about the schedule. *See* ECF No. 45. Plaintiffs did not describe or share the content of the proposed amendments, and did not ask for a position. The parties have not discussed the issue at all since Defendants' filing of the motion for an extension in mid-December. Defendants hereby notify the Court that they will timely respond to the Motion to Amend.

Dated January 21, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Program Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

1/21/2022