# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL #1, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## DECLARATION OF MARK R. REID

I, Mark R. Reid, hereby state and declare as follows:

1. I am a Colonel in the United States Marine Corps, currently serving as the Deputy Director of Operations, Plans, Policy and Operations, Headquarters Marine Corps. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. Subject to the data limitations and important context provided in previously filed declarations in this matter, ECF Nos. 42-3, 47-4, the attached exhibit reflects the data available as of January 21, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of January, 2022.

*/s/ Mark R. Reid*
Mark R. Reid
Colonel, USMC

Exhibit 1 to Declaration of Colonel Mark R. Reid, USMC

## U.S. Marine Corps Court-Ordered Data

Current as of 21 January 2022

(1) Number of religious exemption from COVID-19 vaccination:

| # Initial Requests Under Review | # Initial Request Approved | # Initial Requests Denied | # Denials Where Chaplain Determined Belief Sincere | Total Initial Requests |
|---|---|---|---|---|
| 81 | 0 | 3324 | 3324 | 3405 |

| # Denials w/o Appeal Before Deadline[1] | # Appeals Under Review | # Appeals Denied | # Appeals Approved | Fully Resolved Requests | |
|---|---|---|---|---|---|
| | | | | Aggregate # of Approved Requests | Aggregate # of Denied Requests |
| UNKNOWN | 1091 | 97 | 3 | 3 | 97[2] |

(2) Number of medical-exemption requests from COVID-19 vaccination:

| Temporary Medical Exemption Requests | # Medical Exemptions Denied | # Medical Exemptions Granted | | Total Medical Exemption Requests |
|---|---|---|---|---|
| | | Temporary[3] | Permanent | |
| UNKNOWN | UNKNOWN | 214 | 20 | UNKNOWN |

(3) Number of other exemptions from COVID-19 vaccination granted for any other reason (i.e. administrative exemptions):

| Emergency Leave | Permanent Change of Station (PCS) | Administrative Separation/ Terminal Leave | Administrative Temporary (i.e. no access to vaccine) |
|---|---|---|---|
| 0 | 18 | 332 | 62 |

(4) Number of courts-martial and separation proceedings pending or concluded against a service member whose request for a religious exemption was denied after appeal:

| Courts-Martial | | Administrative Separation (ADSEP) | |
|---|---|---|---|
| Pending | Concluded | ADSEP Initiated | ADSEP Completed |
| 0 | N/A | UNKNOWN | UNKNOWN[4] |

---

[1] Appeals submitted after deadline will still be considered.
[2] The last declaration erroneously reported this number as 81. The correct number should have been 79.
[3] This number reflects the total number of active temporary exemptions, but does not include expired medical exemptions. Absent a new exemption, a member is required to obtain the COVID-19 vaccine after their temporary medical exemption expires.
[4] For the last declaration, we reported the total number of adseps pending or completed for all vaccine refusals and not just for those service members whose religious exemption was denied after appeal. For the next declaration, we will cross reference the denied appeals with those who have completed or pending adseps. This will require a scrub by DOD ID number, which will take some time.