UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al.**,**<br><br>                 Plaintiffs,<br><br>  v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,<br><br>                 Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## JOINT MOTION FOR INTERIM PROTECTIVE ORDER
## FOR PLAINTIFFS' IDENTITIES

The parties have conferred through counsel, and have reached partial agreement as to an interim protective order. Pursuant to Federal Rule of Civil Procedure 26(c), and in accordance with the Middle District of Florida Local Rules, the parties request that this Court enter the attached Interim Protective Order. The parties jointly propose this order as an interim measure only because they continue to dispute whether broader dissemination should be allowed (and whether Plaintiffs should proceed anonymously). For the time being, the parties are willing to proceed under this proposed order and anticipate that they may return to the Court to seek modification if and when it becomes necessary.

Respectfully submitted,

| | |
|---|---|
| /s/ *Roger K. Gannam* | BRIAN M. BOYNTON |
| Mathew D. Staver | Acting Assistant Attorney General |
| Horatio G. Mihet | |
| Roger K. Gannam | ALEXANDER K. HAAS |
| Daniel J. Schmid* | Director, Federal Programs Branch |
| Richard L. Mast** | |
| Liberty Counsel | ANTHONY J. COPPOLINO |
| P.O. Box 540774 | Deputy Director |
| Orlando, FL 32854 | |
| (407) 875-1776 | /s/ *Amy E. Powell* |
| court@lc.org | ANDREW E. CARMICHAEL |
| hmihet@lc.org | AMY E. POWELL |
| rgannam@lc.org | Senior Trial Counsel |
| dschmid@lc.org | ZACHARY A. AVALLONE |
| rmast@lc.org | COURTNEY D. ENLOW |
| *Admitted specially | Trial Attorneys |
| **Application for special admission pending | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| *Counsel for Plaintiffs* | Washington, DC 20005 |
| | Tel: (202) 919-856-4013 |
| | Fax: (202) 616-8470 |
| | Email: amy.powell@usdoj.gov |
| | |
| | *Counsel for Defendants* |