UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　Defendants. | No. 8:21-cv-2429-SDM-TGW |

## [PROPOSED] INTERIM PROTECTIVE ORDER

Upon the request of the parties in the above-captioned matter, and pursuant to Federal Rule of Civil Procedure 26(c), the Court hereby enters the following protective order to provide a mechanism for those plaintiffs who are proceeding in this action through pseudonyms (collectively "the Pseudonym Plaintiffs") to provide their identities to defendants pending the Court's disposition of Plaintiffs' Motion for Leave to Proceed Pseudonymously.

　　　　1.　　Provision of the Pseudonym Plaintiffs' Identities to Defendants. Upon entry of this protective order, plaintiffs, through their counsel, will provide the identities and addresses of the Pseudonym Plaintiffs to undersigned defense counsel of record.

　　　　2.　　Limited Dissemination of the Pseudonym Plaintiffs' Identities. Defendants' counsel receiving the Pseudonym Plaintiffs' identities pursuant to this protective order may disclose such identities only to the following persons: (a) counsel

for defendants, including supervisory officials at the Department of Justice and agency counsel for defendants; (b) persons regularly in the employ of counsel for defendants who have a need to know the Pseudonym Plaintiffs' identities in the performance of their duties related to this action; (c) persons regularly in the employ of defendants who have a need to know the Pseudonym Plaintiffs' identities in the performance of their duties related to this action, provided that such persons agree to and sign the attached undertaking (Appendix A); and (d) experts or consultants retained by defendants whose testimony or services depend on knowledge of the Pseudonym Plaintiffs' identities and are necessary to defendants' defense of this action, provided that such persons agree to and sign the attached undertaking (Appendix A). Counsel for defendants shall maintain copies of all signed undertakings.

3. Permissible Uses of the Pseudonym Plaintiffs' Identities. Any person learning the Pseudonym Plaintiffs' identities pursuant to this protective order ("Recipient") shall use that information only for purposes of this litigation and shall not disclose the Pseudonym Plaintiffs' identities to anyone except persons identified in Paragraph 2, absent court order.

4. Scope of the Protective Order. This protective order does not alter the requirements of Middle District of Florida Local Rule 1.11. If any party wishes to use any document containing any of the Pseudonym Plaintiffs' identities, or other personally identifying information that would lead to the discovery of any of the Pseudonym Plaintiffs' identities, in a court filing or proceeding in this action, such party shall, prior to such use, either (i) redact the Pseudonym Plaintiffs' names and

other personally identifying information or (ii) file a motion to seal such document pursuant to Middle District of Florida Local Rule 1.11.

   5. Modifications. This protective order will remain in effect until further order of the Court. Each party reserves the right to seek to modify the terms of this protective order or the Pseudonym Plaintiffs' pseudonymous status at any time, either to expand the categories of permissible Recipients under paragraph 2 or for any other reason. If a party seeks to modify this protective order, counsel for the party seeking to modify this protective order shall confer with counsel for all other parties to this action prior to filing any motion for such modification.

   DONE AND ORDERED this _____, 2022.

_____
UNITED STATES DISTRICT JUDGE