UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>) No. 8:21-cv-2429-SDM-TGW<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF**
**MARINE LIEUTENANT COLONEL 2**

I, Marine Lieutenant Colonel 2, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am a logistics officer in the United States Marine Corps currently serving at Marine Forces Special Operations Command ("MARSOC") at Camp Lejeune, NC. I was selected for battalion command and slated to accept command in Summer/Fall 2022 for a Combat Logistics Battalion.

3. I enlisted in the Marine Corps in June of 1997 and served as an Administrative Clerk after completing the Unit Diary Clerks Course in the top ten percent of the class. I served in the reserves and volunteered for active duty following the attacks on September 11th.

**EXHIBIT B**

4. In 2003, I wanted to be a role model for other women and completed Officer Candidate School where I received my commission as a Second Lieutenant in the Marine Corps.

5. As a Company Grade Officer, I served in several leadership roles including duties as a Platoon Commander in garrison and during Operation Iraqi Freedom. I served as a Series Commander at Marine Corps Recruit Training, Parris Island, and in staff jobs at several O5 level commands. I also deployed as a staff officer in support of Operation Enduring Freedom (Afghanistan).

6. As a Field Grade Officer, I was selected and served as a Department of Defense Fellow and helped conduct research to integrate women into ground combat arms jobs. Later, I was selected for Command and Staff College where I earned my master's degree through the Advanced Studies Program. As a field grade officer, I held billets as a Company Commander, Battalion Executive Officer, and Operations Officer. As a black female, I also served as my unit's Diversity and Inclusion Officer.

7. Since recruit training, I have now served honorably for 24 years, and I will continue to do so God willing. Throughout my career, I deployed to Iraq, Afghanistan, and participated in numerous humanitarian assistance/disaster relief efforts in Asia.

8. I submitted a Religious Accommodation (RA) request in response to the COVID shot mandate.

9. After I submitted my RA, my Permanent Change of Station (PCS) orders to NAVCENT, Bahrain were first placed on hold and then ultimately cancelled,

although I was administratively and medically cleared to execute my orders. There is significant preparation for an overseas move that includes packing, preparing important documents, and coordination of accommodations upon arrival. Accordingly, each month since September 2021, I have had to go through this process because the Marine Corps has changed my PCS orders at least three times. Furthermore, my replacement has already arrived, leaving me with no assignment and constant tasking with minor jobs because I am considered an overstaff.

10. I received back an initial denial from the Deputy Commandant, Manpower & Reserve Affairs (DC, M&RA) on October 20, 2021 (dated October 13, 2021). The denial contained many inaccurate statements which I thoroughly addressed in my appeal.

11. I timely appealed the initial denial on November 3, 2021.

12. I received a final denial of my appeal dated January 26, 2022, with orders to get the first COVID shot within five business days. The fifth day is February 2, 2022. True and correct copies of the appeal denial and vaccination order, the first denial, and my appeal submission are attached hereto as Exhibit B-1.

13. If I do not get the COVID shot by February 2, 2022, the process will immediately begin to place me on the Officer Disciplinary Notebook (ODN). Placement on the ODN makes me ineligible for command, ineligible for Permanent Change of Station orders, ineligible for promotion boards, ineligible for Professional Military Education boards, ineligible for career level schools, ineligible for

3

deployments, and ineligible for all other normal career progressions, including retirement.

14. In addition, being placed on the ODN will initiate the Board of Inquiry Process, where I will be required to go before an administrative hearing to determine whether I should be stripped of my commission and removed from the military for "misconduct." For me and all others unable to get the COVID shot because of our religious beliefs, this allegation of "misconduct" **will be** "substantiated" absent injunctive relief, because they have given us a "lawful order," and denied our religious accommodation request.

15. Every COVID refusal within my personal knowledge has been recommended for separation. At the time of separation, the BOI will determine at what grade I will be retired. Typically for "misconduct," the officer is retired at the grade last "honorably" served, meaning I face reduction to "Major" for retirement purposes.

