UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                            CASE NO. 8:21-cv-2429-SDM-TGW

JOSEPH R. BIDEN, et al.,

    Defendants.
_____/

## ORDER

The plaintiffs move (Doc. 60) for an order temporarily restraining the defendants' removing two service members from a position of command. In a notice (Doc. 61), the defendants request a week within which to respond but state that the defendants "if directed by the Court" can "file a response as early as . . . February 2, 2022," the day on which one of the service members must accept a COVID-19 vaccine or confront removal from command. To receive consideration before an order resolves the pending motion, the defendants must respond not later than **5:00 P.M. TODAY, FEBRUARY 2, 2022**.

    ORDERED in Tampa, Florida, on February 2, 2022.

                                                              STEVEN D. MERRYDAY
                                                               UNITED STATES DISTRICT JUDGE