# Exhibit 2

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
3000 MARINE CORPS PENTAGON
WASHINGTON, DC 20350-3000

IN REPLY REFER TO:
1020
ACMC
JAN 2 4 2022

From: Assistant Commandant of the Marine Corps
To:   Lieutenant Colonel ███████ USMC

Subj: APPEAL FROM DENIAL OF RELIGIOUS ACCOMMODATION REQUEST IN THE CASE OF LIEUTENANT COLONEL ███████ /0402 USMC

Ref: (a) 42 U.S.C. § 2000bb et seq., Religious Freedom Restoration Act of 1993 (RFRA)
     (b) DoD Instruction 1300.17
     (c) SECNAVINST 1730.8B CH 1
     (d) DoD Instruction 6205.02
     (e) MCO 1730.9
     (f) MARADMIN 462/21
     (g) Assistant Secretary of Defense for Health Affairs Memo of 14 Sep 21, "Mandatory Vaccination of Service Members using the Pfizer-BioNTech COVID-19 and Comirnaty COVID-19 Vaccines"
     (h) ASN M&RA Memo of 8 Sep 21, "Use of Pfizer-BioNTech Vaccine for Mandatory Vaccination"

Encl: (1) LtCol ███████ Appeal 1000 ███ of 3 Nov 21
      (2) DC M&RA ltr 1730 MRA of 13 Oct 21
      (3) LtCol ███████ AA Form of 7 Sep 21
      (4) Religious Accommodation Review Board Recommendation Worksheet
      (5) Applicant Information Form
      (6) 3270 Data (BIR, BTR, Awards)

1. After careful consideration of the references and enclosures, I have decided to disapprove your appeal.

2. In your original request, you ask for a religious accommodation for an immunization exemption. Your request indicates that you are specifically requesting exemption from receiving the COVID-19 vaccine and influenza vaccine. Your request is based on a concern regarding the use of aborted fetal cell tissue and cell lines in the development, confirmation testing, or production of the vaccines. You state your religious beliefs prohibit you from defiling your body, which is the temple of the Holy Spirit. You also assert that forcing another person to accept a vaccine is unconscionable and violates the Laws of nature and of Nature's God. In response, the Deputy Commandant for Manpower and Reserve Affairs (DC M&RA) denied your request. You have appealed DC M&RA's decision.

Subj: APPEAL FROM DENIAL OF RELIGIOUS ACCOMMODATION REQUEST IN THE CASE OF LIEUTENANT COLONEL ▮▮▮▮▮▮▮▮▮▮ USMC

3. In your appeal, you assert that your chain of command mischaracterized the nature of your request by suggesting that your religious beliefs have not precluded you from receiving other required vaccines. You further assert that your initial request should be approved because the government failed to demonstrate a sufficient compelling interest in requiring the vaccine.

4. Pursuant to reference (e), I am the appeal authority. In reaching a decision on your appeal, I considered the denial letter issued by DC M&RA on 13 October 2021, your appeal dated 3 November 2021 and its enclosures, your initial request dated 7 September 2021, and the endorsements and exhibits attached to your initial request. Additionally, I considered the applicant information form, your basic individual record, basic training record, and your awards page. I further considered your right to the free exercise of your religion, and the government's compelling interest in mission accomplishment at the individual, unit, and organizational levels. Specifically, I considered such necessary elements of mission accomplishment as (1) military readiness, (2) unit cohesion, (3) good order and discipline, and (4) the health and safety of the force. I also considered whether the DC M&RA's previous decision constitutes the least restrictive means of furthering the government's compelling interests. Finally, I consulted with legal counsel.

5. I have determined that the COVID-19 vaccination requirement does not substantially burden your sincerely held religious belief because fetal stem cells are neither used in the manufacture of the Pfizer COVID-19 vaccine nor are they present in the vaccine itself. Furthermore, you assert that your body is a temple that you cannot defile by receiving the COVID-19 vaccine. The same argument could be made for every FDA approved vaccine you have received during your twenty-five years in service; therefore, this requirement does not substantially burden your sincerely held religious belief.

6. Nonetheless, even assuming that the COVID-19 vaccination substantially burdens your religious beliefs, I have considered, in accordance with references (b) and (e), your assertions concerning your beliefs and weighed them against the government's compelling interests in military readiness and in the health and safety of the force. The Delta variant of the novel coronavirus is highly transmissible and causes more severe illness, hospitalization, and death than previous variants. The greatest risk of transmission is from and among unvaccinated people. And, while fully vaccinated people with Delta variant breakthrough infections can spread the virus, they appear to spread the virus for a shorter period of time. Other emerging variants, such as the Omicron variant, which

2

Subj: APPEAL FROM DENIAL OF RELIGIOUS ACCOMMODATION REQUEST IN THE CASE OF LIEUTENANT COLONEL ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ USMC

is highly transmissible, pose further concerns. Personnel who have fallen ill due to a failure to be vaccinated against COVID-19 undermine a unit's effective functioning and negatively impact their unit's ability to accomplish the mission. Moreover, personnel who are unvaccinated do not just put themselves at risk, they also risk the health and medical readiness of other persons within their unit, which in turn decreases the military readiness of the unit and the Marine Corps as a whole. For a unit to function effectively, either in garrison, in field training, or in combat, all personnel must be able to perform their individually assigned duties, which ensures military readiness, another of the government's compelling interests. As a result, an exemption from the COVID-19 vaccination poses a significant risk to military readiness, and the health and safety of the force, particularly in your case where you work primarily indoors and cannot perform all of your duties remotely. Additionally, your orders to Bahrain have been delayed several times due to your failure to be fully medically ready to travel overseas as a result of your vaccination status. Finally, you are currently attached to a deployable unit, and you must be prepared to deploy at a moment's notice.

7. Your claims that your natural immunity is a less restrictive means to vaccination is not supportable because these means are less effective than vaccination and they do not achieve the Marine Corps' compelling government interests in readiness, and health and safety. While masking, social distancing, hygiene, teleworking, and other similar measures, individually or in combination, have been shown to help slow the spread of the virus, they are simply not as effective as vaccination. Moreover, these measures are often incompatible with the demands of military life, where Marines and Sailors must live, work, realistically train, and, if necessary, fight in close quarters. The demands of military life render these less restrictive means of furthering the government's compelling interests in military readiness and the health and safety of the force even less effective than such measures among the civilian community. Accordingly, because there are no less restrictive means to ensure these compelling government interests, your appeal is disapproved.

8. I urge you to consult your military health care provider regarding your medical concerns about the COVID-19 and influenza vaccines. These vaccines are critical to saving lives and ensuring military readiness. My point of contact on this matter is Mr.

3

Subj: APPEAL FROM DENIAL OF RELIGIOUS ACCOMMODATION REQUEST IN THE CASE OF LIEUTENANT COLONEL ███████████ ███████████ USMC

Michael D. Graham, Judge Advocate Division (JCA), (703) 614-2510, or email michael.d.graham@usmc.mil.

E. M. SMITH
Assistant Commandant
of the Marine Corps

Copy to:
DC M&RA
CO MRSG MARSOC
CO MARSOC

4