UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL ONE, et al.,

    Plaintiffs,

v.                                                        CASE NO. 8:21-cv-2429-SDM-TGW

JOSEPH R. BIDEN, et al.,

    Defendants.
_____/

### ORDER

The plaintiffs move (Doc. 49) to amend the complaint. The defendants oppose (Doc. 57) the proposed amendment. Because of the absence of material prejudice to the defendants, because this action remains in the incipient stage, because the proposed amendment effects only minimal changes of minimal incremental consequence to the defendants, and because the plaintiffs have moved with acceptable diligence, the motion (Doc. 49) is **GRANTED**. The plaintiffs may file an amended complaint before 5:00 p.m. on Monday, February 7, 2022.

The amended complaint will identify each plaintiff by a pseudonym. However, the defendants object to pseudonyms, and the plaintiffs move (Doc. 55) for leave to continue using pseudonyms. The defendants' response to the plaintiff's motion remains outstanding. This order's permitting the plaintiffs' amendment is without prejudice to the defendants' objection, which, if granted, might require another amendment to the complaint.

Also, the identity and interests of the many plaintiffs and the nature of the many claims create a substantial question about possible misjoinder of parties and claims. If the defendants raise misjoinder in their response to the amended complaint, the plaintiffs can address the issue in their responsive paper. Otherwise, an order will require the plaintiffs to show cause why the better course is not to sever into distinct actions the claims of the federal employees, the federal contractors, the employees of the federal contractors, and the service members, respectively.

ORDERED in Tampa, Florida, on February 3, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE