# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| NAVY SEAL #1, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 8:21-cv-02429-SDM-TGW |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF COLONEL KEVIN J. MAHONEY

I, Colonel (COL) Kevin J. Mahoney, hereby state and declare as follows:

1. I am currently employed by the U.S. Army as the Chief, G-33 Operations Division, Office of The Army Surgeon General (OTSG) and U.S. Army Medical Command (MEDCOM), located in Falls Church, Virginia. I have held this position since June 14, 2021. As part of my official duties, I am a senior medical plans and operations officer on the Army staff, representing The Surgeon General (TSG) to the Army operations staff for medical aspects of Army missions. In this capacity I assist in developing the Army plans to implement directives related to COVID-19 and vaccination efforts. I am part of a team that facilitates the processing, evaluation, and adjudication of requests for exemptions from vaccination requirements for reasons of religious accommodation as well as for medical reasons. I consolidate current status of requests received for processing and keep Army senior leaders informed. In the exercise of these duties, I have been made aware of this lawsuit by counsel from the U.S. Army Litigation Division, and am generally aware of the allegations set forth in the pleadings filed in this matter.

2. I submit this declaration in support of Defendants' continuing response to this Court's November 22, 2021 Order, directing the branches of the Armed Forces to provide specified information concerning COVID-19 vaccination exemption requests. The information submitted remains subject to the data limitations and context provided in my previous declarations submitted on January 7, 2022 and January 21, 2022, and reflects the data available as of February 4, 2022.

3. I base this declaration upon my personal knowledge and upon information that has been provided to me in the course of my official duties, and I make this declaration on behalf of the U.S. Army. The information provided herein relates to the Court's inquiry and as is known to me at the time of this declaration.

### Religious Exemption Requests and Related Information

4. As of the signing of this declaration, the OTSG has received 3,253 requests for religious-exemption from COVID-19 vaccination.[1]

5. To date, TSG has denied 391 religious-exemption requests. Of those denials, 355 contained opinions from the interviewing chaplain that opined the applicant's request was based on a sincerely held religious belief, or did not otherwise find the applicant's stated reasons were not sincere.[2]

6. Of the 391 denials, 55 appeals have been received at HQDA to date and all 55 are in the process of being adjudicated.

---

[1] This number includes both those requests specifically for COVID-19 vaccination and those for "all vaccines" that would necessarily include the COVID-19 vaccine.

[2] The approval/denial authority makes the ultimate determination of whether an applicant's request is based upon a sincerely held religious belief. Although the chaplain's assessment is heavily weighed, it remains an assessment and the report, which addresses the religious basis and sincerity of the Soldier's request serves as a resource for the decision authority. *See* Army Regulation 600-20, ¶P-2b.(2).

7. At this time, no request for appeal has been denied based on the timeliness of submission.

8. To date, no appeals have been denied or granted as all 55 appeals are in progress.

**The Number of Medical Exemption Requests Granted, Denied, and Pending**

9. As of February 4, 2022, there have been 751 permanent medical exemption requests from COVID-19 vaccination. To date, 707 requests have been disapproved by the RHC commanding generals, 5 have been approved, and 39 are pending adjudication. Of the 610 disapproved, 300 have appealed this decision to TSG. Of those 300 appeals, 225 have been disapproved, 1 has been approved, and 38 are pending adjudication. Additionally, 36 appeals have been returned to the RHCs because the request in the appeal is no longer for permanent exemption and can now be handled at the local level.

10. A total of six permanent medical exemptions have been approved as of February 4, 2022; five by the RHC commanders and one on appeal. As previously reported in my January 7, 2022 declaration, all six of these Soldiers voluntarily received an initial dose of the COVID-19 vaccine and experienced a serious and documented medical reaction to the first dose.

11. The Army does not track all requests for temporary medical exemption. However, approved temporary medical exemptions are centrally tracked. As of February 4, 2022, 1,105 temporary medical exemptions have been granted for the active duty component, 937 granted for the Army National Guard, and 64 for the Army Reserve. These numbers reflect current temporary exemptions, which are automatically removed when they reach the expiration date. If a temporary exemption expires, but medical conditions preventing vaccination persist or new reasons arise, the Soldier can request a new exemption.

### The Number of Other Exemptions from COVID-19 Vaccination Granted

12. At present, there have not been any other permanent exemptions granted from the COVID-19 vaccine.

### The Number of Courts-Martial and Separation Proceedings Pending

13. As of today, there are no courts-martial or administrative separation proceedings pending or concluded against a service member based solely upon that service member's vaccine refusal after a religious exemption was denied.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2022, in Washington, DC,

MAHONEY.KEVIN.JAMES.1044210289
Digitally signed by MAHONEY.KEVIN.JAMES.1044210289
Date: 2022.02.04 18:00:48 -05'00'

Kevin J. Mahoney
Chief, G-33 Operations Divisions
Office of The Army Surgeon General and
  U.S. Army Medical Command