# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL #1, et al., </br></br>    Plaintiffs, </br></br>    v. </br></br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, </br></br>    Defendants. | No. 8:21-cv-02429 |

## DECLARATION OF COLONEL JASON A. HOLBROOK

I, Jason A. Holbrook, hereby state and declare as follows:

1. I am a Colonel in the United States Air Force currently assigned as the Deputy Director of Staff (DDS) COVID-19 Team Chief at the Pentagon. I have been in this position since August 17, 2021. As a part of my duties, I am responsible for Air Force service member COVID-19 vaccination status reporting.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I base this declaration upon my personal knowledge and upon information that has been provided to me in the course of my official duties, and I make this declaration on behalf of the Department of the Air Force, which is comprised of the U.S. Air Force and U.S. Space Force.

3. I submit this declaration in support of Defendants' response to this Court's November 22, 2021 Order. Attached to this declaration as "Exhibit 1" is a summary of the information provided herein as it relates to the Court's inquiry and as is known to me to the best of my knowledge at the time of this declaration. The Department of the Air Force is not able to provide

certain statistical data or the data is otherwise limited for the reasons previously provided in the declarations provided by Colonel Artemio C. Chapa, Chaplain, Major Matthew J. Streett, and myself, on January 7, 2022.

4.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February 2022.

HOLBROOK.JASON.A.1084810688
Digitally signed by HOLBROOK.JASON.A.1084810688
Date: 2022.02.04 14:00:58 -05'00'

JASON A. HOLBROOK, Colonel, USAF
DDS COVID-19 Team Chief

Attachment:
Exhibit 1: Department of the Air Force Vaccination & Religious Accommodation Data, current as of February 3, 2022

Exhibit 1 to Colonel Jason A. Holbrook's Declaration

Department of the Air Force Court-Ordered Data[1]

Current as of 3 February 2021

Number of requests for a religious exemption from injection of a COVID-19 vaccine:

| Estimated Total Requests[2] | Initial Requests Under Review[3] | Initial Request Approved | Initial Requests Denied | Denials Where Chaplain Determined Belief Sincere |
|---|---|---|---|---|
| 12,623 | 2,378 | 5 | 3,180 | UNKNOWN |

| # of Denials With No Appeal Before Appeal Deadline[4] | # of Appeals Pending | # of Appeals Denied | # of Appeals Approved (i.e., accommodation granted) | Aggregate # of Approved Requests | Aggregate # of Requests Fully Resolved & Denied[5] |
|---|---|---|---|---|---|
| 1,777 | 684 | 443 | 1 | 1 | 2,221 |

Temporary Medical Exemptions:

| Total Medical Exemption Requests | Number of Exemptions Granted[6] | Number of Exemptions Denied |
|---|---|---|
| UNKNOWN | 1,513 | UNKNOWN |

Other Administrative Exemptions:

| Total Administrative Exemptions[7] |
|---|
| 2,314 |

Courts-Martial or Separation Proceedings against a Service Member whose request for a religious exemption denied after appeal:

| Courts-Martial | | Administrative Separation | |
|---|---|---|---|
| Pending | Concluded | Administrative Separation Initiated | Administrative Separation Completed |
| 0 | 0 | 0 | 0 |

---

[1] Although none of the plaintiffs are members of the U.S. Space Force, the data provided reflects the data for the Department of the Air Force, which is comprised of both the U.S. Air Force and U.S. Space Force.
[2] This estimate is based on the number in progress (data from ASIMS and the field) plus the aggregate approved & aggregate fully resolved and denied.
[3] This data is limited to the number of packages currently at the Approval Authority-level still pending resolution.
[4] On December 7, 2021, the Department of the Air Force implemented a deadline for filing an appeal for a disapproved religious accommodation request (five calendar days from notice of disapproval). This data is limited to requests disapproved after the December 7 memorandum was issued. Additionally, a service member who is given an extension by their commander to file an appeal may initially be listed as not appealing before the deadline with subsequent data adjusting for the extension.
[5] This is the sum of appeals denied and initial denials who did not appeal. This data does not include individuals who did not file an appeal prior to the December 7, 2021 memorandum.
[6] Medical exemptions are temporary. This number reflects the total number of active exemptions, but does not include expired medical exemptions.
[7] This estimate is a snapshot in time based on data from ASIMS and also includes other types of administrative exemptions, such as service members unavailable to vaccinate (e.g. incarcerated, AWOL, etc.).