UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

     Plaintiffs,

v.                                     CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

     Defendants.
_____/

## **ORDER**

The parties jointly move (Doc. 59) for a protective order as an interim measure pending resolution of the motion to proceed pseudonymously and pending resolution of a disagreement between the parties about the breadth of permissible dissemination of the plaintiffs' identities.  The joint motion (Doc. 59) is **GRANTED**, and the parties must comply with the terms of the proposed order (Doc. 59-1).

ORDERED in Tampa, Florida, on February 9, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE