UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) No. 8:21-cv-2429-SDM-TGW<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE FOR PLAINTIFFS, COMMAND SURFACE WARFARE OFFICER AND LIEUTENANT COLONEL 2, TO TESTIFY USING PSEUDONYMS AT THE FEBRUARY 10, 2022 PRELIMINARY INJUNCTION HEARING**

  Plaintiffs, pursuant to Local Rule 3.01, hereby move this Court for leave for COMMAND SURFACE WARFARE OFFICER and LIEUTENANT COLONEL 2 to testify using pseudonyms at the February 10, 2022 preliminary injunction hearing. In support hereof, Plaintiffs show unto the Court as follows:

  1. On January 26, 2022, Plaintiffs filed a Motion for Leave to Proceed Using Pseudonyms in this action (Doc. 55), and entered into a preliminary agreement with Defendants concerning an interim Protective Order for Plaintiffs' identities, to govern disclosure of Plaintiffs' identities until the Court resolves the pseudonym motion. (Doc. 59.)

  2. This Court entered the interim Protective Order today (February 9, 2022). (Doc. 77.)

1

3. In its Order, this Court required the Parties to comply with the terms of the interim Protective Order (Doc. 59-1), which requires that the Parties keep the identities of Plaintiffs in confidence pending resolution of the Motion for Leave to Proceed Using Pseudonyms.

4. In its Temporary Restraining Order entered on February 2, 2022, this Court stated that all Parties are permitted to offer evidence, testimonial or otherwise, at the February 10, 2022 preliminary injunction hearing. (Doc. 67 at 8.)

5. Plaintiffs intend to present testimonial evidence from COMMAND SURFACE WARFARE OFFICER and LIEUTENANT COLONEL 2 at the hearing, and move this Court for leave to permit them to testify using pseudonyms in accordance with the terms of the Protective Order (Doc. 59-1.)

6. Plaintiffs propose and request that (a) the Parties refrain from soliciting any personally identifiable information from the witnesses while on the stand; and (b) the Parties file a Stipulation under seal, providing the two Plaintiffs' names and any necessary personally identifiable information for the sealed record in this case.

7. As further grounds for this motion, Plaintiffs incorporate by reference the facts, arguments and authorities in their briefing on the pending Motion for Leave to Proceed Using Pseudonyms.

8. Prior to filing the instant Motion, Plaintiffs conferred with counsel for Defendants, who noted that Defendants oppose the requested relief.

WHEREFORE, for good cause shown, Plaintiffs respectfully request that this Court enter an Order permitting Plaintiffs, COMMAND SURFACE WARFARE

OFFICER and LIEUTENANT COLONEL 2, to testify at the February 10, 2022 preliminary injunction hearing using pseudonyms.

Respectfully submitted,

/s/ Horatio G. Mihet
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org*
rmast@lc.org*
*Admitted pro hac vice

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2022, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Horatio G. Mihet
Horatio G. Mihet

3