UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.     CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

**ORDER**

On January 26, 2022, the plaintiffs moved (Doc. 55) for leave for the plaintiffs to proceed in this action pseudonymously. The defendants confirmed their opposition to the motion, but the Local Rules allow fourteen days to respond to a motion (that is, in this instance, allow until today, February 9). This morning, presumably because the defendants had not responded to the January 26 motion and because the motion remains pending, the plaintiffs moved (Doc. 78) for leave to proceed pseudonymously at tomorrow's preliminary injunction hearing, including during testimony by the two plaintiffs whose request for an exemption from vaccination is the subject of tomorrow's hearing. A few minutes later the defendants filed the response (Doc. 79) to the January 26 motion requesting innominate status for all plaintiffs, and today's motion seeking innominate status for only two plaintiffs with respect to tomorrow's hearing. Insufficient time remains to evaluate the

defendants' twenty-page response and to prepare a satisfactory explanatory written order and simultaneously to complete preparation for tomorrow's hearing. In this circumstance and at this hour, an interim resolution seems required.

The plaintiffs' motion (Doc. 78) is **GRANTED** as to tomorrow's hearing, including the testimony, exhibits, transcript, and the like of tomorrow's hearing. However, the full record of tomorrow's hearing, including the name of each of the two testifying plaintiffs, remains subject to full or partial disclosure (allowing for any special circumstance) to the extent that a later order denies the January 26 motion, in whole or in part. (However, the intent of applicable law and the Federal Rules of Civil Procedure to ensure certain privacy interests might warrant special exceptions or allowances from time to time in this action, as in all others.) This interim relief results in no irreparable or even appreciable injury to the parties or the public because, if further study reveals that the motion directed to tomorrow's hearing was improvidently granted, a later disclosure order offers a complete remedy.

ORDERED in Tampa, Florida, on February 9, 2022.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE