UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NAVY SEAL # 1,** et al.**,**

                        Plaintiffs,

     v.

Case No. 8:21-cv-02429-SDM-TGW

**JOSEPH R. BIDEN, JR.**, in his official
capacity as President of the United States, et al.,

                        Defendants.

## DEFENDANTS' NOTICE OF ADDITIONAL INFORMATION IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO SEAL UNDER PROTECTIVE ORDER (DOC. 77) AND UNDER ORDER ALLOWING PLAINTIFFS TO PROCEED ANONYMOUSLY AT FEBRUARY 10, 2022 HEARING (DOC. 80)

Defendants hereby notify the Court of additional materials submitted in support of their opposition to the recently filed emergency motion.  On February 1, 2022, Plaintiffs filed an Emergency Motion for a Temporary Restraining Order and supporting declarations.  Doc. 60. The Court ordered Defendants to respond by the next day by 5:00 p.m.  Doc. 62.  Defendants submitted their opposition the next day by 5:00 p.m. and included some preliminary documents in support of their opposition.  Doc. 66.  Shortly thereafter, the Court granted in part Plaintiffs' motion for a temporary restraining order and set a hearing date of February 10, 2022, at 10:00 a.m.  Doc. 67.

Since submitting their initial response, Defendants have continued to investigate Plaintiffs' allegations and now submit this additional information in

support of their opposition to Plaintiff's request for the extraordinary relief of a preliminary injunction.  Plaintiffs' counsel have indicated that they object to Defendants submitting any additional evidence.

The unredacted versions of the declaration and attached exhibits submitted with this notice includes the names of the Plaintiffs and contains information that could be used to identify specific Plaintiffs.  Defendants have redacted that information from the attachments in compliance with the protective order.  Doc. 77. Defendants anticipate bringing unredacted versions of the attachments to the February 10, 2022 hearing and have provided those unreduced versions to Plaintiffs' counsel.

Earlier today, the Court granted Plaintiffs' motion to proceed anonymously during the February 10, 2022 hearing.  Doc. 80.  Pursuant to that order (as well as the protective order), Defendants move to file under seal the unredacted versions of the attached documents, as well as additional documents related to the two Plaintiffs' religious accommodation request under seal, including the initial requests, recommendations, and decisions.  Such information is required to allow the Court understand what, if any, burden is placed on the Plaintiffs' exercise of religion, the government's compelling interests in requiring vaccination, and why there are no less restrictive means.  Defendants have provided the unredacted versions of these documents to Plaintiffs' counsel.  Because Defendants have opposed Plaintiffs proceeding anonymously in this matter, Defendants propose the duration of the seal last only until the Court denies Plaintiffs' motion to proceed anonymously.

Dated:  February 9, 2022

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Courtney D. Enlow*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov
*Counsel for Defendants*