UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NAVY SEAL # 1,** et al.**,**

                Plaintiffs,

v.

**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,

                Defendants.

Case No. 8:21-cv-02429-SDM-TGW

**DEFENDANTS' NOTICE OF ADDITIONAL INFORMATION IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants hereby notify the Court of additional materials submitted in support of their opposition to the recently filed emergency motion and in support of their opposition to Plaintiffs' motion for a preliminary injunction. The attached declaration is filed in response to testimony from Plaintiff Navy Commander during today's hearing. The unredacted version of the declaration submitted with this notice includes information that could be used to identify Plaintiff, including the name of the declarant.[1] Defendants have redacted that information from the declaration in compliance with the protective order. Doc. 77. Defendants have provided the unredacted version to Plaintiffs' counsel via email.

---

[1] The declaration is from the Executive Officer of the destroyer of which Plaintiff Navy Commander is currently the Commanding Officer. Providing the name of the one Executive Officer of that destroyer could identify Plaintiff.

1

Dated: February 10, 2022

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

<u>/s/ Courtney D. Enlow</u>
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov
*Counsel for Defendants*