IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NAVY SEAL #1, et al.

                    Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity as
President of the United States, et al.

                    Defendants.

Case No. 8:21-cv-02429-SDM-TGW

## DECLARATION OF [REDACTED]

### [WITH REGARD TO PLAINTIFF NAVY COMMANDER]

I, Commander [REDACTED], United States Navy, hereby state and declare as follows:

1. I am a Commander in the United States Navy, currently serving as the Executive Officer of the destroyer of which the Plaintiff Navy Commander is currently the Commanding Officer, located in Norfolk, Virginia. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. I am the second highest ranking officer on the destroyer. I report directly to Plaintiff Navy Commander.

3. On Thursday, February 3, 2022, Plaintiff Navy Commander first mentioned to me that he intended to take leave the following week. At that time, Plaintiff Navy Commander did not mention that he was leaving the local area on leave. On Monday, February 7, 2022, Plaintiff Navy Commander did not tell me he was leaving the local area on leave. Plaintiff Navy

2

Commander submitted his electronic leave request at some point on Monday, February 7, 2022. I reviewed the electronic leave request midday on Tuesday, February 8, 2022. This was the first time I became aware that Plaintiff Navy Commander was leaving the local area to travel to ███. Travel outside the local area requires submission of COVID risk mitigation plan. I was not aware if the Plaintiff Navy Commander had completed a COVID risk mitigation plan.

4. Today I asked all the Department Heads, who are other officers supervising personnel responsible for different functions on the ship, when they became aware that Plaintiff Navy Commander was leaving the local area on leave. The Combat Systems Officer became aware that Plaintiff was leaving the local area on midday Tuesday, February 8, 2022 when Plaintiff Navy Commander asked him for a COVID mitigation worksheet. No other Department Heads were aware that Plaintiff was leaving the local area before midday on Tuesday, February 8, 2022, shortly before the time Plaintiff Navy Commander commenced his leave period.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is trueand correct. Executed this 10th day of February, 2022.

