UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                                    CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

## **ORDER**

    The defendants move (Doc. 81) to file under seal the unredacted versions of (1) the declarations appended (Docs. 81-1, 81-2) to the motion and (2) "additional documents . . . including the initial requests, recommendations, and decisions." The motion (Doc. 81) is **GRANTED**. The defendants must file the items **TODAY, FEBRUARY 11, 2022**, under seal and must certify service on the plaintiffs.

    To review the additional documents, to preserve the status quo, to permit a reasonable time to resolve the issues addressed at the February 10, 2022 hearing, and for other good cause shown, the present interim injunctive relief (Doc. 67) is **EXTENDED** through **FEBRUARY 18, 2022**.

    ORDERED in Tampa, Florida, on February 11, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE