IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, et al.,<br><br>    Plaintiffs,<br><br>and<br><br>THOMAS MORE MACIK, USMC<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>LLOYD AUSTIN, et al.,<br><br>    Defendants. | Case No. 8:21-cv-2429-SDM-TGW<br><br>**REPLY IN SUPPORT OF APPLICATION FOR <u>EMERGENCY</u> TEMPORARY RESTRAINING ORDER [Dkt. 94]**<br><br><u>**RELIEF REQUESTED BY FEBRUARY 15, 2022**</u> |

**REPLY IN SUPPORT OF APPLICATION FOR <u>EMERGENCY</u> TEMPORARY RESTRAINING ORDER**

    Defendants assert that Macik has not exhausted his military remedies (Doc. 97 at 9) and does not face irreparable harm. *Id*. at 16 -18.

    As to the first argument, the Court addressed this very point in its earlier order where it rejected the defense argument that religious freedom was denied only after the "protracted exhaustion of every non-judicial remedy." Doc. 40 at 30. The irreparable harm Macik faces is being coerced, under threat of punitive sanctions, to choose whether to adhere to his religious convictions or to "irreparably defy an order." *Id.*

    Defendants themselves have already established that Macik's defiance of a direct order will create irreparable harm, no matter what the outcome of this litigation. In its Opposition to Plaintiffs' Renewed Motion for a Preliminary Injunction, Defendants repeatedly referred to the consequences of Plaintiffs Surface Warfare Officer and Lieutenant Colonel for having disobeyed an order: Defendants now express their "loss of confidence that [Plaintiffs] will follow orders." (Doc. 74 at 2.) Defendants go so far as to

say this disobedience of an order makes Surface Warfare Officer "unfit for duty" (*id*. at 36), and describe him as an "insubordinate officer with poor judgment and a lack of concern for the health and safety and welfare of his crew."  Doc 74-12 at ¶5.

      Macik has not yet achieved the rank and leadership responsibilities of these other Plaintiffs. However, there is every reason to believe the Defendants will exhibit a similar "loss of confidence" in Macik and his fitness for duty that will dog him throughout his career in the Marines, should he be forced to disobey an order that has not been rescinded.


Respectfully submitted,

/s/ *Thomas More Macik*

THOMAS MORE MACIK, *pro se*
Marine Air Support Squadron 2
Marine Air Control Group 18
Unit 37211
FPO, AP 96372-7211
Cell Tel: 216-373-7531
tmacik5@gmail.com

Dated: February 16, 2022 (Okinawa Local Time)