IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**NAVY SEAL #1,** *et al.*

             Plaintiffs,

v.

**JOSEPH R. BIDEN**, in his official capacity as President of the United States, *et al.*

             Defendants.

Case No. 8:21-cv-02429-SDM-TGW

## DECLARATION OF TECHNICAL SERGEANT TASHA L. JOHNSON, U.S. AIR FORCE

I, Tasha L. Johnson, U.S. Air Force, hereby state and declare as follows:

    1.    I am a technical sergeant in the United States Air Force, currently serving as the Noncommissioned Officer in Charge, Labor Law Field Support Center, located at Joint Base Andrews, Maryland. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

    2.    Pursuant to this court's order of February 13, 2022, Exhibit 1 to this declaration contains the following documents:

        (a) thirteen letters granting a religious exemption, the associated initial request, and the request packages routed

1

      (b) the twenty-five most recent denials after appeal, the underlying denial of the initial request, the initial request beginning the appeal, and the request packages routed

3.     The individual case files for these requestors may contain documents beyond those provided. Those documents include, for example, legal recommendations (which may be subject to the attorney-client and/or attorney work product privileges). The names of the requestors, individuals below the military grade of O-6, and information that may be subject to attorney-client and/or attorney work product privileges have been redacted from the submission.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2022.

JOHNSON.TASHA.LEE.1258399117
Digitally signed by JOHNSON.TASHA.LEE.1258399117
Date: 2022.02.16 14:50:47 -05'00'

TASHA L. JOHNSON, Tech Sergeant, USAF