IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**NAVY SEAL #1,** *et al.*

        Plaintiffs,

v.

**JOSEPH R. BIDEN**, in his official capacity as President of the United States, *et al.*

        Defendants.

Case No. 8:21-cv-02429-SDM-TGW

**DECLARATION OF CAPTAIN MERY-ANGELA SANABRIA KATSON, U.S. NAVY**

I, Captain Mery-Angela Sanabria Katson, U.S. Navy, hereby state and declare as follows:

1. I am a captain in the United States Navy, currently serving as the Branch Head, Enlisted Plans and Policy (OPNAV N132), located in Arlington, Virginia. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. Pursuant to this court's order of February 13, 2022, Exhibit 1 to this declaration contains the following documents:

    (a) one letter granting a religious exemption and the associated initial request

    (b) the twenty-five most recent denials after appeal, the underlying denial of the initial request, and the initial request beginning the appeal

3. The individual case files for these requestors contain many documents beyond those provided. Those documents include, for example, individualized assessments of each

1

2

requestor's circumstances and legal recommendations (which may be subject to the attorney-client and/or attorney work product privileges).

    4.    The names of the requestors contained in Exhibit 1 have been redacted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2022.

Mery-Angela Sanabria Katson

Captain, U.S. Navy