IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL #1, *et al.*<br><br>  Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>  Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## DECLARATION OF EUGENE B. MCCARTHY

I, Second Lieutenant Eugene B. McCarthy, hereby state and declare as follows:

1. I am currently a student judge advocate assigned to Judge Advocate Division, Headquarters Marine Corps. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. In my current position, I am a part of the staff that processes religious accommodation appeals for the Assistant Commandant of the Marine Corps. Exhibit 1 to this enclosure includes six religious accommodation request packages on file at Judge Advocate Division where the accommodation request was approved and the twenty-five religious accommodation request packages where the requests were denied after appeal. This is not the complete file because it does not include, for example, privileged legal analysis and recommendation. The names and personal information of the requestors and third parties involved in the processing of these packages have been redacted.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2022.

Eugene B. McCarthy

Second Lieutenant, USMC