UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>Defendants. | No. 8:21-cv-2429-SDM-TGW |

**NOTICE OF FILING SECOND DECLARATION OF RICHARD L. MAST SHOWING 131 FINAL DENIALS OF RELIGIOUS ACCOMMODATION APPEALS IN SUPPORT OF IMMEDIATE CLASS WIDE RELIEF**

Plaintiffs give notice of filing the attached Second Declaration of Richard L. Mast in Support of Motion to Certify Class and Motion for Preliminary Injunction, showing a running count of 131 final denials of religious accommodation appeals among putative class members who have contacted Plaintiffs' counsel for assistance, in addition to the final appeal denials of named Plaintiffs (Doc. 82), which accumulating appeal denials support immediate, class wide relief to enjoin (1) enforcement against Plaintiffs and putative class members of any order or regulation requiring COVID-19 vaccination, and (2) any adverse or retaliatory action against Plaintiffs and putative class members as a result of, arising from, or in conjunction with their requesting a religious exemption, appealing the denial of a request for a religious exemption, requesting reconsideration of the denial of a religious exemption, or pursuing this action or any other action for relief under RFRA or the First

Amendment (*see* Doc. 111 at 47–48), such injunctive relief to include restoration to the status quo ante for all Plaintiffs and putative class members already subjected to any of the foregoing enforcement or adverse or retaliatory action.

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org*
rmast@lc.org*
*Admitted specially

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this February 22, 2022, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Roger K. Gannam
Roger K. Gannam
Attorney for Plaintiffs
