# EXHIBIT 1

| | |
|---|---|
| **From:** | Horatio Mihet |
| **To:** | Powell, Amy (CIV) |
| **Cc:** | Enlow, Courtney D. (CIV); Avallone, Zachary A. (CIV); Roger Gannam; Robinson, Stuart J. (CIV); Merritt, Robert C. (CIV); Daniel Schmid; Richard Mast; Jill M. Schmid |
| **Subject:** | [EXTERNAL] Navy Seal 1 v. Biden - Preliminary Injunction |
| **Date:** | Friday, February 18, 2022 5:44:23 PM |

Amy – we read the Preliminary Injunction entered by the Court this afternoon (dkt. 111) to prohibit any adverse action against Navy Commander for any of the things alleged by the Government in any of the affidavits filed in the proceedings thus far. Without limitation, this would include the Government's allegations – rejected by the Court – that Navy Commander acted improperly in connection with securing leave to attend the PI hearing.

Please confirm ASAP that this is also your understanding. If the Navy takes any adverse action against him (or Lieutenant Colonel 2, for that matter), we will promptly and aggressively seek contempt sanctions against all involved.

HGM

**Horatio G. Mihet, Esq.***
*Vice President of Legal Affairs and*
*Chief Litigation Counsel*
**Liberty Counsel**
PO Box 540774
Orlando, FL 32854
(407) 875-1776 phone
(407) 875-0770 fax
LC.org
Offices in DC, FL, and VA
*Licensed in Florida and Ohio

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.