# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**NAVY SEAL #1,** *et al.*

                Plaintiffs,

v.

**JOSEPH R. BIDEN,** in his official capacity as President of the United States, *et al.*

                Defendants.

Case No. 8:21-cv-02429-SDM-TGW

## DECLARATION OF WILLIAM M. JURNEY

I, William M. Jurney, hereby state and declare as follows:

1. I am a Lieutenant General in the United States Marine Corps (USMC), currently assigned as the Commanding General, II Marine Expeditionary Force (II MEF). I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. I have been assigned to my current position since July 2021. Prior to my current assignment, I served as the Commanding General, Marine Air Ground Task Force Training Command and Marine Corps Air Ground Combat Center from 2020-2021.

3. My Marine Corps career began in 1987 as an infantryman. In 1988, I was commissioned through the Enlisted Commissioning Program. From 1989-1992, I served as a Rifle Platoon Commander and Company Executive Officer in 2d Battalion, 4th Marines, participating with the 22nd Marine Expeditionary Unit (MEU) in support of Operation Sharp

1

Edge in the U.S. Embassy, Monrovia, Liberia, and deploying in support of Operations Desert Shield and Desert Storm.

(a) Other operational assignments I have had include Rifle Company Commander and Battalion Operations Officer with 3d Battalion, 8th Marines (1996-2000). While serving as the Operations Officer for Battalion Landing Team 3/8, I deployed with the 26th MEU which provided security to refugee camps in Albania (Joint Task Force Shining Hope) and conducted peace support operations in Kosovo (Joint Guardian). From 2004-2007, I served as the Commanding Officer of 1st Battalion, 6th Marines, deploying the battalion twice in support of Operation Iraqi Freedom to the cities of Fallujah and Ramadi. In 2011, I assumed command of 2d Marine Regiment until I deployed in 2013 to Afghanistan for duty as the Executive Officer to the Commander, International Security Assistance Force (ISAF).

(b) My service outside the Fleet Marine Forces (FMF) includes: Company Commander and Assistant Director of Drill Instructor School at Marine Corps Recruit Depot, Parris Island, South Carolina (1992-1995); Commanding Officer, Recruiting Station Baltimore, Maryland (2001-2004); and Chief of Plans, U.S. Joint Forces Command, Norfolk, Virginia (2009-2011).

(c) My General Officer assignments include: Deputy Director for Joint Training, Joint Staff J7 (2014-2016); Commanding General, Marine Corps Recruit Depot San Diego and the Western Recruiting Region (2016-2018); Commanding General, 3d Marine Division, Okinawa, Japan (2018-2020); and Commanding General, Marine Air Ground Task Force Training Command and the Marine Corps Air Ground Combat Center (2020-2021).

(d) My professional military education includes The Basic School Course, Infantry Officers Course, Amphibious Warfare School, Marine Corps Command and Staff

College, and the Naval War College. I earned master's degrees in Military Studies, and in National Security and Strategic Studies.

## Preliminary Statement

4. I have reviewed the preliminary injunction order issued by this Court on February 18, 2022. The Court's broad injunction will cause immediate harm to the Marine Corps because it directly interferes with the II MEF's (one of three Marine Expeditionary Forces) ability to carry out its assigned missions, in service to the American people and our national security. As described in more detail below, the Court's injunction will cause immediate and irreparable harm to the Marine Corps.

## Command Slating

5. Plaintiff Lieutenant Colonel 2 is a Lieutenant Colonel ("LtCol") on active duty in the Marine Corps and assigned to Marine Forces Special Operations Command ("MARSOC") located aboard Marine Corps Base, Camp Lejeune, North Carolina. LtCol 2 is a logistics officer and has been selected for command of a Combat Logistics Battalion (CLB). LtCol 2 is currently slated to take command in the fall of 2022. The Court's injunction, which prevents the Marine Corps from removing LtCol 2's command selection, will have immediate and irreparable effects on the training pipeline and slating process for prospective commanders.

