IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NAVY SEAL 1, et al.,

    Plaintiffs,

and

THOMAS MORE MACIK,

Plaintiff-Intervenor,

v.

LLOYD AUSTIN, et al.,

    Defendants.

Case No. 8:21-cv-2429-SDM-TGW

SUPPLEMENTAL DECLARATION IN SUPPORT OF THE MOTION TO INTERVENE OF THOMAS MORE MACIK, USMC

**Supplemental Declaration in Support of the Motion to Intervene of First Lieutenant Thomas Macik, U.S. Marine Corps**

I, Thomas More Macik, do hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the matters set forth in this Declaration, and if called upon to testify to them, I would and could do so competently.

2. I am a First Lieutenant and an active duty 7208/Air Support Control Officer in the United States Marine Corps currently serving at Marine Air Support Squadron 2 at Marine Corps Air Station Futenma, Okinawa, Japan.

3. On 14 February, 2022, I filed a motion to intervene and an application for a temporary restraining order against my Commanding Officer's order to submit to vaccination against COVD-19 by close of business on 16 February, 2022 or else face adverse punitive or administrative action.

1

4.     On 24 February, 2022, I submitted an Article 138 complaint to Major General Brian W. Cavanaugh, Commanding General, 1st Marine Aircraft Wing, in follow up to my Request for Redress submitted on 26 October, 2021 and my Request for Redress submitted on 11 February, 2022. My complaint is attached as exhibit K.

5.     On 24 – 25 February, 2022, I participated in an Alert Contingency Marine Air Ground Task Force Drill (ACM). For this no-notice squadron readiness drill I was part of an 8-person team which activated in order to validate support requirements and prepare Marines to support operations within the INDOPACOM Area of Operations (AO) within 48 hours. Additionally, I am still performing full time duties as the Squadron Adjutant.

6.     On 28 February, 2022, I completed my separation physical examination with the Marine Air Control Group-18's health care provider Lieutenant Commander Daniel B. MacHue MD. During the physical examination, Lieutenant Commander MacHue told me that he is finding it harder to defend the COVID vaccines as being necessary for military service members who, being generally young and healthy, are in a risk group that does not benefit from the vaccines, which do not prevent transmission but rather prevent severe hospitalization or illness. I also asked LCDR MacHue about the availability of an FDA licensed COVID-19 vaccine. At that time LCDR MacHue could not say whether one was available or not; however, he later responded to one of my peers saying that neither Comirnaty nor any other FDA-approved vaccine is currently available on Okinawa. This email is attached as exhibit L.

7.     On 28 February, 2022, Defendants submitted a memorandum of law in opposition to my motion to intervene.

8. On 3 March, 2022, my Commanding Officer served me with the Commanding General's 'Notification of Recommendation for Administrative Separation' addressed to me and the Commanding General's 'Report of Misconduct' addressed to the Commandant of the Marine Corps. The 'Notification of Recommendation for Separation' officially begins separation procedures. The 'Report of Misconduct' documents my failure to submit to vaccination against COVID-19 within the timeline provided by my Commanding Officer. Further, it recommends that I be separated with a General (under honorable conditions) characterization of service. A 'General' characterization of service could affect employment and will make me ineligible for educational assistance through the GI Bill. Major General Cavanaugh recommends that I be separated on the grounds that my failure to submit to vaccination within the timeline set by my Commanding Officer, "endangers the force, degrades the combat readiness of his squadron, and sets a poor example for junior Marines in his command." The 'Notification of Recommendation for Separation' and the 'Report of Misconduct' are attached as exhibits M and N.

9. On 3 March, 2022, I signed acknowledgements of receipt for both the 'Recommendation for Administrative Separation' and the 'Report of Misconduct'. In both acknowledgements, I requested to submit a statement in response to the 'Report of Misconduct' and a rebuttal to the Commanding General's recommendation for separation. Because I have less than six years of service, I do not rate a Board of Inquiry. My statement in response to the 'Report of Misconduct' and my rebuttal of the recommendation for separation are my only means of defending myself in this process. My deadline for submitting both is close of business 13 March, 2022 Japanese Standard Time (12 March EST). My acknowledgements for both are attached as exhibits O and P.

10.     On 5 March, 2022, I submitted a request for an extension of my deadlines to submit a statement in response to the 'Report of Misconduct' and my rebuttal to the Commanding General's recommendation for separation. I requested an extension until I am provided documents related to my situation which I have requested through a Freedom of Information Act request as well as through my chain-of-command. As of this writing I have not yet received a response to my request for an extension of the deadlines. Further, I was informed by the 1st MAW Staff Judge Advocate that Major General Cavanaugh will not likely see my request until Friday, 11 March, which is two days before the deadline. My request is attached as exhibit Q.

11.     Neither my Commanding Officer nor any of his superior officers have answered my questions about the availability of an FDA licensed COVID-19 vaccine on Okinawa. To the best of my knowledge there is still no FDA licensed vaccine currently available to me.

12.     The Marine Corps must afford me the 10 calendar days until 13 March to submit written matters, but after that date the speed of my separation will be no slower than the Marine Corps processes the paperwork.  The 'Report of Misconduct' and the separation notification will be forwarded to the Deputy Commandant for Manpower and Reserve Affairs who will formulate the final Marine Corps recommendation for my case.  The Deputy Commandant for Manpower and Reserve Affairs will forward that recommendation to the Assistant Secretary of the Navy for Manpower and Reserve Affairs (ASN M&RA) who is the Separation Authority for officers.  Once the ASN M&RA signs my final separation letter that orders my discharge, my command will only need to implement it. This will mean requiring me to attend the Transition Readiness Seminar (3 days), return my individually issued items (main pack, body armor, sleep system etc. 1

day), and schedule my move and flight (1 day). I will then receive orders to detach from my unit and report to Separations Platoon either in Camp Lejeune, NC or Pendleton, CA, to receive my DD-214 (Certificate of Discharge).

13.     Once I submit my rebuttal to Major General Cavanaugh's recommendation for separation on 13 March, I will, to the best of my knowledge, have exhausted every means I have of protecting my reputation and career, and of speaking in defense of the Constitution as I swore to in my commissioning oath. There is no indication of how thoroughly my rebuttal will be considered, or if at all. Nor is there any requirement for the ASN M&RA to respond to my rebuttal. The very next step is separation.

14.     I want to continue to serve my country in the United States Marine Corps with my unit and also practice my faith.

15.     I declare under penalty of perjury, under the laws of the United States, that the foregoing statements are true and correct to the best of my knowledge.

   Executed this March 7, 2022.

              _____*/s/ Thomas M. Macik*_____
              Thomas M. Macik
              First Lieutenant
              United States Marine Corps
              (original signature retained by signer)