UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,<br><br>                  Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

### SUPPLEMENTAL NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), counsel has a "continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." Defendants hereby notify the Court of additional lawsuits pending in this District and elsewhere. This is intended to supplement the Notice filed Nov. 3, 2022. *See* ECF No. 22.

I certify that the above-captioned case:

☒     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

        In addition to those cases listed in the Nov. 3, 2022 filing, these cases raise RFRA claims about the DoD vaccine mandate on behalf of service members.

*Air Force Officer v. Austin*, 5:22-cv-00009-TES (M.D. Ga.)

*Bongiovanni v. Austin*, 3:22-cv-00237 (M.D. Fla.)

*Crosby v. Austin*, No. 8:21-cv-02730-TPB-CPT (M.D. Fla.)

*Doster v. Kendall*, 1:22-cv-00084 (S.D. Ohio)

*Dunn v. Austin*, 2:22-at-00165 (E.D. Cal.)

*Lembo v. Del Toro*, 1:22-cv-00325 (D.D.C.)

*Navy Seals 1-26 v. Austin*, 21-1236 (N.D. Tex.)

*Poffenbarger v. Kendall*, 1:22-cv-00325 (S.D. Ohio)

*Short v. Berger*, No. 22-1151-DMG (C.D. Cal.)

*Vance v. Wormuth*, 3:21-cv-00730-CRS (W.D. Ky.)
Click or tap here to enter text.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Program Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendants*

3/8/2021