UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,<br><br>　　　　　　　Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

**DEFENDANTS' NOTICE REGARDING WITNESSES AND EXHIBITS**

Defendants respectfully provide notice that they do not intend to present witnesses or exhibits at the evidentiary hearing on Defendants' motion to stay scheduled for March 10, 2022. ECF No. 122. Defendants rest on materials submitted with the government's stay motion—which include sworn declarations by some of the highest-level officers in the Navy and Marine Corps[1]—in support of their argument that a stay of the Court's injunction pending appeal is warranted. *Cf. Coburn v. McHugh*, 679 F.3d 924, 929 (D.C. Cir. 2012) (noting the presumption that military

---

[1] Defendants also note that Defendants' witnesses and declarants reside, are employed, and transact business outside of the district and primarily in the Washington, D.C. metropolitan area, Hampton Roads, Virginia or Jacksonville, North Carolina. *See* Rule 45(c)(1)(A). Further, many of Defendants' declarants, including Admiral Lescher, are high-ranking officials pursuant to the apex doctrine. *See United States v. Morgan*, 313 U.S. 409 (1941); *In re United States*, 985 F.2d 510, 512 (11th Cir. 1993) ("the Supreme Court has indicated that the practice of calling high officials as witnesses should be discouraged."); *see also* Eastern District of Virginia Local Rule 45 (D) (prohibiting subpoenas to anyone of the rank of Admiral or General without obtaining leave of Court).

officers "discharge their duties correctly, lawfully, and in good faith").  Moreover, Defendants believe they have, at a minimum, presented a substantial question on the merits that together with the balance of equities overwhelmingly justifies an immediate stay without the need for a hearing.  *See Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1232 (11th Cir. 2005); Defs.' Stay Mot. (ECF No. 118) at 4-9.  For this reason, Defendants stand on their current record and arguments in support of a stay of the injunction pending appeal.

If the Court regards the Defendants' record in support of a stay to be inadequate or incomplete, as indicated in the Court's Order of March 2, 2022 (ECF No. 122), Defendants recognize that the Court is likely to decline the relief requested.  In any event, Defendants are presently seeking the requested stay in the Court of Appeals, where a similar stay motion has been filed.  *See* Federal Rules of Appellate Procedure 8(a) (providing that a motion for a stay pending appeal must ordinarily be filed first in the district court, but that a motion for such relief may be filed in the Court of Appeals which must state that, a motion having been made, the district court either denied the motion or failed to afford the requested relief, and stating any reasons given by the district court).  Defendants also waive oral argument on the motion and, in these circumstances, submit there is no need for the March 10 hearing.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Program Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

3/8/2021