# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> LLOYD AUSTIN, in his official capacity as Secretary of the United State Department of Defense, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 8:21-cv-2429-SDM-TGW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFF'S NOTICE OF FILING WITNESS AND EXHIBIT LISTS**

Plaintiffs, pursuant to the Court's Order of March 2, 2022 (Doc. 122), give notice of filing the attached witness and exhibit lists for the hearing on March 10, 2022.

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

***Attorneys for Plaintiffs***