## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

NAVY SEAL 1, *et al.*, for themselves       )
and all others similarly situated,          )
                                            )
    Plaintiffs,         )
                                            )
v.                                          )  No. 8:21-cv-2429-SDM-TGW
                                            )
LLOYD AUSTIN, in his official               )
capacity as Secretary of the United         )
State Department of Defense, *et al.*,      )
                                            )
    Defendants.         )

## PLAINTIFFS' WITNESS LIST

| | |
|---|---|
| 1 | Plaintiff Lieutenant Colonel 2, USMC |
| 2 | Plaintiff Navy Commander Surface Warfare Officer, USN |
| 3 | Lt. Col. Theresa Long (M.D.), USA |
| 4 | Lt. Col. Peter Chambers (D.O.), TXARNG |
| 5 | Col. Stewart H. Tankersley (M.D.), USA (Ret.) |