UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, ET AL.,

        Plaintiffs,

v.

LLOYD AUSTIN, ET AL.,

        Defendants.
_____

Case No. 8:21-CV-2429-SDW-TGW

### EXHIBIT LIST

☐ Government    ☒ Plaintiff(s)    ☐ Defendant(s)    ☐ Court    ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Deputy Joint Surgeon Communication to Military Medical Providers |
| 2 | | | | Gen. James H. Dickinson, USA, USSPACECOM Correspondence |
| 3 | | | | CBER Plans for Monitoring COVID-19 Vaccine Safety and Effectiveness; JAMA Study – Myocarditis in the Military |
| 4 | | | | DoD Clinical Guidelines for Post Vaccination Associated Myopericarditis |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
| --- | --- | --- | --- | --- |
| 5 | | | | FDA-CBER Cumulative Analysis of Post-Authorization Adverse Event Reports |
| 6 | | | | VAERS COVID Vaccine Adverse Events Reports |
| 7 | | | | Health.mil: Defense Medical Epidemiology Database (DMED) |
| 8 | | | | DMED Excel Spreadsheet Reports |
| 9 | | | | iScience: The mRNA-LNP |
| 10 | | | | Innate Immune Suppression by SARS-CoV2 mRNA Vaccinations |
| 11 | | | | Israel Coronavirus Statistics |
| 12 | | | | Gibraltar Coronavirus Statistics |
| 13 | | | | USA Coronavirus Statistics |
| 14 | | | | ScienceInsider: Having SARS-CoV2 once confers much greater immunity |
| 15 | | | | MedRxiv: Comparing SARS-CoV2 natural immunity to vaccine-induced immunity |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 16 | | | | MEdRxiv: Necessity of COVID-19 vaccination in previously infected individuals |
| 17 | | | | MedRxiv: Effectiveness of COVID-19 vaccines against Omicron or Delta infection |
| 18 | | | | ScienceDirect: Treatment with Ivermectin |
| 19 | | | | American Journal of Therapeutics: Review of Emergency Evidence |
| 20 | | | | CDC: COVID-19 Vaccine Related Codes |
| 21 | | | | FDA: Pfizer BioNtech COVID-19 Vaccine EUA LOA |
| 22 | | | | Combat COVID.hhs.gov: Pfizer received FDA BLA license for COVID-19 vaccine |