**From:** DICKINSON, JAMES H GEN USA USSPACECOM USSPACECOM/CC <james.dickinson.7@usspacecom.mil>
**Sent:** Wednesday, March 2, 2022 3:32 AM
**To:** USSPACECOM/All Distro <USSPACECOM.All.Distro@us.af.mil>
**Subject:** CC Sends: Updated Masking Guidance (2 March 2022)

Team,

I wanted to take a moment to thank you for all your hard work and success over the last couple of years during the pandemic. COVID-19 has posed some unprecedented challenges yet you have persevered and excelled in executing the USSPACECOM mission. I appreciate your continued discipline, determination, and devotion to keeping our USSPACECOM Team safe!

With high levels of population immunity from both vaccinations and infections, the risk of medically significant disease, hospitalization, and death from COVID-19 has been greatly reduced. Therefore, OSD has updated mask and screening testing requirements based on CDC "Community Levels".

As we go into this new phase of COVID-19 response, USSPACECOM will monitor COVID-19 Community Levels and adjust restrictions accordingly. So, please stay aware of your Community Levels, both at home and when you travel.

Masks are NO longer required for DoD installations in counties with medium or low Community Levels.

Additionally, screening tests are still required in counties with high or medium Community Levels. All other Force Health Protection Guidance remains in effect, including guidance regarding workplace access, occupancy levels, physical distancing, travel and meetings.

Please continue disciplined risk mitigation and stay tuned for the COVID-19 Update, which will provide more detailed information.

Master Gunnery Sergeant Stalker and I thank you for all you do and for your patience, diligence, and discipline in getting us to this point.

Never a Day Without Space!

GEN Jim Dickinson

**EXHIBIT A**



**UNDER SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

**PERSONNEL AND READINESS**

MAR – 1 2022

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
　　　　　　　　　　COMMANDERS OF THE COMBATANT COMMANDS
　　　　　　　　　　DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Updated Guidance for Mask and Screening Testing for all Department of Defense Installations and Other Facilities

In accordance with the updated guidance released by the Safer Federal Workforce Task Force on February 28, 2022, beginning immediately, the following masking and screening testing guidance requirements based on the Centers for Disease Control and Prevention (CDC) coronavirus disease 2019 (COVID-19) Community Levels[1] will apply to all Department of Defense (DoD) installations and other facilities owned, leased, or otherwise controlled by DoD:

- When the CDC COVID-19 Community Level is high in the county where a DoD installation or facility is located[2], indoor mask-wearing is required for all Service members, DoD civilian employees, onsite DoD contractor personnel (collectively, "DoD personnel"), and visitors, regardless of vaccination status. The screening testing program required by reference (a) shall be utilized in that installation or facility.

- When the CDC COVID-19 Community Level is medium in the county where a DoD installation or facility is located, indoor mask-wearing is not required for DoD personnel or visitors. The screening testing program required by reference (a) shall be utilized in that installation or facility.

- When the CDC COVID-19 Community Level is low in the county where a DoD installation or facility is located, indoor mask-wearing is not required for DoD personnel or visitors. The screening testing program contained in reference (a) is not required for that installation or facility.

- Individuals may choose to wear a mask regardless of the COVID-19 Community Level.

---

[1] Community levels may be found at: https://www.cdc.gov/coronavirus/2019-ncov/your-health/covid-by-county.html. Find community levels by "State or Territory" and then by "County or Metro Area." Jurisdictions which are not counties, such as the District of Columbia, also are listed under "County or Metro Area." Definitions of low, medium, and high risk may be found at: https://www.cdc.gov/coronavirus/2019-ncov/science/community-levels.html.

[2] The Pentagon is located in Arlington County, Virginia.

- Regardless of the CDC COVID-19 Community Level, DoD force health protection guidance for workplace access and mask wearing for DoD personnel with symptoms, a positive test, or exposure to someone with COVID-19 remains in effect.

- When mask wearing is required, any previously-approved exceptions to the masking requirement remain in effect.

- DoD installations, other facilities, and worksites shall, as soon as possible, post signs and post information on their websites clarifying what masking requirements apply on each installation and at each facility.

- All other force health protection guidance remains in effect, including guidance regarding workplace access, occupancy levels, physical distancing, travel, and meetings. Individual must follow more rigorous workplace mask mandates when commanders and supervisors determine that it is required to protect health and safety in the workplace, such as mask wearing by health care workers.

- Installations outside the U.S. should consult country-level data for their Host Nations (HN) if local community-level data is unavailable. Case-rate information is available from the CDC at **https://covid.cdc.gov/covid-data-tracker/#global-counts-rates** and the World Health Organization at **https://covid19.who.int/**. Other sources of data include HN public health authorities, academic institutions, and the World Health Organization.

- DoD Components will comply with any applicable labor relations obligations when implementing this policy.

References (b) and (c) (Attachment 1) are rescinded.

Please direct any questions or comments to the following email address: dha.ncr.ha-support.list.policy-hrpo-kmc-owners@mail.mil.

Gilbert R. Cisneros, Jr.

Attachment:
As stated

2

# ATTACHMENT 1
## References

(a) Under Secretary of Defense for Personnel and Readiness Memorandum, "Force Health Protection Guidance (Supplement 23) Revision 3 – Department of Defense Guidance for Coronavirus Disease 2019 Vaccination Attestation, Screening Testing, and Vaccination Verification," dated December 20, 2021

(b) Under Secretary of Defense for Personnel and Readiness Memorandum, "Force Health Protection Guidance (Supplement 17) Revision 1 – Department of Defense Guidance for the Use of Masks, Personal Protective Equipment, and Non-Pharmaceutical Interventions During the Coronavirus Disease 2019 Pandemic," dated June 22, 2021 (hereby rescinded)

(c) Deputy Secretary of Defense Memorandum, "Updated Mask Guidance for all DoD Installations and Other Facilities," dated July 28, 2021 (hereby rescinded)

3