UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 21-cv-2429-SDM-TGW | | DATE: | March 10, 2022 |
|---|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | | INTERPRETER: | N/A |
| **NAVY SEAL 1 et al,**<br><br>v.<br><br>**JOSEPH R. BIDEN et al,** | | | LANGUAGE: | N/A |
| | | | PLANTIFF COUNSEL<br>Mathew D. Staver<br>Daniel Schmid<br>Horatio Mihet<br>Roger Gannam | |
| | | | DEFENSE COUNSEL<br>Amy Powell<br>Catherine Yang | |
| COURT REPORTER: Becky Sabo | | | DEPUTY CLERK: | Derek Young |
| TIME: | 10:03AM – 11:27 AM<br>11:50 AM – 1:15 PM<br>2:28 PM – 4:38 PM | 5:00 PM- 6:24 PM | TOTAL: 6 hours 3 minutes | |
| | | | COURTROOM: | 15A |

**PROCEEDINGS:** Preliminary Injunction

All parties present and identified for the record.

Defense counsel (Amy Powell) gives argument regarding (Doc.118)
Defense counsel (Amy Powell) raises objections to plaintiff's fact witnesses

Plaintiff (Roger Gannam) calls first witness.
1st Witness: Navy Commander Surface Warfare Officer. (sworn)
    Direct examination: Roger Gannam
    Cross examination:  Amy Powell
    Redirect examination: Roger Gannam

Plaintiff (Mathew Staver) calls 2nd witness -Defense counsel objects- Court overrules.
2nd witness: Lt. Col. Peter Chambers
    Direct examination: Mathew Staver
    Cross examination: Catherine Yang
    Redirect examination:  Mathew Staver

Plaintiff (Mathew Staver) calls 3rd witness.
3rd witness Lt. Col. Theresa Long
    Direct examination: Mathew Staver
    Cross examination: Catherine Yang
    Redirect examination: Mathew Staver

Plaintiff (Mathew Staver) calls 4th witness:
4th witness: Col Steward H. Tankersley
    Direct examination: Mathew Staver
    Cross examination: Amy Powell
    Redirect examination: Mathew Staver

Plaintiff's (Roger Gannam/ Matthew Staver) give closing argument.
Defense (Amy Powell) gives closing argument.

The court takes the issue under advisement.