For many of you, this is a double tap. There are some expanded comments applicable to providers.

ALCON

Slow your roll. We all saw the SEC DEF's memo. We're not leaving you hanging, but we are awaiting further guidance to trickle down from DA to NGB to JFHQ TX prior to publishing further implementation instructions. Hold your RFI's until after we publish a FRAGO.

BLUF: The SEC DEF's memo mandates vaccination of all SMs against COVID19. Pfizer is the only vaccine that may be mandated, but the other vaccines meet the intent and are authorized substitutions. Encourage your Soldiers to get vaccinated. Everyone in uniform will eventually get vaccinated.

All vaccine operations will be IAW DoD Instruction 6205.02 DoD Immunization Program and AR 40-562 Immunizations and Chemoprophylaxis. Read these. Read up on the vaccines. Be familiar with facts and myths related to the vaccines. Be prepared to counsel LOTS of Soldiers. And their spouses. And Commanders. And that dude serving lunch at the armory...

*****As a reminder, it is our job to convince Soldiers to receive the vaccine. If you, personally are not able to fulfill this role, please, privately message the State Surgeon, COL Peter Coldwell at peter.a.coldwell2.mil@mail.mil in the cc line. DO NOT REPLY ALL!*****

Exemptions are IAW AR 40-562, chapter 2-6. Anticipate them to be few and far between. There will be more specific guidance in the forthcoming FRAGO. Some general concepts are outlined below.

Still TBD if we will allow medical exemptions to be decided at the unit level. If we do, and you authorize a temporary or permanent medical exemption for the COVID19 vaccine: ensure that you document (SF 600, uploaded to HRR or open an eCase); ensure that the appropriate exemption code is entered into MWD; and anticipate your decision will come under EXTREME scrutiny. Be prepared to justify it.

Medical Exemptions
2-6.a.(1)(a) Temporary medical exemptions are outlined in the reg. (As we do annyually with the flu vaccine) those who are pregnant or breast-feeding, undergoing chemo, + HIV, etc., may be referred to their treating provider for consultation and given a temporary exemption. Don't apply science to the regulation. It will hurt your head. Pregnancy is specifically listed as a condition for which a temp exemption may be warranted. Apply common sense. If you are considering a permanent exemption due to underlying health conditions, it will require substantiating medical documentation from the treating provider (a doctor's note won't suffice). Anyone requiring a permanent exemption probably warrants a permanent 3 profile and either administrative separation or referral to the DES.
(b) "Evidence of immunity based upon...prior disease..." is intended to be a permanent exemption for those diseases that are "one time" only (i.e. varicella) and not for seasonal (flu) and/or pandemic (COVID) diseases and should NOT be used to exempt a Soldier either temporarily or permanently from receiving the COVID19 vaccination.
(c) phone a friend. I am not your friend...

Administrative Exemptions
Read the regulation. IOT input the appropriate exemption in MEDPROS, have a MFR signed by the CDR validating the administrative exemption.

==Religious Exemptions==
==Read the regulation. See also AR 600-20. Ever seen a religious exemption for vaccines? NO! You haven't.==
==That kid was administratively separated during IET. Soldiers will try. Soldiers will fail.==

As a reminder, refusals are a Command issue, not a medical issue. We will not bully or physically coerce anyone to receive the vaccine. No screaming. No tackling. Thank those who refuse for self-selecting into the control group.

r/184

GEOFFREY I. POWELL, MPAS, PA-C
LTC, SP, TXARNG
Deputy Joint Surgeon

☢☣☠☢

Office of the Joint Surgeon
Texas Military Department
2200 West 35th Street
Austin, TX 78703

O: 512-782-1134
M: 512-971-6378
geoffrey.i.powell.mil@mail.mil

"dosis sola facit venenum"