**From:** DICKINSON, JAMES H GEN USA USSPACECOM USSPACECOM/CC <james.dickinson.7@usspacecom.mil>
**Sent:** Wednesday, March 2, 2022 3:32 AM
**To:** USSPACECOM/All Distro <USSPACECOM.All.Distro@us.af.mil>
**Subject:** CC Sends: Updated Masking Guidance (2 March 2022)

Team,

I wanted to take a moment to thank you for all your hard work and success over the last couple of years during the pandemic. COVID-19 has posed some unprecedented challenges yet you have persevered and excelled in executing the USSPACECOM mission. I appreciate your continued discipline, determination, and devotion to keeping our USSPACECOM Team safe!

With high levels of population immunity from both vaccinations and infections, the risk of medically significant disease, hospitalization, and death from COVID-19 has been greatly reduced. Therefore, OSD has updated mask and screening testing requirements based on CDC "Community Levels".

As we go into this new phase of COVID-19 response, USSPACECOM will monitor COVID-19 Community Levels and adjust restrictions accordingly. So, please stay aware of your Community Levels, both at home and when you travel.

Masks are NO longer required for DoD installations in counties with medium or low Community Levels.

Additionally, screening tests are still required in counties with high or medium Community Levels. All other Force Health Protection Guidance remains in effect, including guidance regarding workplace access, occupancy levels, physical distancing, travel and meetings.

Please continue disciplined risk mitigation and stay tuned for the COVID-19 Update, which will provide more detailed information.

Master Gunnery Sergeant Stalker and I thank you for all you do and for your patience, diligence, and discipline in getting us to this point.

Never a Day Without Space!

GEN Jim Dickinson



**PERSONNEL AND READINESS**

**UNDER SECRETARY OF DEFENSE**
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

MAR - 1 2022

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                             COMMANDERS OF THE COMBATANT COMMANDS
                             DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Updated Guidance for Mask and Screening Testing for all Department of Defense Installations and Other Facilities

In accordance with the updated guidance released by the Safer Federal Workforce Task Force on February 28, 2022, beginning immediately, the following masking and screening testing guidance requirements based on the Centers for Disease Control and Prevention (CDC) coronavirus disease 2019 (COVID-19) Community Levels[1] will apply to all Department of Defense (DoD) installations and other facilities owned, leased, or otherwise controlled by DoD:

- When the CDC COVID-19 Community Level is high in the county where a DoD installation or facility is located[2], indoor mask-wearing is required for all Service members, DoD civilian employees, onsite DoD contractor personnel (collectively, "DoD personnel"), and visitors, regardless of vaccination status. The screening testing program required by reference (a) shall be utilized in that installation or facility.

- When the CDC COVID-19 Community Level is medium in the county where a DoD installation or facility is located, indoor mask-wearing is not required for DoD personnel or visitors. The screening testing program required by reference (a) shall be utilized in that installation or facility.

- When the CDC COVID-19 Community Level is low in the county where a DoD installation or facility is located, indoor mask-wearing is not required for DoD personnel or visitors. The screening testing program contained in reference (a) is not required for that installation or facility.

- Individuals may choose to wear a mask regardless of the COVID-19 Community Level.

---

[1] Community levels may be found at: https://www.cdc.gov/coronavirus/2019-ncov/your-health/covid-by-county.html. Find community levels by "State or Territory" and then by "County or Metro Area." Jurisdictions which are not counties, such as the District of Columbia, also are listed under "County or Metro Area." Definitions of low, medium, and high risk may be found at: https://www.cdc.gov/coronavirus/2019-ncov/science/community-levels.html.

[2] The Pentagon is located in Arlington County, Virginia.

- Regardless of the CDC COVID-19 Community Level, DoD force health protection guidance for workplace access and mask wearing for DoD personnel with symptoms, a positive test, or exposure to someone with COVID-19 remains in effect.

- When mask wearing is required, any previously-approved exceptions to the masking requirement remain in effect.

- DoD installations, other facilities, and worksites shall, as soon as possible, post signs and post information on their websites clarifying what masking requirements apply on each installation and at each facility.

- All other force health protection guidance remains in effect, including guidance regarding workplace access, occupancy levels, physical distancing, travel, and meetings. Individual must follow more rigorous workplace mask mandates when commanders and supervisors determine that it is required to protect health and safety in the workplace, such as mask wearing by health care workers.

