






**4,209**
Miscarriages

**12,731**
Heart Attacks

**35,303**
Myocarditis/Pericarditis

**45,615**
Permanent
Disabled

**5,812**
Thrombocytopenia/
Low Platelet

**28,349**
Life Threatening

**40,382**
Severe Allergic
Reaction

**12,701**
Shingles

Read COVID Child Reports

Read All VAERS COVID Reports

Read All VAERS Reports

