

Contact Us | FAQs | Gallery | TRICARE

Site Search

     



| About the MHS | Topics | Training | Policies | Reference Center | News & Gallery | I am a... |

**ALERT!!** We'll be experiencing downtime for scheduled maintenance during the mornings of Saturday, Feb. 19 and Sunday, Feb. 20. Thank you for your patience.

MHS Home > Military Health Topics > Combat Support > AFHSD > Data Management and Technical Support > DMED

Need larger text?

**Combat Support**

**Armed Forces Health Surveillance Division**

- Data Management and Technical Support
  - Defense Medical Surveillance System
  - ▸ Defense Medical Epidemiology Database
  - DoD Serum Repository
- Epidemiology and Analysis
- Global Emerging Infections Surveillance
- Integrated Biosurveillance
  - AFHSD FAQs
  - Events and Engagements
- AFHSD Reports and Publications

**Armed Forces Medical Examiner System**

**Armed Services Blood Program**

**Defense Medical Readiness Training Institute**

**Medical Logistics**

**Public Health**

# Defense Medical Epidemiology Database



**DMED Online**

Surveillance data at your fingertips

Register
(first time users)

Login
(username and password required)

DMED User's Guide

Troubleshooting Help

**Need Help?**
Email the DMED Administrator

## Welcome to the New and Improved DMED 5.0

Please read the instructions carefully to learn about the significant changes that have been made. All current users of DMED will need to re-register to access the new version.

DMED is now *only* available online. All previous web and desktop versions have been disabled. Users will still have access to the same data as before — only it will be easier to use and the results will be easier to understand.

## About DMED

DMED provides remote access to a subset of data contained within the Defense Medical Surveillance System (DMSS). DMSS contains up-to-date and historical data on diseases and medical events (e.g., hospitalizations, ambulatory visits, reportable diseases, etc.) and longitudinal data relevant to personnel characteristics and deployments experience for all active and reserve component service members. The DMED application provides a user-friendly interface to perform queries regarding disease and injury rates and relative burdens of disease in active component populations.

The purpose of DMED is to standardize the epidemiologic methodology used to collect, integrate and analyze active component service member personnel and medical event data, and to provide authorized users with remote access to the summarized data. Using client-server technologies and database optimization, DMED users have unprecedented access to epidemiologic data on active component service members and tailored queries that respond in a timely and efficient manner.

## DMED Users

DMED is available to authorized users such as U.S. military medical providers, epidemiologists, medical researchers, safety officers or medical operations/ clinical support staff for surveying health conditions in the U.S. military. Civilian collaborators in military medical research and operations may also have access to DMED with documentation supporting their arrangements. The application for access to DMED is available below.

