# Coronavirus Statistics

## Israel

**3680639**
394664/million
Infected

**10317** 0.3%
1106/million
Deaths

**3609010** 98.1%
Recovered

Last update: 07.03 19:27 GMT



Number of infected, deaths and recovered in Israel

ALL   1 MONTH   14 DAYS   7 DAYS

Number of active cases in Israel
(Active Cases = Infected - Deaths - Recovered)