ScienceDirect

International Journal of Infectious Diseases
Volume 116, Supplement, March 2022, Page S40

PS05.04 (947)

# Treatment with Ivermectin Is Associated with Decreased Mortality in COVID-19 Patients: Analysis of a National Federated Database

I. Efimenko [1], S. Nackeeran [2], S. Jabori [3], J.A. Gonzalez Zamora [4], S. Danker [3], D. Singh [1]

Show more ⌄

≔ Outline  |  ⌁ Share  99 Cite

https://doi.org/10.1016/j.ijid.2021.12.096

Get rights and content

Under a Creative Commons license

Open access

## Purpose

To evaluate the difference in mortality of patients treated with ivermectin vs patients treated with remdesivir with COVID-19 in United States using TriNetX Research network, a federated EMR network of over 44 healthcare organizations and 68 million patients from US, from 2009-2021.

## Methods & Materials

We retrospectively identified adults (≥18 years) with a recorded COVID-19 infection between January 1, 2020 and July 11, 2021. We compared those with recorded use of ivermectin, but not remdesivir, against those with recorded use of remdesivir, but not ivermectin. We controlled for the following demographics, comorbidities, and treatments that may affect COVID-19 survival outcomes: age, gender, race, ethnicity, nicotine use diabetes mellitus, obesity, chronic lower respiratory disease, ischemic heart diseases, tocilizumab, glucocorticoids, or ventilator use. We measured association with mortality as the primary outcome, with significance assessed at p<0.05.

## Results

There were a total of 1,761,060 possible COVID-19 patients based on ICD-10 diagnostic terms and confirmatory lab results. Prior to controlling, our analysis yielded 41,608 patients who had COVID-19 resulting in two unique cohorts that were treated with either ivermectin (1,072) or remdesivir (40,536). Within the ivermectin cohort, average age was 51.9+17.8 years, 43% were male, 60% had glucocorticoids and 1% required ventilator support. In the remdesivir cohort, average age was 62.0+16.0 years, 54% were male, 64% had glucocorticoids and 2% required ventilator support. After using propensity score matching and adjusting for potential confounders, ivermectin was associated with reduced mortality vs remdesivir (OR 0.308, 95% CI (0.198,0.479)),Risk Difference -5.224%, CI (-7.079%,-3.369%), p <0.0001.

## Conclusion

Ivermectin use was associated with decreased mortality in patients with COVID-19 compared to remdesivir. To our knowledge, this is the largest association study of patients with COVID-19, mortality and ivermectin. Further double-blinded placebo-controlled RCTs with large samples are required for definite conclusion. In the future, if more publications are published with the similar result to the current analyses, the certainty of evidence will increase.

 Previous       Next 

# COVID-19 early treatment: real-time analysis of 1,514 studies

Analysis of 37 COVID-19 early treatments, database of 530 potential treatments. 70 countries have approved early treatments. Recently added: *Antiandrogen*: Lee *Cannabidiol*: Huang *Vitamin C*: Pourhoseingholi *Hydroxychlor..*: Cortez *Vitamin D*: Rodríguez-Vidales *Ivermectin*: Lawrie *Budesonide*: Al Sulaiman (more..)

*Treatments do not replace vaccines and other measures. All practical, effective, and safe means should be used. No treatment, vaccine, or intervention is 100% available and effective for all variants. Denying efficacy increases mortality, morbidity, collateral damage, and risk of endemic status.*



### Efficacy by treatment delay in COVID-19 studies

c19early.com Mar 2022

## All studies (pooled effects, all stages)   c19early.com Mar 9, 2022

| | Improvement | Studies | Patients | Cost | Relative Risk | |
|---|---|---|---|---|---|---|
| Paxlovid | 83% [1-97%] | 2 | 2,939 | $700 | ◆ | very limited data |
| Iota-carragee | 80% [11-96%] | 1 | 394 | $1 | ◆ | very limited data |
| Proxalutamide | 78% [70-84%] | 3 | 1,223 | $500 | ◆ | limited data |
| Quercetin | 74% [36-90%] | 8 | 1,229 | $5 | ◆ | limited data |
| Ivermectin | 65% [56-71%] | 81 | 128,840 | $1 | ◆ | |
| Nigella Sativa | 63% [55-69%] | 5 | 1,672 | $5 | ◆ | |



**Random effects meta-analysis of all studies (pooled effects, all stages).** Treatments with ≤3 studies with distinct authors or with <50 control events are shown in grey. Pooled results across all stages and outcomes depend on the distribution of stages and outcomes tested - for example late stage treatment may be less effective and if the majority of studies are late stage this may obscure the efficacy of early treatment.

