UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>　　　　　Defendants. | No. 8:21-cv-2429-SDM-TGW |

NOTICE OF FILING TRANSCRIPT OF
HEARING TESTIMONY OF NAVY COMMANDER

Plaintiffs give notice of filing the attached transcript of the testimony of Plaintiff Navy Commander Surface Warfare Officer, taken at the hearing before the Court on March 10, 2022 (Doc. 134).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Roger K. Gannam
　　　　　　　　　　　　　　　　Mathew D. Staver
　　　　　　　　　　　　　　　　Horatio G. Mihet
　　　　　　　　　　　　　　　　Roger K. Gannam
　　　　　　　　　　　　　　　　Daniel J. Schmid*
　　　　　　　　　　　　　　　　Richard L. Mast*
　　　　　　　　　　　　　　　　LIBERTY COUNSEL
　　　　　　　　　　　　　　　　P.O. Box 540774
　　　　　　　　　　　　　　　　Orlando, FL 32854
　　　　　　　　　　　　　　　　(407) 875-1776
　　　　　　　　　　　　　　　　court@lc.org
　　　　　　　　　　　　　　　　hmihet@lc.org
　　　　　　　　　　　　　　　　rgannam@lc.org
　　　　　　　　　　　　　　　　dschmid@lc.org*
　　　　　　　　　　　　　　　　rmast@lc.org*
　　　　　　　　　　　　　　　　*Admitted specially
　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*