# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United State Department of Defense, *et al.*,<br><br>　　　　　Defendants. | No. 8:21-cv-2429-SDM-TGW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## OF PLAINTIFF MAJOR, UNITED STATES MARINE CORPS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, MAJOR, United States Marine Corps, hereby gives notice of his voluntary dismissal without prejudice of all claims in this action. This Notice is given prior to the filing of an answer or motion for summary judgment, and therefore requires neither a stipulation of dismissal nor an order of the Court. This Notice does not dismiss the claims of any other Plaintiff.

Respectfully submitted,

/s/ Daniel J. Schmid
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

*Attorneys for Plaintiffs*