## Table of Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Declaration of Major Alyssa S. Tetrault |
| 2. | Declaration of Colonel Michael B. Parks |
| 3. | Declaration of Colonel Kevin J. Mahoney |
| 4. | Declaration of Second Lieutenant Eugene Byrl McCarthy IV |
| 5. | Declaration of Captain Mery-Angela Sanabria Katson |
| 6. | Declaration of Commander Kelly C. Blackburn |
| 7. | Order, *Crosby v. Austin*, No. 8:21-cv-02730 (M.D. Fla. Feb. 22, 2022), ECF No. 44 |