# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NAVY SEAL #1, et al.,  )
                       )
    Plaintiffs,        )
                       )
    v.                 )    No. 8:21-cv-02429
                       )
JOSEPH R. BIDEN, JR., in his official )
capacity as President of the United States, )
et al.,                )
                       )
    Defendants.        )
                       )

## DECLARATION OF MAJOR ALYSSA S. TETRAULT
### [with regard to Plaintiff "Cadet, United States Air Force Academy"]

I, Alyssa S. Tetrault, hereby state and declare as follows:

1. I am a Major in the United States Air Force (USAF) currently assigned as the Air Officer Commanding (AOC) (or Commander) for the 22nd Cadet Squadron at the USAF Academy (USAFA) in Colorado. I have been in this position since May 28, 2020. As a part of my duties, I am responsible for 111 cadets across all four years of the USAFA training and development program. The USAFA develops leaders of character and is a pipeline accession program with stringent metrics for producing an agile and "fit to fight" officer corps.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. I know the identity of the plaintiff identified in the Second Amended Complaint as "Cadet, United States Air Force Academy." He is a Cadet in Cadet Squadron 22.

4. On August 24, 2021, the Secretary of Defense directed all members of the Armed Forces under Department of Defense authority on active duty to receive the COVID-19 vaccine. Subsequently, on September 3, 2021, the Department of the Air Force (DAF) issued additional guidance with specific timelines for Air Force members (which includes cadets at the USAFA) to comply. On September 13, 2021, Brigadier General Paul Moga authorized me as the AOC to issue "Cadet" a written order to receive the COVID-19 vaccine. On September 23, 2021, I counseled "Cadet," in accordance with DAF Instruction 52-201, paragraph 6.6.1.1., that non-compliance with immunization requirements may adversely affect readiness for deployment, assignment, domestic and international travel, or may result in other administrative consequences and signed a memorandum for record to document the conversation. The lawful order, outlined the Department of Defense vaccination directive and specific timelines to be in compliance whether through getting the vaccine, refusing the vaccine, or pursuing a medical or religious exemption from the vaccination requirement. "Cadet" acknowledged my counseling on September 23, 2021.

5. "Cadet" drafted a memorandum for record on September 21, 2021, announcing his intention to pursue a religious exemption from the vaccine. He met with his medical provider on October 13, 2021, for medical counseling with regard to not obtaining the COVID-19 vaccine, and met with a Chaplain on October 21, 2021.

6. In the required time frame, "Cadet" provided the required documentation as part of his religious accommodation package. In accordance with USAF policy, the USAFA's Religious Resolution team reviewed his request and staffed it through the chain of command for consideration. "Cadet's" religious accommodation request was initially denied on December 22, 2021 by Lieutenant General Richard Clark. "Cadet" subsequently filed an appeal on January

12, 2022. That appeal is still pending. No administrative or disciplinary action has been taken against "Cadet," and he is temporarily exempt from the immunization requirement while the religious accommodation request is under review for appeal. "Cadet" previously received all other mandatory vaccines and had maintained vaccination readiness prior to the COVID-19 vaccination.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March 2022.

*Alyssa S. Tetrault*
ALYSSA S. TETRAULT, Maj, USAF
Commander, 22nd Cadet Squadron

3