# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NAVY SEAL #1, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 8:21-cv-02429 |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF COLONEL MICHAEL B. PARKS**
**[with regard to Plaintiff "Technical Sergeant, United States Air Force"]**

I, Colonel Michael B. Parks, hereby state and declare as follows:

1. I am a Colonel in the United States Air Force (USAF) currently assigned as the commander of the 507th Air Refueling Wing at Tinker Air Force Base, Oklahoma. I have been in this position since November 2020. As a part of my duties, I am responsible for commanding the wing, which consists of three subordinate groups and eleven squadrons, employing over 1,100 citizen Airmen. The wing operates and maintains eight KC-135R Stratotanker aircraft, providing worldwide air refueling, aeromedical, and airlift capacity to U.S. and allied nations.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. I know the identity of the plaintiff identified in the Second Amended Complaint as "Technical Sergeant." She is a Technical Sergeant in the 507th Air Refueling Wing working on the Wing Staff.

4. On August 24, 2021, the Secretary of Defense directed all members of the Armed Forces under Department of Defense authority on active duty to receive the COVID-19 vaccine. Subsequently, on September 3, 2021, the Department of the Air Force (DAF) issued additional guidance with specific timelines for USAF members to comply. "Technical Sergeant" was ordered to receive the COVID-19 Vaccine on September 12, 2021. After receiving the order, "Technical Sergeant" requested a temporary medical exemption from the COVID-19 vaccination requirement for pregnancy. She was granted a temporary medical exemption on September 20, 2021, with an expiration date of January 15, 2022. "Technical Sergeant" began maternity leave on December 9, 2021. Prior to her maternity leave expiration on March 4, 2022, she requested a leave extension and was approved for personal leave through March 20, 2022. "Technical Sergeant" has not been present for duty since the expiration of her original medical exemption. To date, "Technical Sergeant" has not requested any additional COVID-19 vaccination accommodations, religious or otherwise. If "Technical Sergeant" submits an additional medical exemption or religious accommodation request upon her return from leave, it would be processed in accordance with applicable DAF and Department of Defense regulations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March 2022.

PARKS.MICHAEL.B.1078903720
Digitally signed by PARKS.MICHAEL.B.1078903720
Date: 2022.03.17 13:49:04 -05'00'

MICHAEL B. PARKS, Colonel, USAF
Commander, 507th Air Refueling Wing