# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| _____ | ) | |
| NAVY SEAL #1, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:21-cv-02429-SDM-TGW |
| | ) | |
| JOSEPH R. BIDEN, JR., in his official | ) | |
| capacity as President of the United States, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## <u>DECLARATION OF COLONEL KEVIN J. MAHONEY</u>

I, Colonel (COL) Kevin J. Mahoney, hereby state and declare as follows:

1.      I am currently employed by the U.S. Army as the Chief, G-33 Operations Division, Office of The Army Surgeon General (OTSG) and U.S. Army Medical Command (MEDCOM), located in Falls Church, Virginia.  I have held this position since June 14, 2021.  As part of my official duties, I am a senior medical plans and operations officer on the Army staff, representing The Surgeon General (TSG) to the Army operations staff for medical aspects of Army missions. In this capacity I assist in developing the Army plans to implement directives related to COVID-19 and vaccination efforts.  I am part of a team that facilitates the processing, evaluation, and adjudication of requests for exemptions from vaccination requirements for reasons of religious accommodation as well as for medical reasons.  I consolidate current status of requests received for processing and keep Army senior leaders informed.  In the exercise of these duties, I have been made aware of this lawsuit by counsel from the U.S. Army Litigation Division, and am generally aware of the allegations set forth in the pleadings filed in this matter.

2.      I submit this declaration in order to provide an update on the status of the religious exemption requests submitted by Pseudonymous Plaintiffs "COLONEL, United States Army," "ARMY RANGER, United States Army," and "NATIONAL GUARDSMAN, Virginia Army National Guard."

3.      I base this declaration upon my personal knowledge and upon information that has been provided to me in the course of my official duties, and I make this declaration on behalf of the U.S. Army.  The information provided herein is known to me at the time of this declaration.

## Status of Army Plaintiffs' Exemption Requests

4.      I know the identity of the plaintiff identified in the Second Amended Complaint as "Colonel, United States Army."  "Colonel" has submitted an exemption request and that request remains in progress with his immediate unit.  As of this date, the officer's request has not been received by OTSG for review and determination.  As such, the Soldier is not required to receive the vaccine and Commanders are not permitted to take adverse action against him while his exemption is pending.  FRAGO 5, ¶ 3.D.8.B.1.F. [1]

5.      I know the identity of the plaintiff identified in the Second Amended Complaint as "Army Ranger, United States Army."  "Army Ranger" has submitted an exemption request and that request remains in progress with his immediate unit.  As of this date, the Soldier's request has not been received by OTSG for review and determination.  As such, the Soldier is not required to receive the vaccine and Commanders are not permitted to take adverse action against him while his exemption is pending.  FRAGO 5, ¶ 3.D.8.B.1.F.

---

[1] On September 14, 2021, the Army issued Fragmentary Order 5 (FRAGO 5) to Headquarters Department of the Army (HQDA) Execute Order (EXORD) 225-21 COVID Steady State Operations dated September 14, 2021.  FRAGO 5 implements the procedures for Soldiers to submit requests for vaccination exemptions, including religious exemptions.  FRAGO 5 was filed on the docket at ECF No. 23-7.

6.      I know the identity of the plaintiff identified in the Second Amended Complaint as "National Guardsman, Virginia Army National Guard."  "National Guardsman" has submitted an exemption request and that request remains in progress with The Adjutant General of Virginia.  As of this date, the Soldier's request has not been received by OTSG for review and determination.  As such, the Soldier is not required to receive the vaccine and Commanders are not permitted to take adverse action against him while his exemption is pending.  FRAGO 5, ¶ 3.D.8.B.1.F.

***************************

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2022, in Washington, DC,


MAHONEY.KEVIN.JAMES.1044210289
Digitally signed by MAHONEY.KEVIN.JAMES.1044210289
Date: 2022.03.18 13:49:14 -04'00'

Kevin J. Mahoney
Chief, G-33 Operations Divisions
Office of The Army Surgeon General and
    U.S. Army Medical Command

3