# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL #1, *et al.*<br><br>          Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>          Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## DECLARATION OF EUGENE BYRL MCCARTHY IV

I, Second Lieutenant Eugene Byrl McCarthy IV, U.S. Marine Corps, hereby state and declare as follows:

1.    I am a Second Lieutenant in the United States Marine Corps, currently serving as a Student Judge Advocate, Judge Advocate Division, Headquarters U.S. Marine Corps. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2.    Pursuant to Marine Corps Order 1730.9, the Plaintiffs listed in Exhibit A each submitted a request for a religious accommodation from the COVID-19 vaccine requirement. Exhibit A describes the status of each Plaintiff's religious accommodation request according to U.S. Marine Corps records as of March 16, 2022.

3.    In accordance with MARADMIN 612/21, if a Marine's religious accommodation request is denied, the requestor is informed of the denial and ordered to become fully vaccinated or be subject to involuntary administrative separation. Though the initial steps for administrative

1

separation processing may have begun for some Service members, no Plaintiff listed in Exhibit A has been separated from the service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of March, 2022.

Eugene Byrl McCarthy, IV
Second Lieutenant, U.S. Marine Corps

# McCarthy Declaration

# Exhibit A

| Pseudonym | RA Request submitted? | Date adjudicated, or | RA request appealed? (Y/N) | Date of appeal | Date appeal adjudicated | Adjudication | Add'l info (if required) |
|---|---|---|---|---|---|---|---|
| Col Financial Mgmt Officer | Y | 22-Sep-21 | Y | 21-Oct-21 | 14-Dec-21 | Denied | |
| Lieutenant Colonel 1 | Y | 12-Oct-21 | Y | 14-Oct-21 | 7-Dec-21 | Denied | |
| Lieutenant Colonel 2 | Y | 13-Oct-21 | Y | 3-Nov-21 | 24-Jan-22 | Denied | |
| Reserve Lieutenant Colonel | Y | 1-Oct-21 | Y | 13-Oct-21 | 9-Dec-21 | Denied | |
| Captain | Y | 27-Oct-21 | Y | Undated | 23-Feb-22 | Denied | SNO's appeal letter undated, appeal was received by JCA 12-Nov-21 |
| Captain 2 | Y | 30-Sep-21 | Y | 7-Oct-21 | 7-Dec-21 | Denied | |
| Captain 3 | Y | 1-Oct-21 | Y | 13-Oct-21 | 7-Dec-21 | Denied | |
| First Lieutenant | Y | 30-Sep-21 | Y | 7-Oct-21 | 27-Dec-21 | Denied | |
| Second Lieutenant | Y | 6-Jan-22 | Y | N/A | N/A | Denied | Appeal en route w/ Command |
| Chief Warrant Officer 3 | Y | 22-Sep-21 | Y | 2-Oct-21 | 24-Nov-21 | Denied | |
| Senior Chief Petty Officer | Y | 26-Oct-21 | Y | 22-Nov-21 | Pending | N/A | |
| Lance Corporal 1 | Y | 9-Nov-21 | Y | 16-Nov-21 | Pending | N/A | |
| Lance Corporal 2 | Y | 7-Dec-21 | Y | 18-Dec-21 | Pending | N/A | |