# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **NAVY SEAL #1,** *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN**, in his official capacity as President of the United States, *et al.*<br><br>Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## DECLARATION OF CAPTAIN MERY-ANGELA SANABRIA KATSON, U.S. NAVY

I, Captain Mery-Angela Sanabria Katson, U.S. Navy, hereby state and declare as follows:

1. I am a captain in the United States Navy, currently serving as the Branch Head, Enlisted Plans and Policy (OPNAV N132), located in Arlington, Virginia. I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. Pursuant to BUPERSINST 1730.11A, the Plaintiffs listed in Exhibit A each submitted a request for religious accommodation from the COVID-19 vaccine requirement. Exhibit A describes the status of each Plaintiff's religious accommodation request, according to Navy records as of March 18, 2022.

3. In accordance with NAVADMIN 256/21, if a Sailor's religious accommodation request is denied, the requestor is informed of the denial and ordered to become fully vaccinated or be subject to involuntary administrative separation. Though the initial steps for administrative

1

separation processing may have begun for some Service members, no Plaintiff listed in Exhibit A has been separated from the service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March, 2022.

                                                Mery-Angela Sanabria Katson
                                                Captain, U.S. Navy

Katson Declaration

Exhibit A

| Pseudonym | RA Request submitted? (Y/N) | Date adjudicated, or still pending? | RA request appealed? (Y/N) | Date of appeal | Date appeal adjudicated | Adjudication | Add'l info (if required) |
|---|---|---|---|---|---|---|---|
| Navy SEAL 1 | Y | 11/15/2021 | Y | 1/18/2022 | Pending | Pending | |
| Navy SEAL 2 | Y | 11/15/2021 | Y | 11/23/2021 | Pending | Pending | |
| Chaplain | Y | 10/26/2021 | Y | 1/13/2022 | Pending | Pending | |
| Navy EOD Officer | Y | 11/23/2021 | Y | 12/16/2021 | Pending | Pending | |
| Navy CDR SWO | Y | 10/22/2021 | Y | 11/4/2021 | 1/23/2022 | Denied | |
| Navy Chief Warrant Officer | Y | 12/13/2021 | Y | UNK | N/A | Pending | Appeal currently with chain of command for endorsement(s). |