# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| NAVY SEAL 1, *et al.,* )<br><br>)<br><br>)<br><br>)<br>Plaintiffs, )<br><br>)<br>v. )<br><br>)<br>JOSEPH R. BIDEN, in his official capacity )<br>as President of the United States, *et al.,* )<br><br>)<br>Defendants. )<br><br>) | Civil Action No. 8:21-cv-02429 |

## DECLARATION OF COMMANDER KELLY C. BLACKBURN

I, Commander Kelly C. Blackburn, hereby declare and state:

1.      I am a commissioned officer serving on active duty in the United States Coast Guard. I have served on active duty in the Coast Guard for over 15 years. My current assignment is Chief, Planning and Programming Division, Office of the Director of Operational Logistics, but I am currently detailed to the Religious Accommodation Team, Assistant Commandant for Human Resources, where I oversee the Appeals process. Among my duties is tracking the processing of all appeals of requests for religious accommodation from the COVID-19 vaccine requirement.

2.      I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3.      I know the identities of the three Coast Guard plaintiffs identified in the Second Amended Complaint. All have submitted requests for religious accommodation seeking an exemption from the COVID-19 vaccination requirement. Each received an initial denial of their

request, and each appealed the denial.  None have received a final decision on their appeal.  In addition to her request for religious accommodation, LIEUTENANT, U.S. Coast Guard, has also requested a permanent medical exemption to the COVID-19 vaccination requirement.  That request is also being processed, and no final decision has been made with regard to that request.  All three plaintiffs remain temporarily exempt from the immunization requirement while the appeal of the denials of their religious accommodation requests are under review.

   4.  I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and information.

Dated: March 18, 2022

KELLY C BLACKBURN
Commander
U.S. Coast Guard

2