16. An officer will not simply be removed from the ODN, absent the allegation of misconduct being formally found "unsubstantiated," and the BOI and ultimate separation process will not stop without injunctive relief.

17. Even though I have been previously selected for a command position, that prestigious selection will be stripped from me beginning February 2, absent injunctive relief. My career is almost over now, because of the stigma of this entire process; but it will certainly be over when I am placed on the ODN.

18. I have had an exemplary career. However, like many others, my faith journey has several blemishes that I do not typically discuss unless I am moved by the Holy Spirit to share personal aspects of my life story to help someone in need. One of the concerns that contributes to my decision not to receive the COVID 19 shot is because of my strong opposition to abortion and how God forgave and healed me from my own abortion. Specifically, in 1995, I became pregnant after being raped. The anger and humiliation of the sexual assault led me to have an abortion which made me even more ashamed. In fact, after my abortion, I felt like a murderer, and punished myself because I felt unworthy. This behavior only stopped after my husband caught me punishing myself, and helped my realize that God had truly forgiven me for the abortion. The COVID shot mandate, given the use of aborted fetal cell lines in testing and development, places me in the position of either reliving my rape and subsequent abortion, by being forcibly injected with a product tested on or made with aborted fetal cells, or being dismissed from the service I love.

19. My vaccination status did not prevent me from continuing to execute the mission of the Marine Corps. During the pandemic, I completed eight temporary duty assignments and traveled across the country for training and other tasks as demonstrated in the Defense Travel System where all travel requests are authorized and subsequently paid via a voucher process.

20. Although all emergency use authorized (EUA) vaccines were available beginning December 2020, the Department of Defense had yet to modify foreign travel restricting movement for unvaccinated personnel as of December 2021.

21. The COVID-19 safety protocols that kept Marines safe for 19 months are less restrictive and more than sufficient to maintain mission readiness.

22. As a Marine, I think of our hymn and the words "to keep our Honor Clean," and I am reminded how much I love the Marine Corps. I have well and faithfully served this great nation since 1998 and wish to continue to do so.

23. Although I can retire, having recently accepted battalion command I fully intended to serve this nation for many years to come and continue to inspire rising minority leaders.

24. While I am proud to be a U.S. Marine and to defend our service members and our Constitution, I cannot accept anything into my body that is contrary to the Word of God. I pray God's will regarding our military concerning the COVID-19 shot, many similarly situated service members, and me and my family. Despite the pending administrative and punitive action that may very well end my career, my house and I shall serve the Lord.

I declare under penalty of perjury, under the laws of the United States, that the foregoing statements are true and correct to the best of my knowledge.

Executed this February 1, 2022.

/s/ Marine Lieutenant Colonel 2<br>
Marine Lieutenant Colonel 2<br>
(Original Signature retained by Counsel)

UNITED STATES MARINE CORPS
MARINE RAIDER SUPPORT GROUP
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20117
CAMP LEJEUNE NC 28542-0117

1000
CO
26 Jan 22

From: Commanding Officer
To: Lieutenant Colonel ▮

Subj: ORDER TO RECEIVE COVID-19 VACCINATION

Ref (a) SECDEF Memo of 24 Aug 21
(b) ALNAV 062/21
(c) MARADMIN 462/21
(d) MARADMIN 533/21
(e) MARADMIN 612/21

1. Per the references, all active-duty Marines and Sailors are directed to be fully vaccinated against COVID-19 by 28 November 2021. On 25 January 2022, your religious exemption appeal was formally denied by Assistant Commandant of the Marine Corps. Accordingly, you have (5) business days from the date of this letter to receive your first dose of an authorized DoD COVID-19 vaccine.