6. It is imperative that a CLB commander be worldwide deployable and ready to lead Marines at all times. LtCol 2 is currently not worldwide deployable. A CLB primarily deploys as part of a MEU. However, CLBs can also be called upon to deploy independently outside of their normal MEU rotation. For instance, in the spring of 2021, CLB 22 deployed to Philadelphia, Pennsylvania, in support of the DOD's federal vaccine response operations separately from the MEU that it usually supports. Following the withdrawal from Afghanistan in

the summer of 2021, a CLB was deployed to Quantico, Virginia, in support of Operation Allies Welcome.

7. A Marine's selection for command happens very early in the assignment process, long before they will assume command, so they have time to meet the rigorous requirements of preparing to serve in battalion command. One of the key factors weighed by the Command Selection board is physical fitness. From the time an officer takes command of an operational unit they must be capable of deploying worldwide. In addition to being medically ready and at peak physical fitness they must attend numerous training courses. The following training is generally required before a battalion commander takes command: Cornerstone Course (two weeks in length offered 2-3 times per year); Senior Officer's Legal Course (three days in length offered several times per year); Logistics Commanders Course (three days in length offered one time per year); Amphibious Warfare Staff Planning (two weeks in length). Additionally, a CLB commander will be expected to conduct numerous ship visits and short underways on Navy ships as an exercise evaluator. When a command-screened LtCol is removed from the command slate, Headquarters Marine Corps must either identify another officer who was selected as an alternate for command or make the decision to re-slate the command during the next command screening board, which only occurs one time per year in the month of July. For these reasons, it is imperative that the Marine Corps knows as early as possible if a Marine officer selected for command will be unable or unwilling to serve in the command for which he or she was selected.

## Marine Expeditionary Units

8. A MEU is a standing Marine Air-Ground Task Force (MAGTF) composed of an Aviation Combat Element (ACE), Ground Combat Element (GCE), and a Logistics Combat

4

Element (LCE).[1] The MEU is commanded by a Colonel. Each of the subordinate elements are commanded by a LtCol. The MEU is unique in that it deploys onboard three Navy ships of an Amphibious Ready Group (ARG). Together the ARG/MEU team is a highly mobile, versatile, and self-contained crisis response force.

9. A MEU must have a CLB commander who is able to fully participate in a deployment by disembarking the ARG. A CLB commander who is not vaccinated may not be able to enter a foreign country if there are vaccination requirements which he or she cannot meet, and thus may not be able to disembark. A CLB commander cannot be effective without leaving the ship, which is a certain requirement on deployment. For instance, the ARG/MEU is often tasked by combatant commanders to conduct disaggregated operations. Disaggregated operations require elements of the ARG/MEU to function separately and independently. One ship may conduct security cooperation exercises in Israel, while another ship is conducting counter-piracy operations off the Horn of Africa. The CLB commander rarely deploys on the same ships as the MEU CO. As a result, CLB commanders are often the senior Marine in their operating area during disaggregated operations. MEU commanders rely on CLB commanders to exercise command and control in the absence of the MEU CO. If LtCol 2 was deployed but unable to disembark because of her vaccination status, the ARG/MEU's ability to conduct effective disaggregated operations would unquestionably be hindered. The ship with the CLB commander as the senior Marine could never be tasked to operate independently of the ARG/MEU. The MEU CO would now have an additional consideration of accepting the risk of having less

---

[1] The Mission of a MEU is "Provide a forward-deployed, flexible sea-based MAGTF capable of conducting amphibious operations, crisis response, and limited contingency operations, to include enabling the introduction of follow-on forces and designated special operations, in order to support the theater requirements of the Geographic Combatant Commander. Marine Corps Order (MCO) 3120.13

5

leadership in country or jostling other senior officers to fill the position. That would be an unreasonable burden to place on any ARG/MEU team, particularly one forward deployed.