- Installations outside the U.S. should consult country-level data for their Host Nations (HN) if local community-level data is unavailable. Case-rate information is available from the CDC at **https://covid.cdc.gov/covid-data-tracker/#global-counts-rates** and the World Health Organization at **https://covid19.who.int/**. Other sources of data include HN public health authorities, academic institutions, and the World Health Organization.

- DoD Components will comply with any applicable labor relations obligations when implementing this policy.

References (b) and (c) (Attachment 1) are rescinded.

Please direct any questions or comments to the following email address: dha.ncr.ha-support.list.policy-hrpo-kmc-owners@mail.mil.

Gilbert R. Cisneros, Jr.

Attachment:
As stated

2

# ATTACHMENT 1
## References

(a) Under Secretary of Defense for Personnel and Readiness Memorandum, "Force Health Protection Guidance (Supplement 23) Revision 3 – Department of Defense Guidance for Coronavirus Disease 2019 Vaccination Attestation, Screening Testing, and Vaccination Verification," dated December 20, 2021

(b) Under Secretary of Defense for Personnel and Readiness Memorandum, "Force Health Protection Guidance (Supplement 17) Revision 1 – Department of Defense Guidance for the Use of Masks, Personal Protective Equipment, and Non-Pharmaceutical Interventions During the Coronavirus Disease 2019 Pandemic," dated June 22, 2021 (hereby rescinded)

(c) Deputy Secretary of Defense Memorandum, "Updated Mask Guidance for all DoD Installations and Other Facilities," dated July 28, 2021 (hereby rescinded)

Safer Federal Workforce Task Force
**Initial Implementation Guidance for Federal Agencies
on COVID-19 Community Levels and Mask-Wearing**

Purpose

On February 25, 2022, the Centers for Disease Control and Prevention (CDC) set recommendations related to COVID-19 Community Levels, which measure the impact of COVID-19 illness on health and healthcare systems. Layered prevention strategies—like staying up to date on vaccines, screening testing, ventilation, and wearing masks—can help limit severe disease and reduce the potential for strain on the healthcare system.

Pursuant to Executive Order 13991, Federal agencies follow CDC guidelines for mask-wearing and other public health measures. This document provides Federal agencies with initial implementation guidance they should follow in utilizing the CDC's COVID-19 Community Levels to determine the appropriate mask-wearing and screening testing requirements for each Federal facility at a given time. Further Safer Federal Workforce Task Force guidance will address the intersection of COVID-19 Community Levels with other workplace safety protocols for Federal agencies.

CDC notes that some settings, such as high-risk congregate settings, might include additional layers of prevention. In addition, recommendations based on COVID-19 Community Levels may not apply in healthcare settings, which should follow relevant regulations and guidance.

Agencies should implement the mask-wearing and screening testing protocols set forth in this guidance as soon as operationally feasible and no later than Friday, March 4, 2022.

Federal Agency Protocols for Mask-Wearing and Screening Testing Based on COVID-19 Community Levels

CDC has provided county-level data showing the COVID-19 Community Level for each county in the United States. For Federal facilities in the United States, agencies should utilize that data in determining the COVID-19 Community Level for a given facility by looking to the COVID-19 Community Level for the county in which the facility is located. Where a locality imposes more protective pandemic-related safety requirements, those requirements should be followed in Federal facilities within that locality.

| Federal agency masking and screening testing protocols based on COVID-19 Community Levels | |
|---|---|
| When the COVID-19 Community Level is **LOW** in the county where a Federal facility is located | • **Mask-Wearing:** Agencies do not need to require individuals to wear masks in that Federal facility, regardless of vaccination status.<br>• **Screening Testing:** Agencies do not need to utilize their screening testing program in that Federal facility. |
| When the COVID-19 Community Level is **MEDIUM** in the county where a Federal facility is located | • **Mask-Wearing:** Agencies do not need to require individuals to wear masks in that Federal facility, regardless of vaccination status.<br>• **Screening Testing:** Agencies should utilize their screening testing programs in that Federal facility, consistent with the protocols the agency has established for screening testing that align with guidance from the Safer Federal Workforce Task Force. |