Please see the specific stage and outcome analyses. Protocols typically combine multiple treatments which may be complementary and synergistic, and the SOC in studies often includes other treatments.

**Early treatment studies (pooled effects)**  c19early.com Mar 9, 2022

| | Improvement | Studies | Patients | Cost | Relative Risk | |
|---|---|---|---|---|---|---|
| Ensovibep | 89% [-127-99%] | 1 | 400 | $2,100 | | very limited data |
| Sotrovimab | 89% [-106-99%] | 1 | 1,057 | $2,100 | | variant dependent |
| Nigella Sativa | 84% [52-95%] | 3 | 915 | $5 | | limited data |
| Paxlovid | 83% [1-97%] | 2 | 2,939 | $700 | | very limited data |
| Budesonide | 82% [21-96%] | 1 | 146 | $4 | | very limited data |
| Vitamin D | 81% [53-92%] | 6 | 16,864 | $1 | | |
| Bromhexine | 79% [28-94%] | 2 | 96 | $5 | | very limited data |
| Vitamin A | 79% [39-93%] | 2 | 240 | $2 | | very limited data |
| Quercetin | 79% [-82-98%] | 2 | 194 | $5 | | very limited data |
| Melatonin | 78% [25-94%] | 2 | 91 | $1 | | very limited data |
| Lactoferrin | 76% [-485-99%] | 1 | 121 | $5 | | very limited data |
| Remdesivir | 76% [39-90%] | 2 | 934 | $3,120 | | intravenous |
| Proxalutamide | 73% [-139-97%] | 2 | 445 | $500 | | very limited data |
| Bamlaniv../e.. | 73% [42-88%] | 7 | 17,980 | $1,250 | | variant dependent |
| Curcumin | 71% [26-89%] | 6 | 707 | $5 | | limited data |
| Povidone-Iod | 71% [46-84%] | 7 | 878 | $1 | | limited data |
| Antiandrogens | 68% [41-83%] | 2 | 357 | $5 | | very limited data |
| Hydroxychlor.. | 64% [55-71%] | 36 | 55,958 | $1 | | |
| Fluvoxamine | 64% [-93-93%] | 3 | 824 | $4 | | very limited data |
| Ivermectin | 63% [53-72%] | 32 | 55,952 | $1 | | |
| Zinc | 61% [-16-87%] | 4 | 3,010 | $1 | | limited data |
| Casirivimab/i.. | 55% [16-76%] | 10 | 23,635 | $2,100 | | variant dependent |
| Molnupiravir | 53% [23-71%] | 6 | 3,944 | $700 | | mutagenic/teratogenic |
| Nitazoxanide | 49% [-95-87%] | 5 | 1,414 | $4 | | limited data |
| Famotidine | 48% [-32-80%] | 1 | 55 | $5 | | very limited data |
| Vitamin C | 43% [-23-73%] | 3 | 445 | $1 | | limited data |
| Probiotics | 34% [21-45%] | 3 | 673 | $5 | | limited data |
| Favipiravir | 32% [-12-59%] | 8 | 1,648 | $20 | | very limited data |
| Metformin | 27% [-94-72%] | 1 | 418 | $10 | | very limited data |
| N-acetylcys.. | 21% [1-37%] | 2 | 416 | $1 | | very limited data |
| Conv. Plasma | -93% [-687-53%] | 3 | 716 | $5,000 | | very limited data |
| Bebtelovimab | -151% [-6014-90%] | 1 | 380 | $1,200 | | intravenous |

0  0.25  0.5  0.75  1  1.25  1.5  1.75
Favors treatment   Favors control

**Random effects meta-analysis of early treatment studies (pooled effects).**

Treatments with ≤3 studies with distinct authors or with <50 control events are shown in grey. Pooled results across all outcomes are affected by the distribution of outcomes tested, please see detail pages for specific outcome analysis. Protocols typically combine multiple treatments which may be complementary and synergistic, and the SOC in studies often includes other treatments.