2. Acknowledge your receipt of this order and understanding of the corresponding due dates by your endorsement hereon.

D. M. O'CONNOR

RECEIVING ENDORSEMENT

From: Lieutenant Colonel ▮
To: Commanding Officer

1. I have received and understand this order, to receive an FDA approved vaccine according to SECDEF guidance.

**EXHIBIT B-1**



UNITED STATES MARINE CORPS
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20116
CAMP LEJEUNE NC 28542 0116

IN REPLY REFER TO:
1000

From:
To: Commandant of the Marine Corps

Subj: RELIGIOUS EXEMPTION DENIAL APPEAL

Ref: (a) Holy Bible
 (b) Constitution of the United States of America
 (c) Religious Freedom Restoration Act
 (d) DODI 1300.17
 (e) DODI 6205.02
 (f) BUMEDINST 6230.15B
 (g) MCO 1730.9
 (h) MARADMIN 462/21
 (i) MARADMIN 533/21
 (j) MARADMIN 612/21
 (k) ALMAR 027/20
 (l) Director, Health Services letter: Marine Corps COVID-19 Vaccination - Amplifying Guidance Pertaining to Exemption Documentation and Approval
 (m) FDA COVID 19 Factsheet

Encl: (1) DC, M&RA Determination Letter w/enclosures
 (2) Senator(s) Michael Lee and Ron Johnson letter dtd 28 June 2021
 (3) Exemptions Email dtd 2 November 2021
 (4) 20200302 Fort Walton Beach, FL Authorization for Temporary Additional Duty
 (5) 20200726 Quantico, VA Authorization for Temporary Additional Duty
 (6) 20200926 Twentynine Palms, MCAGCC, CA Authorization for Temporary Additional Duty
 (7) 20210110 Twentynine Palms, MCAGCC, CA Authorization for Temporary Additional Duty
 (8) 20210221 Ft Bragg, NC Authorization for Temporary Additional Duty
 (9) 20210328 Walter Reed National Military Medical Center, MD Authorization for Temporary Additional Duty
 (10) 20210523 Washington, DC Authorization for Temporary Additional Duty
 (11) 20210808 Quantico, VA Authorization for Temporary Additional Duty
 (12) HQMC CAT Operations Officer email w/attachment, subject: USMC Daily COVID-19 Placemat #113 2020-05-28 dtd 1 October 2020
 (13) MC.CAT.2.FCT email w/attachment, subject: USMC COVID-19 Placemat - 17 July
 (14) Marine Corps COVID-19 Testing Prior to International Air Travel Fact Sheet
 (15) Excerpt from the CMC Safety Division Bi-Weekly Update dtd 27 October 2021
 (16) Vaccine Recommendation by AOR from Health.mil dtd 15 October 2021
 (17) January 2021 to June 2021 USMC PFT Completion
 (18) Command Profile Unit Analytics Data

1. According to the U.S. Constitution that all officers swore an oath to support and defend, I respectfully requested a religious accommodation (RA)

Subj:  RELIGIOUS EXEMPTION DENIAL APPEAL

o/a 7 September 2021 regarding the unnecessary (and religiously unclean according to my personal faith) SARS-CoV-2 (also known as COVID-19) "vaccines" that contain messenger Ribonucleic acid (mRNA), a molecule like DNA, or any substance containing or connected with the aborted fetal cell lines.  In my RA package, I asserted my Constitutionally protected right to religious practices based on the sanctity of Jesus Christ in my life, God's creation of natural immunity, and not being forced to inject anything into my body that has any association with the murder of innocent children.

2.  I received notification that the Deputy Commandant, Manpower and Reserve Affairs (DC, M&RA) denied my request for RA from the COVID-19 and flu vaccines due to military readiness and health and safety concerns for the total force at 1601 on 20 October 2021 (as I prepared to secure for the day).  On 20 October 2021, I also received a copy of my command endorsements.  Both the Commander, Marine Forces Special Operations Command (MARSOC) and Commanding Officer, Marine Raider Support Group (MRSG) mischaracterized the nature of my request by suggesting that my sincerely held religious belief did not preclude me from receiving other required vaccines and that my religious beliefs did not meet a specific threshold.  I believe both commanders' assertions may have negatively and improperly influenced the DC, M&RA decision.