10. An additional risk of deploying an unvaccinated Marine in a command position is the increased risk that he or she would fall seriously ill before or during the deployment, necessitating a change of command at an inopportune moment in the deployment/work-up cycle. Prior to deployment a MEU undergoes an approximately 26 week Pre-deployment Training Program (PTP)[2]. The PTP is a focused training program that incrementally builds the core Mission Essential Task capabilities of the MEU Command Element (CE) and its three Major Subordinate Elements (MSE). It also focuses on developing the critical relationship between the Marines and the Navy. The PTP has three cornerstones: (1) integration and interoperability of the ARG/MEU team as often as feasible; (2) stabilization of personnel and equipment with sufficient time to train; and (3) standardization of doctrine, organization, and training. All three of those cornerstones would be undermined by removing the CLB commander at any point during the PTP or deployment.

11. The MEU cannot meet any of its Mission Essential Tasks without the full cooperation and assistance of the ARG. A MEU would irreparably damage the working relationship with the ARG if it refused to follow the orders of a ship's Captain. As demonstrated by Admiral Lescher, Vice Chief of Naval Operations, vaccinations have proved essential in keeping personnel embarked on Naval shipping safe.[3] If the Marine Corps is prevented from reassigning LtCol 2, she will have to be permitted onboard a Navy vessel which requires each

---

[2] MCO 3502.3C establishes USMC training policy and guidance for reading MEU force, and serves as the primary reference for general matters pertaining to the MEU PTP. Enclosure 5 is specific to the LCE.
[3] See VCNO Declaration of 19 January 2022, in Northern District of Texas, Case No. 4:21-CV-01236-O

sailor and Marine embarked to be vaccinated. Requiring the ship's commander to embark an unvaccinated Marine undermines the commander's authority.

12. Our operating forces are the heart of the Marine Corps. The MEU comprises our forward presence, crisis response, and fighting power that the Marine Corps makes available to our combatant commanders worldwide. The MEU is specifically organized to be capable of responding rapidly to a broad range of crises and conflict situations. They are the "first on the scene" and provide a wide range of capabilities including non-combatant evacuation, clandestine recovery, maritime interdictions, tactical recovery of aircraft or personnel, humanitarian and civic actions, and other military operations. The mission of the CLB is to provide the MEU with mission-essential combat service support to ensure readiness, sustainment, and mission capability are achieved and maintained. These capabilities include an engineer platoon, explosive ordinance disposal, a landing support platoon, health services support platoon, motor transportation platoon, supply platoon, and a distribution liaison cell.

13. The Marine Corps is currently in the untenable position of having a LtCol, who will not be worldwide deployable, slated to serve as the commanding officer of a command that must be worldwide deployable. As the commanding officer of a CLB, LtCol 2 will be accountable for all that her command does or fails to do. LtCol 2 is solely responsible for ensuring the success of the CLB. Requiring this of LtCol 2, when she may not be able to deploy with her unit or enter a specific country with her unit, is antithetical to her ability to command.

14. LtCol 2 will also be responsible for setting the policies and standards within her command. LtCol 2's failure to follow the lawful policies and standards of her superiors undermines her ability to require her subordinates to follow her policies and standards. Ultimately, a commander who cannot follow lawful orders loses the moral authority to require

others to follow their own lawful orders. Further, LtCol 2 will be mandated by current regulations to convene administrative separation cases for all Covid-19 vaccine refusal cases. Her own refusal to be vaccinated undermines her ability to fairly implement that process.

15. Potential exposure to COVID-19 can have a significant impact on the operations of II MEF forces aboard Camp Lejeune and deployed worldwide. Our force must be capable of projecting offensive combat ashore while sustaining itself in combat without external assistance for a period of 60 days. Additionally, II MEF forces are capable of providing Joint Force Commanders with capabilities to conduct: Humanitarian support and natural disaster relief operations, rapid crisis response, ability to operate independent of established airfields, basing agreements, and over-flight rights, ability to train with allied forces as part of a threat engagement plan, and to provide a forward deployed and credible deterrent force (ex. A Marine Expeditionary Unit). Currently, II MEF has approximately 3,600 personnel deployed in support of Geographic Combatant Commander requirements worldwide in U.S. Northern Command, U.S. Pacific Command, and U.S. European Command. Another 2,000 are deployed across the United States conducting training to either sustain readiness or prepare for upcoming deployments. COVID-19 vaccinations ensure our ability to sustainment and rapidly deploy a ready force.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February 2022.

W. M. JURNEY