*Safer Federal Workforce Task Force (February 28, 2022)*  1

| Federal agency masking and screening testing protocols based on COVID-19 Community Levels ||
|---|---|
| When the COVID-19 Community Level is **HIGH** in the county where a Federal facility is located | • **Mask-Wearing:** Agencies should require individuals to wear masks in that Federal facility, regardless of vaccination status and consistent with CDC and Task Force guidance on mask-wearing.<br>• **Screening Testing:** Agencies should utilize their screening testing program in that Federal facility, consistent with the protocols the agency has established for screening testing that align with guidance from the Safer Federal Workforce Task Force. |

As noted above, further Task Force guidance will address the intersection of COVID-19 Community Levels with other workplace safety protocols for Federal agencies. At this time, agencies should follow existing Task Force guidance with respect to other COVID-19 workplace protocols.

Further Considerations for Mask-Wearing

Agencies should ensure that individuals can wear a mask if they choose regardless of COVID-19 Community Level and consistent with agency protocols. When the COVID-19 Community Level is HIGH, agencies should require all individuals to wear masks in Federal facilities, regardless of vaccination status.

Consistent with CDC recommendations and Safer Federal Workforce Task Force guidance for quarantine and isolation, people with symptoms, a positive test, or exposure to someone with COVID-19 should wear a mask for the required period of time.

Determining COVID-19 Community Level for Federal Facilities

As noted above, CDC has provided county-level data showing the COVID-19 Community Level for each county in the United States. Agencies should utilize that data in determining the COVID-19 Community Level for a given facility by looking to the COVID-19 Community Level for the county in which the facility is located.

Agencies should review the COVID-19 Community Level for each of their facilities on a weekly basis, to determine any changes that need to be made to agency COVID-19 workplace safety protocols for the upcoming week; for example, an agency could review the COVID-19 Community Level each Friday and implement any changes to agency safety protocols due to changes in the COVID-19 Community Level starting the following Monday.

If agencies have implementation challenges or unique operational circumstances that may require other or additional prevention measures, please reach out to the Safer Federal Workforce Task Force for consultation, consistent with existing processes for determining necessary exceptions to COVID-19 workplace safety protocols.

 Centers for Disease Control and Prevention



# COVID-19

# COVID-19 Community Levels

A measure of the impact of COVID-19 illness on health and healthcare systems

Updated Mar. 3, 2022

# Overview

More tools than ever before are available to prevent COVID-19 from placing strain on communities and healthcare systems.

With current high levels of vaccination and high levels of population immunity from both vaccination and infections, the risk of medically significant disease, hospitalization, and death from COVID-19 is greatly reduced for most people. At the same time, we know that some people and communities, such as our oldest citizens, people who are immunocompromised, and people with disabilities, are at higher risk for serious illness and face challenging decisions navigating a world with COVID-19.

In addition to protecting those at highest risk of severe outcomes, focusing on reducing medically significant illness and minimizing strain on the healthcare system reflects our current understanding of SARS-CoV-2 infection, immunity from vaccination and infection, and the tools we have available. Vaccines are highly protective against severe disease, and continuing to expand vaccine coverage and ensuring people are up to date with vaccination is essential to protecting individuals against hospitalizations and deaths.

Health officials and individuals should consider current information about COVID-19 hospitalizations in the community, as well as the potential for strain on the local health system and COVID-19 cases in the community, when making decisions about community prevention strategies and individual behaviors. Communities and individuals should also make decisions based on whether they are at high risk for severe disease and take into account inequities in access to prevention strategies.

COVID-19 Community Levels can help communities and individuals make decisions based on their local context and their unique needs. Community vaccination coverage and other local information, like early alerts from surveillance, such as through wastewater or the number of emergency department visits for COVID-19, when available, can also inform decision making for health officials and individuals.

**For Healthcare Facilities:** COVID-19 Community Levels do **not** apply in healthcare settings, such as hospitals and nursing homes. Instead, healthcare settings should continue to use community transmission rates and follow CDC's infection prevention and control recommendations for healthcare workers.

 ### COVID-19 County Check

Find community levels and prevention steps by county.