**All mortality results (all stages)** — c19early.com Mar 9, 2022

| Treatment | Improvement | Studies | Patients | Cost | Notes |
|---|---|---|---|---|---|
| Paxlovid | 96% [32-100%] | 1 | 2,085 | $700 | very limited data |
| Ensovibep | 89% [-127-99%] | 1 | 400 | $2,100 | very limited data |
| Tixagev../c.. | 86% [-198-99%] | 1 | 5,172 | $855 | variant dependent |
| Lactoferrin | 79% [-48-97%] | 1 | 547 | $5 | very limited data |
| Nigella Sativa | 79% [35-93%] | 3 | 1,113 | $5 | limited data |
| Proxalutamide | 78% [70-84%] | 3 | 1,223 | $500 | limited data |
| Bromhexine | 77% [-39-96%] | 3 | 550 | $5 | very limited data |
| Povidone-Iod.. | 72% [8-92%] | 2 | 872 | $1 | limited data |
| Melatonin | 67% [26-85%] | 6 | 1,730 | $1 | |
| Nitazoxanide | 63% [-7-87%] | 4 | 967 | $4 | limited data |
| Curcumin | 59% [25-78%] | 5 | 485 | $5 | |
| Quercetin | 59% [-55-89%] | 4 | 683 | $5 | limited data |
| Probiotics | 59% [29-77%] | 5 | 889 | $5 | |
| Vitamin A | 57% [-174-93%] | 3 | 267 | $2 | limited data |
| Bamlaniv../e.. | 56% [5-80%] | 10 | 22,988 | $1,250 | variant dependent |
| Ivermectin | 55% [40-65%] | 41 | 116,053 | $1 | |
| Molnupiravir | 50% [-445-95%] | 3 | 1,901 | $700 | mutagenic/teratogenic |
| Casirivimab/i.. | 48% [6-71%] | 7 | 32,895 | $2,100 | variant dependent |
| Sotrovimab | 46% [-285-92%] | 2 | 1,417 | $2,100 | variant dependent |
| Colchicine | 41% [25-53%] | 23 | 20,305 | $1 | |
| Vitamin D | 37% [25-47%] | 42 | 31,987 | $1 | |
| Fluvoxamine | 36% [14-53%] | 3 | 1,775 | $4 | limited data |
| Zinc | 35% [21-47%] | 13 | 12,308 | $1 | |
| Budesonide | 35% [14-50%] | 5 | 1,838 | $4 | |
| N-acetylcys.. | 31% [3-51%] | 8 | 23,796 | $1 | |
| Metformin | 31% [23-38%] | 29 | 73,048 | $10 | |
| Vitamin C | 29% [10-44%] | 24 | 18,397 | $1 | |
| Hydroxychlor.. | 23% [18-27%] | 203 | 320,646 | $1 | |
| Remdesivir | 17% [9-24%] | 27 | 119,917 | $3,120 | intravenous |



| Treatment | Effect | CI | Studies | N | Cost | |
|---|---|---|---|---|---|---|
| Famotidine | 16% | [-6-34%] | 11 | 68,556 | $5 | |
| Aspirin | 14% | [2-24%] | 32 | 61,801 | $1 | |
| Antiandrogens | 4% | [-48-37%] | 4 | 5,543 | $5 | limited data |
| Favipiravir | -0% | [-22-18%] | 14 | 5,167 | $20 | |
| Conv. Plasma | -1% | [-15-12%] | 14 | 15,607 | $5,000 | |
| Bebtelovimab | -151% | [-6014-90%] | 1 | 380 | $1,200 | intravenous |
| Cannabidiol | -181% | [-658--4%] | 1 | 0 | $25 | very limited data |