3.  While I understand the purpose and necessity of immunizations in general, in this case, neither the commands' endorsement nor DC, M&RA's response proves the government's compelling interest as required per references (d) and (g).  Although the burden of proof for denying my request for RA is placed upon the DoD Component, not the individual, I offer the following for further consideration:

    a. The MRSG Commanding Officer does not have authority to determine if my spiritual belief is sincerely held or if it meets a threshold.  His comment suggests that he or the U.S government has absolute preeminence, which belongs to God.  Contrariwise, the MARSOC Command Chaplain stated, "I believe that this is a sincerely held religious belief" based on my request and frequent personal interaction with him.

    b.  Similarly, the MARSOC Commander's remarks regarding my supposedly taking "any other vaccines" do not take into consideration that I have not taken any unnecessary vaccines if I demonstrated previous evidence of infection via serological testing pursuant to reference (f) that I clearly provided as evidence in my package at enclosure (1).  Additionally, as I mature as a follower of Jesus Christ, I must fully obey the Holy Spirt or suffer the consequences of sin.  James 4:17 states "therefore to him that knoweth to do good, and doeth it not, to him it is sin."  Based on my individual expression of faith that is given to me by my Lord and Savior Jesus Christ, all COVID-19 vaccine options are immoral and unclean and do not conform to the Word of God.

    c.  DC, M&RA also did not demonstrate the government's compelling interest asserting that his decision was based on medical risks to other persons; however, both the Food and Drug Administration (FDA) and Centers for Disease Control (CDC) publicly acknowledged via factsheets and other media outlets that the COVID-19 vaccination does not prevent an individual from contracting or transmitting COVID.  Therefore, service members are not individually protected from the masses if vaccinated.  Protection provided by the vaccine is limited to the individual, where in my case, I have natural

Subj: RELIGIOUS EXEMPTION DENIAL APPEAL

immunity and accepting the COVID-19 vaccination will require me to commit sin.

    d. There is no compelling government interest.

        (1) Military readiness - According to enclosures (12) and (13), since the onset of COVID-19, the Marine Corps suffered a high rate of infection but zero (0) active-duty deaths from October 2020 to July 2021. This is no different than when a person catches the common cold or any other communicable disease. Enclosure (18) shows that there have been minimal changes to force disposition since the beginning of COVID-19, demonstrating little to no risk to readiness. For example, on 31 December 2019, there were 83,523 deployable Marines; on 31 December 2020, there were 83,523 deployable Marines; and as of 3 November 2021, there were 83,487 deployable Marines, a difference of thirty six (36) deployable Marines. This demonstrates that there has been no appreciable effect on force safety, deployability, or mission accomplishment, and that there is no compelling government interest in denying my RA package.

        (2) Individual mission accomplishment - During the height of the COVID-19 pandemic the Marine Corps only loosely restricted required, close proximity, training like the physical fitness test (PFT), where members must be in close contact to complete the crunches and the combat fitness test (CFT) where members carry another individual among several other close proximity events. Many service members completed both events during the pandemic just prior to the Marine Corps providing guidance to cancel; enclosure (17) pertains to the PFT conducted between January 2021 to July 2021, during which period the Marine Corps attained approximately a 92 percent completion rate. The records may also show similar PFT/CFT completion rates the previous year. A 92 percent PFT/CFT completion rate prior to the advent of mandatory vaccines means that 92 percent of the force were exposed to at least one other Marine in close proximity, with no correlated increase in infection rate or fatalities. Again, fatalities amongst active-duty Marines remained at zero at least through July 2021.

        (3) Individual mission accomplishment - My vaccination status did not prevent me from continuing to execute the mission. During the pandemic, I completed eight temporary duty assignments and traveled across the country for training and other tasks as demonstrated in enclosures (4-11).