Select a Location (all fields required)

| State ∨ | County ∨ | Go |

**Download or Print:** Indicators for Monitoring COVID-19 Community Levels and Implementing Prevention Strategies

PPT – 8 MB, 28 pages | PDF – 5 MB, 28 pages

# How CDC Measures the COVID-19 Community Levels

CDC looks at the combination of three metrics — new COVID-19 admissions per 100,000 population in the past 7 days, the percent of staffed inpatient beds occupied by COVID-19 patients, and total new COVID-19 cases per 100,000 population in the past 7 days — to determine the COVID-19 community level. New COVID-19 admissions and the percent of staffed inpatient beds occupied represent the current potential for strain on the health system. Data on new cases acts as an early warning indicator of potential increases in health system strain in the event of a COVID-19 surge.

Using these data, the COVID-19 community level is classified as low, medium, or high.

See more information about CDC's COVID-19 community level and indicators

COVID-19 Community Levels – Use the Highest Level that Applies to Your Community

| New COVID-19 Cases Per 100,000 people in the past 7 days | Indicators | Low | Medium | High |
|---|---|---|---|---|
| Fewer than 200 | New COVID-19 admissions per 100,000 population (7-day total) | <10.0 | 10.0-19.9 | ≥20.0 |
| | Percent of staffed inpatient beds occupied by COVID-19 patients (7-day average) | <10.0% | 10.0-14.9% | ≥15.0% |
| 200 or more | New COVID-19 admissions per 100,000 population (7-day total) | NA | <10.0 | ≥10.0 |
| | Percent of staffed inpatient beds occupied by COVID-19 patients (7-day average) | NA | <10.0% | ≥10.0% |

The COVID-19 community level is determined by the higher of the new admissions and inpatient beds metrics, based on the current level of new cases per 100,000 population in the past 7 days

To find out the COVID-19 community level:

- First determine whether a county, state, or territory has fewer than 200 new cases per 100,000 people in the past 7 days or 200 new cases or more per 100,000 people in the past 7 days.
- Then, determine the level (low, medium, or high) for the new admissions and inpatient beds and indicators using the scale for the area's number for new cases.
- The COVID-19 Community Level is based on the higher of the new admissions and inpatient beds metrics.
- Check your county's COVID-19 Community Level.

## U.S. COVID-19 Community Levels by County

Compare COVID-19 Community Levels across all counties in the United States.

Check County Map



# COVID-19 Community Level and COVID-19 Prevention

People who are up to date on vaccines have much lower risk of severe illness and death from COVID-19 compared with unvaccinated people. When making decisions about community prevention strategies and individual preventive behaviors in addition to vaccination, health officials and people should consider the COVID-19 Community Level in the county. Layered prevention strategies — like staying up to date on vaccines, screening testing, ventilation and wearing masks — can help limit severe disease and reduce the potential for strain on the healthcare system. CDC recommends using county COVID-19 Community Levels to help determine which COVID-19 prevention measures to use for individuals and communities.

Some community settings such as schools and some high-risk congregate settings such as correctional facilities and homeless shelters might include additional layers of prevention (e.g., physical distancing, contact tracing) based on information and data about the characteristics of the setting. High-risk congregate settings may implement added prevention as needed in the event of a facility outbreak even if COVID-19 Community Levels in the surrounding community are low. Jurisdictions should monitor health equity in vaccine and other prevention efforts and assess hospitalization data where possible to ensure outreach occurs to address any disparities in access to high quality healthcare. Recommendations based on COVID-19 Community Levels may not apply to healthcare settings such as hospitals or long-term care facilities.

| COVID-19 Community level | Individual- and household-level prevention behaviors | Community-level prevention strategies (as recommended by state or local authorities) |
|---|---|---|
| Low | <ul><li>Stay up to date with COVID-19 vaccines and boosters</li><li>Maintain improved ventilation throughout indoor spaces when possible</li><li>Follow CDC recommendations for isolation and quarantine, including getting tested if you are exposed to COVID-19 or have symptoms of COVID-19</li><li>If you are immunocompromised or high risk for severe disease<ul><li>Have a plan for rapid testing if needed (e.g., having home tests or access to testing)</li><li>Talk to your healthcare provider about whether you are a candidate for treatments like oral antivirals, PrEP, and monoclonal antibodies</li></ul></li></ul> | <ul><li>Distribute and administer vaccines to achieve high community vaccination coverage and ensure health equity</li><li>Maintain improved ventilation in public indoor spaces</li><li>Ensure access to testing, including through point-of-care and at-home tests for all people<ul><li>Communicate with organizations and places that serve people who are immunocompromised or at high risk for severe disease to ensure they know how to get rapid testing</li></ul></li><li>Ensure access and equity in vaccination, testing, treatment, community outreach, support services for disproportionately affected populations</li></ul> |