0  0.25  0.5  0.75  1  1.25  1.5  1.75

Favors treatment   Favors control

**Random effects meta-analysis of all mortality results (all stages).** Treatments with ≤3 studies with distinct authors or with <25 control events are shown in grey. Pooled results across all stages depend on the distribution of stages tested - for example late stage treatment may be less effective and if the majority of studies are late stage this may obscure the efficacy of early treatment. Please see the specific stage analyses. Protocols typically combine multiple treatments which may be complementary and synergistic, and the SOC in studies often includes other treatments.

# Early treatment mortality results

c19early.com Mar 9, 2022

| Treatment | Improvement | Studies | Patients | Cost | Relative Risk |
|---|---|---|---|---|---|
| Paxlovid | 96% [32-100%] | 1 | 2,085 | $700 | very limited data |
| Bromhexine | 91% [-59-99%] | 1 | 78 | $5 | very limited data |
| Ensovibep | 89% [-127-99%] | 1 | 400 | $2,100 | very limited data |
| Sotrovimab | 89% [-106-99%] | 1 | 1,057 | $2,100 | variant dependent |
| Povidone-Iod. | 88% [50-97%] | 1 | 606 | $1 | very limited data |
| Nigella Sativa | 87% [51-96%] | 2 | 732 | $5 | limited data |
| Molnupiravir | 86% [22-98%] | 2 | 1,610 | $700 | mutagenic/teratogenic |
| Vitamin A | 86% [39-97%] | 1 | 140 | $2 | very limited data |
| Curcumin | 84% [39-96%] | 2 | 314 | $5 | limited data |
| Quercetin | 79% [-82-98%] | 2 | 194 | $5 | very limited data |
| Vitamin D | 76% [37-91%] | 4 | 16,466 | $1 | limited data |
| Hydroxychlor.. | 74% [61-83%] | 14 | 51,371 | $1 | |
| Proxalutamide | 73% [-139-97%] | 2 | 445 | $500 | very limited data |
| Casirivimab/i.. | 73% [-48-95%] | 4 | 19,957 | $2,100 | variant dependent |
| Bamlaniv../e.. | 72% [24-90%] | 6 | 17,827 | $1,250 | variant dependent |
| Probiotics | 67% [-716-99%] | 1 | 350 | $5 | very limited data |
| Remdesivir | 66% [4-88%] | 1 | 372 | $3,120 | intravenous |
| Zinc | 55% [36-67%] | 2 | 2,546 | $1 | limited data |
| Ivermectin | 44% [16-62%] | 12 | 53,732 | $1 | |
| Nitazoxanide | 41% [-1278-98%] | 2 | 873 | $4 | very limited data |
| Favipiravir | 33% [-61-72%] | 1 | 774 | $20 | very limited data |
| Metformin | 27% [-94-72%] | 1 | 418 | $10 | very limited data |
| Conv. Plasma | -93% [-687-53%] | 3 | 716 | $5,000 | very limited data |
| Bebtelovimab | -151% [-6014-90%] | 1 | 380 | $1,200 | intravenous |
| Vitamin C | -204% [-7189-87%] | 1 | 98 | $1 | very limited data |

0  0.25  0.5  0.75  1  1.25  1.5  1.75

Favors treatment   Favors control

**Random effects meta-analysis of early treatment mortality results.** Treatments with ≤3 studies with distinct authors or with <25 control events are shown in grey. Protocols typically combine multiple treatments which may be complementary and synergistic, and the SOC in studies often includes other treatments.