        (4) Unit and organizational mission accomplishment - Although all emergency use authorized (EUA) vaccines were available, according to enclosures (14) and (16) there were (are) no domestic or foreign travel restrictions for unvaccinated personnel. According to the fact sheet listed as Enclosure 14, "travelers arriving without a negative COVID-19 test, vaccination, waiver, or proof of recovery from COVID-19, as required by their destination, will be denied travel at the APOE." Similarly, enclosure 16, "Vaccine Recommendations by AOR," dated 15 October 2021, does not list COVID-19 vaccines as a required or recommended vaccine for entry into any of the Geographic Combatant Commands.

        (5) Health - There are other contagious, communicable diseases for which unnecessary prophylactic medical treatments have not been mandated. For example, in the case of a much deadlier disease, several service members have contracted the human immunodeficiency virus (HIV), but the Services did not require all members to abstain from sexual intercourse or to take anti

3

Subj: RELIGIOUS EXEMPTION DENIAL APPEAL

HIV medications. In contrast to HIV, COVID-19 has over a 99 percent survival rate, particularly for the active-duty military population.

    (6) Health - Nondeployable status - as a female Marine, I can become nondeployable due to pregnancy. Nondeployable status due to pregnancy continues a minimum of nine (9) months through post-partum. I am not required to use birth control, obtain a Depo-Provera injection, or insert an intrauterine device (IUD); nor am I required to obtain an abortion under threat of action under the Uniform Code of Military Justice (UCMJ) because of nondeployable pregnancy status. There is no question that nondeployable pregnancy status has a significant impact on unit cohesion and readiness status. This is because pregnancy, or the right to choose to bear or beget a child, is a fundamental right. Yet, I am being ordered to receive an injection of the COVID-19 vaccination, involving mRNA technology and aborted fetal cells, in violation of my sincerely-held religious beliefs under threat of UCMJ action. The free exercise of religion is also a fundamental and Constitutionally protected right. I have recovered from COVID-19 and have serological evidence of natural immunity. If I test positive for COVID in the future, I am deployable after ten (10) days restriction of movement (ROM) and a negative COVID-19 test before travel. If no exposure to COVID-19, then I can travel immediately after a valid negative COVID-19 test. Ten days nondeployable status (as opposed to ten months for pregnancy) has a negligible impact on deployability and readiness. Further, given their use of aborted fetal cell lines in testing, development, or formulation, [REDACTED] The idea of being forced to give up my job as an officer in the Service that I love or accept a COVID-19 vaccine that violates my conscience, is an intolerable injustice.

    (7) Safety - More Marines died last year from motor vehicle mishaps than from COVID-19. Motorcycle accidents are a particularly deadly type of motor vehicle accident claiming Marine lives, far more than COVID-19. Enclosure (15) shows 7 motorcycle deaths during fiscal year (FY) 2019, 8 in FY 2020, and 9 in 2021, to date. As a motorcycle rider, I follow all service policies pertaining to safe operation of a motorcycle. The same way that I exercise caution while on the road, I follow all Marine Corps COVID-19 protocols, to include hand-washing, social distancing, face coverings, and self-assessment for symptoms to protect myself and others from COVID-19. Yet the Marine Corps views zero (0) active duty COVID-19 deaths as "far deadlier" than a documented 17 motorcycle fatalities that occurred from FY 2020 to FY 2021, during the COVID-19 pandemic. Although fatal, deaths caused by operating a motorcycle did not cause the Marine Corps to curtail the rights of service members to operate motorcycles, drive cars, or engage in other off duty activities.

4. As previously stated, I demonstrated my God-given, natural immunity based on serological tests performed by two separate laboratories as shown in enclosure (1). I have evidence of antibodies and t-cells. Per reference (f), paragraph 2-6 expressly proclaims "evidence of immunity based on serologic tests, documented infection, or similar circumstances" is grounds for permanent medical exemption consistent with Appendix C of the same. However, reference (l) does not take natural immunity into consideration, and

4

Subj: RELIGIOUS EXEMPTION DENIAL APPEAL

most medical staff are purposely ignoring natural immunity and/or exemptions as shown in enclosure (3).