| COVID-19 Community level | Individual- and household-level prevention behaviors | Community-level prevention strategies (as recommended by state or local authorities) |
|---|---|---|
| Medium | <ul><li>If you are immunocompromised or high risk for severe disease<ul><li>Talk to your healthcare provider about whether you need to wear a mask and take other precautions (e.g., testing)</li><li>Have a plan for rapid testing if needed (e.g., having home tests or access to testing)</li><li>Talk to your healthcare provider about whether you are a candidate for treatments like oral antivirals, PrEP, and monoclonal antibodies</li></ul></li><li>If you have household or social contact with someone at high risk for severe disease<ul><li>consider self-testing to detect infection before contact</li><li>consider wearing a mask when indoors with them</li></ul></li><li>Stay up to date with COVID-19 vaccines and boosters</li><li>Maintain improved ventilation throughout indoor spaces when possible</li><li>Follow CDC recommendations for isolation and quarantine, including getting tested if you are exposed to COVID-19 or have symptoms of COVID-19</li></ul> | <ul><li>Protect people at high risk for severe illness or death by ensuring equitable access to vaccination, testing, treatment, support services, and information</li><li>Consider implementing screening testing or other testing strategies for people who are exposed to COVID-19 in workplaces, schools, or other community settings as appropriate</li><li>Implement enhanced prevention measures in high-risk congregate settings (see guidance for correctional facilities and homeless shelters</li><li>Distribute and administer vaccines to achieve high community vaccination coverage and ensure health equity</li><li>Maintain improved ventilation in public indoor spaces</li><li>Ensure access to testing, including through point-of-care and at-home tests for all people<ul><li>Communicate with organizations and places that serve people who are immunocompromised or at high risk for severe disease to ensure they know how to get rapid testing</li></ul></li><li>Ensure access and equity in vaccination, testing, treatment, community outreach, support services for disproportionately affected populations</li></ul> |

| COVID-19 Community level | Individual- and household-level prevention behaviors | Community-level prevention strategies (as recommended by state or local authorities) |
|---|---|---|
| High | - Wear a well-fitting mask[1] indoors in public, regardless of vaccination status (including in K-12 schools and other indoor community settings)<br>- If you are immunocompromised or high risk for severe disease<br>  - Wear a mask or respirator that provides you with greater protection<br>  - Consider avoiding non-essential indoor activities in public where you could be exposed<br>  - Talk to your healthcare provider about whether you need to wear a mask and take other precautions (e.g., testing)<br>  - Have a plan for rapid testing if needed (e.g., having home tests or access to testing)<br>  - Talk to your healthcare provider about whether you are a candidate for treatments like oral antivirals, PrEP, and monoclonal antibodies<br>- If you have household or social contact with someone at high risk for severe disease<br>  - consider self-testing to detect infection before contact<br>  - consider wearing a mask when indoors with them<br>- Stay up to date with COVID-19 vaccines and boosters<br>- Maintain improved ventilation throughout indoor spaces when possible<br>- Follow CDC recommendations for isolation and quarantine, including getting tested if you are exposed to COVID-19 or have symptoms of COVID-19 | - Consider setting-specific recommendations for prevention strategies based on local factors<br>- Implement healthcare surge support as needed<br>- Protect people at high risk for severe illness or death by ensuring equitable access to vaccination, testing, treatment, support services, and information<br>- Consider implementing screening testing or other testing strategies for people who are exposed to COVID-19 in workplaces, schools, or other community settings as appropriate<br>- Implement enhanced prevention measures in high-risk congregate settings (see guidance for correctional facilities and homeless shelters)<br>- Distribute and administer vaccines to achieve high community vaccination coverage and ensure health equity<br>- Maintain improved ventilation in public indoor spaces<br>- Ensure access to testing, including through point-of-care and at-home tests for all people<br>  - Communicate with organizations and places that serve people who are immunocompromised or at high risk for severe disease to ensure they know how to get rapid testing<br>- Ensure access and equity in vaccination, testing, treatment, community outreach, support services for disproportionately affected populations |

[1] At all levels, people can wear a mask based on personal preference, informed by personal level of risk. People with symptoms, a positive test, or exposure to someone with COVID-19 should wear a mask.