Treatment | Improvement (early) | Studies (early) | China | India | USA | Indonesia | Pakistan | Brazil | Nigeria | Bangladesh | Russia | Mexico | Japan | Ethiopia | Philippines | Egypt | Vietnam | DR Congo | Germany | Iran | Turkey | Thailand | United Kingdom | France



| Treatment | % | n |
|---|---|---|
| Sotrovimab | 89% | 1 |
| Paxlovid | 83% | 2 |
| Budesonide | 82% | 1 |
| Remdesivir | 76% | 2 |
| Bamlaniv../e.. | 73% | 7 |
| Hydroxychlor.. | 64% | 36 |
| Fluvoxamine | 64% | 3 |
| Ivermectin | 63% | 32 |
| Zinc | 61% | 4 |
| Casirivimab/i.. | 55% | 10 |
| Molnupiravir | 53% | 6 |
| Vitamin C | 43% | 3 |
| Favipiravir | 32% | 8 |

Early treatments approved by >2 countries. 70 countries have officially approved treatments. Details.

Recently added: *Antiandrogen:* Lee *Cannabidiol:* Huang *Vitamin C:* Pourhoseingholi Nimer *Aspirin:* Pourhoseingholi Nimer *N-acetylcysteine:* Pourhoseingholi *Remdesivir:* Pourhoseingholi *Hydroxychloroquine:* Cortez Khoubnasabjafari Tsanovska Del Amo Soto Lavilla Olleros *Vitamin D:* Rodríguez-Vidales Soltani-Zangbar Reis Nimer Karonova *Ivermectin:* Lawrie *Budesonide:* Al Sulaiman *Molnupiravir:* Tippabhotla *Favipiravir:* Adhikari *Zinc:* Nimer *Vitamin A:* Nimer

Recent studies (see the individual treatment pages for all studies):

**Mar 8** — PrEP — *Huang* et al., Fr... — death, ↑181.0%, p=0.0 — Cannabis use is associated with lower COVID-...
Details  UK Biobank retrospective with 13,099 cannabis users, showing a lower risk of COVID-19 infe...

**Mar 7** — PrEP — *Lee* et al., Front... — severe case, ↓28.0%, — A population-level analysis of the protective eff...
Details  Retrospective 3,057 androgen deprivation therapy patients in the USA, and 36,096 control pa...

**Mar 4** — News — *Lawrie*, T. (News) — news — A Letter to Dr. Andrew Hill
Details  Documentary about the external forces changing the conclusions of the Hill et al. meta anal...

**Mar 4** — PrEP — *Del Amo*, J., me... — symp. case, ↓51.0%, p — Daily tenofovir disoproxil fumarate/emtricitabi...
Details  PrEP RCT with 231 HCQ, 220 TDF/FTC+HCQ, 233 TDF/FTC, and 223 placebo healthcare wo...

**Mar 3** — Late — *Tsanovska* et al... — death, ↓57.9%, p=0.03 — Hydroxychloroquine (HCQ) treatment for hospi...
Details  PSM prospective study of 260 COVID-19 patients in Bulgaria, showing lower mortality, ventil...

**Mar 2** — Levels — *Karonova* et al.,... — severe case, ↓22.5%, — Vitamin D Status and Immune Response in Ho...
Details  Retrospective 331 hospitalized patients in Russia, showing lower risk of severe cases with hi...