5. Moreover, the COVID-19 vaccination is not safe or effective. In fact, members of Congress have expressed concerns regarding COVID-19 related injuries. In a letter dated 28 June 2021, Senators Michael Lee and Ron Johnson highlighted more than 1,100 adverse events that resulted in nervous system disorders. There are also other well-known sources that show significant increases in thrombosis and myocarditis among vaccinated populations. The potential harm to service members from the COVID-19 vaccine is just as great, if not greater than from COVID-19 itself. Not only with regard to medical fitness or readiness, but also with regard to spiritual fitness for those whose conscience would be violated by accepting the COVID-19 vaccine.

6. In ALMAR 027/20, you stated, "[S]piritual fitness is...critical and specifically addresses my priority.... All Marines and Sailors must tend to their individual character in order to keep the ethos and reputation of our Marine Corps intact." Denying a Marine the full expression of their sincerely held belief (whether religious or a matter of conscience) that does not harm or impose a significant burden on others, or the Service will have severe consequences in talent management, diversity and inclusion, equal opportunity, and more importantly with suicides (DoD has already exceeded previous years).

7. Service members' inalienable rights, especially the free exercise of individual conscience before God, must be preserved and defended. A mild potential for improved protection against a virus which only posed a negligible risk of death before COVID-19 vaccines, presumably further mitigated by over 75% of members having received COVID-19 vaccines, does not constitute a compelling interest sufficient to ignore existing medical exemptions policy, nor to override individual religious rights and liberty protected by our Constitution. The COVID-19 safety protocols that kept Marines safe for the past 19 months are less restrictive and as set forth above, more than sufficient to meet the government's compelling interest, if any under the totality of the circumstances.

8. As a Marine, I think of our hymn and the words "to keep our Honor Clean" and I am reminded how much I love the Marine Corps. I have well and faithfully served this great nation since 1998 and I will continue to do so - I am proud to be a U.S. Marine. I hope that the words in your ALMAR were sincere and that you will make spiritual fitness a priority by your actions in this matter.

9. I can be reached at work: 

5



**DEPARTMENT OF THE NAVY**
HEADQUARTERS, UNITED STATES MARINE CORPS
3280 RUSSELL ROAD
QUANTICO, VIRGINIA 22134-5103

1730
MRA
▮▮▮▮

From: Deputy Commandant for Manpower and Reserve Affairs
To:   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Subj: REQUEST FOR RELIGIOUS EXEMPTION

1. I have carefully considered your request for an immunization waiver. Your request is denied.

2. In making this determination, I considered your request dated 7 September 2021, the command endorsements and exhibits attached to it, advice from the Director, Health Services, Headquarters, U.S. Marine Corps, and the recommendation of the Religious Accommodation Review Board. Additionally, I considered your right to observe the tenets of your sincerely held religious beliefs, and the government's compelling interests in mission accomplishment, including military readiness and the health and safety of the Total Force. I also considered whether an exception to the vaccination requirement is the least restrictive means of furthering the government's compelling interest. Finally, I consulted with legal counsel.

3. Per DoDI 1300.17, my decision must be consistent with mission accomplishment, including consideration of potential medical risks to other persons comprising the unit or organization. Immunizations are a critical component of individual and unit readiness. This compelling interest is not unique to the COVID-19 vaccination, and cannot be accomplished with the requested exception. I find that there is no less-restrictive way of accommodating your request that ensures military readiness and the preservation of the health of the force.

4. You have the right to appeal this decision to the Commandant of the Marine Corps. Should you decide to appeal this decision, your appeal should be in naval letter format, from you, addressed to the Commandant of the Marine Corps. Forward your appeal to the point of contact below, for delivery to the Commandant.

5. Point of contact on this matter is Mr. Bill McWaters at (703) 784-9386 or william.mcwaters@usmc.mil.

For
DAVID A. OTTIGNON

Copy to:
CG, MARSOC
CO, MRSG

**ENCLOSURE 1**