## Additional Resources

Visit COVID Data Tracker* to learn more about the indicators and metrics used for COVID-19 community level in your county. Please note that county-level data are not available for territories. For the most accurate and up-to-date data for any county or state, visit the relevant health department website.

*COVID Data Tracker may display data that differ from state and local websites. This can be due to differences in how data were collected, how metrics were calculated, or the timing of web updates.

Last Updated Mar. 3, 2022

Thanks for trying out Immersive Reader. Share your feedback with us.  

# Omicron isn't significantly impacting Navy operations, admiral says

The U.S. Navy hasn't witnessed any significant operational impacts stemming from the omicron variant of COVID-19 — despite outbreaks like the one on the littoral combat ship Milwaukee last month, according to Navy leaders.

"We've had all variants on our ships, including omicron," Vice Adm. William Merz, deputy chief of naval operations for operations, plans and strategy, told reporters Wednesday. "We have taken advantage of our operational flexibility to evaluate and ensure our approach has remained effective, and we all continue to learn and adjust."

Omicron has a quick turn around and isn't causing severe illness in sailors, Merz said.

"So, it's coming and going all the time, very small numbers, and really no operational impact," Merz said. "And the teams are just very, very attuned to watching their indications and reacting to it."

The Milwaukee deployed to U.S. 4th Fleet in December, but was sidelined later that month at Naval Station Guantanamo Bay, Cuba due to the virus outbreak. The whole crew, just over 100 sailors, was fully vaccinated, and those infected only "exhibited mild or no symptoms," according to the Navy. The ship got back to sea Jan. 4.

Several other ships have also had omicron cases, Merz said, but he declined to say which ones. The Navy keeps track of cases that are "almost statistically insignificant" cases, he noted, and these episodes have provided the Navy an opportunity to examine its mitigation tactics.

For example, the Navy updated its COVID-19 guidance to sailors on Jan. 15 to align with the Centers for Disease Control and Prevention's latest instruction, slashing the isolation period for those who test positive. That means that sailors who test positive now must isolate for five days or until symptoms have cleared, depending on which is longer. Following isolation, sailors will then wear a mask for an additional five days.

"No exit testing is required and, absent symptoms, prior positives should not be PCR tested for 90 days," the naval administrative message said.

Those who exhibit symptoms will be tested, and those who've been exposed to a sailor with COVID-19 but are asymptomatic will test two to five days later if testing is available. The guidance says those exposed but asymptomatic must wear a mask for 10 days and test if symptoms develop.

In that guidance, the Navy reiterated that sailors should receive the COVID-19 booster shot, and Rear Adm. Bruce Gillingham, surgeon general of the Navy, told reporters the service hasn't experienced resistance from sailors about getting that third shot.

The COVID-19 booster shot is still under emergency-use authorization from the Food and Drug Administration, and therefore not mandatory for sailors. However, Merz and Gillingham said they expect it to become mandatory once the booster shots receive FDA approval.

"Because all studies are converging on the need for a vaccine booster to ensure enduring protection, it has essentially become the next-shot in a series and will likely become mandatory in the near future," the NAVADMIN said. "There is no shortage of vaccine booster doses for those eligible."

A total of 5,035 active component and 2,960 Ready Reserve sailors remain unvaccinated, according to figures the Navy released Jan. 26. The service has approved 10 permanent medical exemptions, 259 temporary medical exemptions, and 59 administrative exemptions for active duty sailors, along with seven temporary medical exemptions and 24 administrative exemptions for Navy Reserve sailors.

No religious exemptions have been approved, although more than 4,000 active duty and Navy Reserve sailors have submitted such requests.

Additionally, the Navy has booted 45 sailors from the service for refusing the mandatory COVID-19 vaccine. That includes 23 active duty sailors and 22 entry level separations, meaning the sailors were still completing initial training periods within their first 180 days of active duty at the time of separation.

According to Merz, it's significantly less expensive to separate a sailor than to conduct a medical evacuation due to a COVID-19 outbreak. There have been no medical evacuations for sailors since the Navy reached 100 percent vaccination among its operational units, Merz said.

Those who have a waiver or are seeking a COVID-19 vaccine exemption are transferred to a shore tour to ensure sailors in operational units are fully vaccinated.

At least 17 sailors have died due to complications from COVID-19.