**Mar 2** — Late — *Soto* et al., PLO... — death, ↑6.0%, p=0.46 — Mortality and associated risk factors in patient...

| Date | Type | Study | Outcome | Title / Details |
|---|---|---|---|---|
| | Details | | | Retrospective 1,418 very late stage (46% mortality) patients in Peru, showing no significant … |
| Mar 1 | Early | Adhikari et al., I… | no improv., ↑40.4%, p= | Efficacy of Favipiravir in treatment of mild & m… |
| | Details | | | Preliminary report for an RCT in Nepal with 38 favipiravir patients and 32 control patients, sh… |
| Feb 28 | PrEP | Nimer et al., Bo… | hosp., ↓21.2%, p=0.40 | The impact of vitamin and mineral supplement… |
| | Details | | | Retrospective survey based analysis of 2,148 COVID-19 recovered patients in Jordan, showi… |
| Feb 28 | Late | Efimenko et al.,… | death, ↓69.2%, p<0.00 | Treatment with Ivermectin Is Associated with … |
| | Details | | | PSM retrospective 41,608 patients in the USA, 1,072 treated with ivermectin and 40,536 trea… |
| Feb 26 | Late | Rouamba et al.,… | death, ↓80.0%, p<0.00 | Assessment of Recovery Time, Worsening and… |
| | Details | | | Retrospective 863 COVID-19 patients in Burkina Faso, showing lower mortality, lower progre… |
| Feb 25 | Late | Thairu et al., Re… | death, ↓87.9%, p=0.12 | A comparison of Ivermectin and Non Ivermecti… |
| | Details | | | PSM retrospective 87 patients in Nigeria, 61 treated with ivermectin, showing lower mortalit… |
| Feb 24 | Levels | Rodríguez-Vida… | severe case, ↓38.9%, | Severe COVID-19 patients have severe vitamin … |
| | Details | | | Retrospective 181 diagnostic center patients and 116 ICU patients in Mexico, showing highe… |
| Feb 24 | Early | Tippabhotla et … | hosp., ↓46.2%, p=0.26 | Efficacy and Safety of Molnupiravir for the Trea… |
| | Details | | | RCT 1,220 patients in India, showing lower risk of hospitalization and improved recovery wit… |
| Feb 24 | Revi… | Kory et al., Jour… | review | "MATH+" Multi-Modal Hospital Treatment Prot… |
| | Details | | | Review of the data supporting the MATH+ hospital treatment protocol for COVID-19. |
| Feb 21 | Levels | Saeed et al., The Egyptian Journal of Int… | | Cholecalciferol level and its impact on COVID-1… |
| | Details | | | Prospective study of 414 COVID+ ICU patients in Egypt, showing mortality associated with l… |
| Feb 21 | PrEP | García-García e… | symp. case, ↓7.4%, p= | Melatonin in the Prophylaxis of SARS-CoV-2 Inf… |
| | Details | | | PrEP RCT healthcare workers in Spain, showing no significant difference in cases with melat… |
| Feb 19 | Levels | Zidrou et al., Cu… | death, ↓26.4%, p=1.00 | The Relationship Between Vitamin D Status an… |
| | Details | | | Retrospective 71 hospitalized COVID-19 patients in Greece with vitamin D levels measured … |
| Feb 19 | Levels | Sanson et al., Ir… | death/vent., ↓64.0%, p | A combined role for low vitamin D and low alb… |
| | Details | | | Prospective study of 69 hospitalized COVID-19 pneumonia patients, showing higher risk of c… |
| Feb 18 | News | Lim et al., JAM… | news | Efficacy of Ivermectin Treatment on Disease Pr… |
| | Details | | | The I-TECH RCT can be found at: . Studies are listed under the date they first became availa… |

| Date | Stage | Study | Outcome | Title |
|---|---|---|---|---|
| | Late | Hall et al., The … | death, ↓11.2%, p=0.31 | Multi-institutional Analysis of 505 COVID-19 Pa… |
| | Details | | | Retrospective 505 ECMO patients showing no significant difference in mortality in unadjuste… |
| Feb 18 | Late | Cannata-Andía … | death, ↑44.0%, p=0.31 | A single-oral bolus of 100,000 IU of cholecalcif… |
| | Details | | | RCT 274 very late stage (>80% pulmonary involvement at baseline) hospitalized COVID-19 p… |
| Feb 17 | PrEP | Junior et al., B… | death, ↓22.1%, p=0.61 | Chronic diseases, chest computed tomograph… |
| | Details | | | Prospective study of 201 COVID+ hospitalized adults in Brazil, mean age 73, showing a lowe… |
| Feb 16 | PrEP | Ugarte-Gil et al… | severe case, ↓44.4%, | Characteristics associated with poor COVID-19… |
| | Details | | | Retrospective 1,606 SLE patients showing lower risk of severe COVID-19 outcomes with HC… |
| Feb 16 | Early | Hammond et al… | death, ↓96.0%, p=0.00 | Oral Nirmatrelvir for High-Risk, Nonhospitalize… |
| | Details | | | EPIC-HR RCT, 1,039 higher risk patients treated with paxlovid (PF-07321332 + ritonavir) and … |
| Feb 16 | In Vit… | Zhou et al., bio… | In Vitro | SARS-CoV-2 Omicron BA.2 Variant Evades Neu… |
| | Details | | | In Vitro study showing that omicron BA.2 evades all monoclonal antibodies tested, including… |
| Feb 15 | Meta | Shah et al., QJ… | death, ↓52.1%, p<0.00 | Does vitamin D supplementation reduce COVI… |
| | Details | | | Meta-analysis of seven systematic reviews showing that vitamin D supplementation reduce… |
| Feb 15 | Late | Al Mutair et al., … | death, ↓7.0%, p=0.49 | Overview of Clinical Outcome and Therapeutic … |
| | Details | | | Retrospective 269 favipiravir ICU patients in Saudi Arabia and 269 matched controls receivin… |
| Feb 15 | Early | Lowe et al., me… | ICU, ↑196.3%, p=1.00 | Favipiravir, lopinavir-ritonavir or combination th… |
| | Details | | | 240 patient RCT comparing favipiravir, favipiravir + LPV/r, LPV/r, and placebo, showing impr… |
| Feb 13 | Late | Beaumont et al… | death/int., ↓14.1%, p= | Factors associated with hospital admission an… |
| | Details | | | Retrospective 296 hospitalized patients in France, showing no significant difference with HC… |
| Feb 12 | Early | Lilly (Preprint) | death, ↑150.8%, p=1.0 | A Study of Immune System Proteins in Particip… |
| | Details | | | RCT with 127 bamlanivimab, etesevimab, and bebtelovimab patients, 125 bebtelovimab pati… |
| Feb 11 | Late | Gavrielatou et … | death, ↓58.0%, p=0.11 | Effect of Vitamin C on Clinical Outcomes of Cri… |
| | Details | | | Retrospective 113 consecutive mechanically ventilated COVID+ ICU patients in Greece, 10 re… |
| Feb 10 | Late | Agustí et al., Eu… | death, ↑22.5%, p=1.00 | Add-on inhaled budesonide in the treatment of … |
| | Details | | | Small early-terminated RCT with 40 inhaled budesonide and 49 control patients, showing no… |
| Feb 10 | Early | Brennan et al., … | no recov., ↓48.1%, p=0 | Oral famotidine versus placebo in non-hospitali… |
| | Details | | | Small RCT with 27 famotidine and 28 placebo patients, showing improved recovery with tre… |

| | | | | |
|---|---|---|---|---|
| Fe... | Early | **Friedland** et al., Australian Journal of Ot... | | In vivo (human) and in vitro inactivation of SAR... |
| | Details | Small study of povidone-iodine nasal spray with 14 patients, showing rapid reduction in viral ... | | |
| Feb 9 | Early | **Dale** et al., Jour... | death, ↓89.2%, p=0.01 | Clinical Outcomes of Monoclonal Antibody The... |
| | Details | Retrospective 75 COVID+ patients in a skilled nursing facility in the USA, 56 treated within a ... | | |
| Feb 9 | Anim... | **Miorin** et al., bi... | animal study | The oral drug nitazoxanide restricts SARS-CoV-... |
| | Details | *In Vitro* study showing that nitazoxanide inhibits SARS-CoV-2 in H9, iAT2, Vero E6, Vero TMP... | | |
| Feb 8 | Levels | **Ivanova** et al., Journal of Trace Element... | | Evaluation of zinc, copper, and Cu:Zn ratio in s... |
| | Details | Retrospective 75 COVID-19 hospitalized patients and 68 healthy controls in Bulgaria, showin... | | |

We aim to cover the most promising early treatments for COVID-19. We use pre-specified effect extraction criteria that prioritizes more serious outcomes, for details see methods. For specific outcomes and different treatment stages see the individual pages. Not all treatments are covered here, effectiveness has been reported for many other treatments in studies. Of the 1,514 studies, 1,024 present results comparing with a control group, 910 are treatment studies, and 114 analyze outcomes based on serum levels. There are 21 animal studies, 43 *in silico* studies, 90 *in vitro* studies, and 81 meta analyses.