14 Oct 21

From: LCDR [       ] USNR
To:   Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education) (N1)
Via:  Commanding Officer, Unmanned Patrol Squadron ONE NINE SAU
      Commanding Officer, Navy Operation Support Center, Jacksonville, FL

Subj: REQUEST FOR WAIVER OF POLICY IN SUPPORT OF RELIGIOUS PRACTICE

Ref:  (a) DoD Instruction 1300.17 of 10 February 2009
      (b) SECNAVINST 1730.8
      (c) BUPERSINST 1730.11A
      (d) NAVADMIN 190/21

1. Pursuant to references (a) through (c), I hereby request religious accommodation from Navy policy NAVADMIN 190/21 to refrain from receiving COVID-19 immunization due to my religious belief that injecting my body with vaccines that utilized aborted fetal cell lines in the research, development, and/or production would cause me to sin and compromise my faith and my conscience.

2. My sincere request is based on my sincerely held personal religious belief that all life is precious and designed by our creator. I believe that life itself is a gift from God and is not to be taken lightly or dismissed through the act of abortion or ending a life prematurely in the womb. As is well documented and publicly acknowledged in the scientific community, the procurement of all three COVID-19 vaccines have used aborted fetal cell lines, either in the research and development and/or production phases. The Bible speaks at length to the sanctity of life, including but not limited to in Psalms 139:13-16, "For you created my inmost being; you knit me together in my mother's womb. I praise you because I am fearfully and wonderfully made, I know that full well. My frame was not hidden from you when I was made in the secret place, when I was woven together in the depths of the earth. Your eyes saw my unformed body." As well as Psalms 22:10, "Upon You I was cast from birth; You have been my God from my mothers womb." Jeremiah 1:5 says, "Before I formed you in the womb, I knew you, and before you were born I consecrated you; I have appointed you a prophet to the nations." As a believer, I cannot condone or subject my body to a vaccination that has used or continues to use material from lives that were ended prematurely in abortion. To do so would be in direct violation of the scripture and my sincere belief in the word of God, causing me to sin and be held accountable.

3. Additionally, Scripture states that as believers in Christ, our bodies are the temple of the Lord and to refrain from contaminating them. 1 Corinthians 3:17-20 says, "Don't you know that you yourselves are God's temple and that God's spirit dwells in your midst? If anyone destroys God's temple God will destroy the person for God's temple is sacred and you together are the temple." 2 Corinthians 7:1 states, "Therefore since we have these promises dear friends let us purify ourselves from everything that contaminates body and spirit perfecting holiness out of reverence for God." It is abundantly clear throughout the Word of God and in multiple passages other than those listed above, that the lives of the unborn and our earthly uncontaminated bodies

## EXHIBIT O

are sacred in the eyes of the Lord and believers. My sincerely held belief is not a conclusion that I have come to in recent weeks or months, but is a truth that I have known my entire life as believer. Admittedly in the past I was immature in my faith, not as strong in my relationship with God, and uneducated about the contents of vaccines that I was receiving in my body, resulting in me receiving vaccines that used aborted fetal cell lines in their development. I am deeply regretful, but thankful that my God forgives, and I have grown in knowledge of my faith and strengthened my relationship with Him. I pray that this is evidenced in the way my wife and I raise our family of 3 boys, serve in our church and community, and do our very best to love and respect others of all different beliefs and backgrounds. My faith, and consequently my faith guided convictions, is the driving force in everything I do, thus leading me to request exemption from the COVID-19 vaccines.

4. Equally important in my Christian faith is the call to love, respect, serve, and protect those around me. I take this charge very seriously and will continue to do so in my daily life as well as with my fellow service members. I truly believe that I can continue to faithfully serve my country without sacrificing health, safety, or readiness while also staying true to my religious convictions. As we have done for the past 19 months, I will continue to protect those around me by teleworking when feasible, and applying the recommended precautions when it is not (social distancing, masking, testing, symptom monitoring per HPCON). After completing nearly 4 months of active duty orders at the beginning of 2021, at no point was I identified as a source of infection to others. Additionally, well established prophylaxis and treatment regiments are available and will be utilized if required to prevent personal infection and disease transmission.

5. One of the cornerstone principles that makes the United States Navy the most powerful navy in the world is that we do not discriminate against our sailors on the base of race, color, religion, sex, national origin, or sexual orientation. It is what makes us great. It is one of my greatest honors to serve the US Navy and to be a part of an organization that respects and honors its sailors sincerely held beliefs and convictions, acknowledging that we are collectively made stronger through our unique differences. I respectfully request to be given the same consideration in this matter that all sailors deserve and is woven into the fabric of the United States Navy. I sincerely thank my leaders who have taken the time to read this statement.

6. I certify that I understand that any approved or partially approved waiver may not be appropriate for future duty to which I may be assigned, including operational, non-operational or training command(s), and may be suspended or withdrawn in accordance with reference (c).



17 SEP 2021

From: CAPT Brian J. Stamm, CHC, USN
To:    Commander, U. S. Fleet Forces Command

Subj:  REQUEST FOR A WAIVER OF POLICY TO ACCOMMODATE PRACTICE BASED ON RELIGIOUS BELIEF ICO LCDR

Ref:   (a) SECNAVINST 1730.8B CH-1
       (b) SECNAVINST 1730.9

1.  LCDR               has submitted a request for accommodation of a religious practice per reference (a). Per BUPERSINST 1730.11A, I interviewed the requestor on 15 September 2021. I explained that this interview would not be a confidential communication as defined by reference (b) and informed the requestor that referral for confidential chaplain support was available.

2.  LCDR        is making this request for religious accommodation regarding required vaccinations. He is making this request because in the development of the vaccines, specifically the COVID-19 vaccines, human cells were used. LCDR          position is that the use of human tissue (derived from abortions) for the purpose of developing drugs is immoral and contrary to his religious beliefs as a Christian.

3.  LCDR        is a devout, long practicing non-denominational Christian and worships at
        Church in Peachtree City, GA. He has many leadership roles in the congregation where he has been an active member for several years. His decision to pursue this request comes after much research, reflection, prayer and discernment. In his discussion with me, he explained how he cannot in good conscience receive a vaccination that used aborted fetal cell lines in its development due to his religious view that all human life is a creation of God and therefore holy. Further, it is his fervent religious belief that the messenger RNA technology employed by the COVID-19 vaccines "violates his belief that the body is a temple unto the Lord" and to place these vaccines in his body is a violation of God's command. LCDR          has taken vaccines before, but in light of his research and sincerely held belief he would need to do similar research before receiving any further inoculations.

4.  I believe LCDR        request to be a sincere reflection of his deeply held beliefs regarding the sanctity of human life.

5.  I can be reached at U.S. Fleet Forces Command at 757-836-7808 or at brian.j.stamm.mil@us.navy.mil.

STAMM.BRIAN.JA Digitally signed by STAMM.BRIAN.JAMES.1034890
MES.1034890656 656 Date: 2021.09.21 08:36:45 -04'00'

Copy to:
LCDR D. J.

BUPERSINST 1730.11
13 Nov 2018

## CHAPLAIN INTERVIEW CHECKLIST TEMPLATE

| Requestor: | | | | Interview Date: 15 SEP 2021 |
|---|---|---|---|---|
| Name:LCDR ▮ | | | | Chaplain Interviewer: CAPT B. J. Stamm |
| Phone ▮ | | | | Phone:757 836 7808 |
| Email: | | | | E-mail: Brian.J.Stamm@navy.mil |
| Command: USFFC | | | | Chaplain's Command: USFFC |
| **Interview Preliminaries** | | | | |
| Yes | No | N/A | | |
| X | | | Chaplain reviewed policy and doctrine on religious accommodation and the policy for which the requestor is seeking accommodation. | |
| X | | | Applicant was notified that the interview is not confidential and will be used to advise the command. | |
| X | | | Chaplain explained to the applicant that confidential support can be received from another chaplain. | |
| | X | | Applicant has been granted a religious accommodation for this practice previously. | |
| X | | | Applicant's Page 2 (NAVPERS 1070/602) reflects the belief cited in the application. | |
| **Type of Waiver Requested** | | | | |
| Yes | No | N/A | | |
| | X | | Uniform standards | |
| | X | | Grooming standards | |
| X | | | Immunization requirements | |
| | X | | DNA sampling | |
| | | | Other (Please describe): | |
| **Interview** | | | | |
| Yes | No | N/A | | |
| | | | Requestor's religious beliefs seemed honestly and sincerely held using one or more of the following factors: | |
| X | | | 1. Requestor was credible (consistently keeps tenets, practices, etc.). | |
| X | | | 2. Requestor's demeanor and pattern of conduct are consistent with the request. | |
| X | | | 3. Requestor participates in activities associated with the belief(s). | |
| X | | | 4. Other persons supporting the claim are credible. | |
| | X | | 5. Request is supported by letter(s) of verification or endorsement from an organization espousing the beliefs which are the basis for the claim. | |
| X | | | Alternate means of accommodating the practice were explored in the interview. | |
| **Process Checklist** | | | | |
| Yes | No | N/A | | |
| X | | | Chaplain has prepared a memorandum documenting the interview. | |
| X | | | Chaplain reviewed memorandum with applicant and provided a copy. | |
| X | | | Chaplain submitted the memorandum and this document to the commanding officer via chain of command. | |
| X | | | Chaplain referred applicant to command to process request. | |

Enclosure (2)

---

**ADMINISTRATIVE REMARKS**
**NAVPERS 1070/613 (REV. 08-2012)** PREVIOUS EDITIONS ARE OBSOLETE                SUPPORTING DIRECTIVE MILPERSMAN 1070-320

SHIP OR STATION:
VUP-19 SAU

| SUBJECT: | ☐ PERMANENT   ☒ TEMPORARY |
|---|---|
| COVID-19 Vaccination Administrative Counseling/Warning | AUTHORITY *(IF PERMANENT):* |

1. The U.S. Food and Drug Administration (FDA) approved the first COVID-19 vaccine, Pfizer-BioNTech, for the prevention of COVID-19 in individuals 16 years of age and older, and announced that the vaccine will be marketed as Comirnaty. Accordingly, the Secretary of Defense (SECDEF) has directed full vaccination of all service members in the Armed Forces on active duty or in the Ready Reserve who are not fully vaccinated against COVID-19. Mandatory vaccination can only use COVID-19 vaccines that receive full licensure from the FDA, in accordance with FDA-approved labeling and guidance. Per the FDA's guidance, the Pfizer-BioNTech and Comirnaty vaccines have the same formulation and are interchangeable; Navy medical providers are authorized to use Pfizer-BioNTech doses distributed under the Emergency Use Authorization to administer mandatory vaccinations.

2. ALNAV 062/21 and NAVADMIN 190/21 implemented the SECDEF's mandate for the Department of the Navy (DON) and the Navy, respectively.

3. The following information is provided for your consideration:
   a. Your health and safety are the Navy's number one concern.
   b. The threat from COVID-19 is deadly and real.
   c. Vaccination has proven to be the most effective defense against serious illness caused by COVID-19.
   d. Administering the COVID-19 vaccine is in the interest of national security and protection of the force. Receiving the vaccine helps protect your family, fellow Sailors and Marines, and associated DON civilians.
   e. In accordance with FDA guidance, the Pfizer-BioNTech and Comirnaty vaccines are the same, and can be used interchangeably without any safety or effectiveness concerns.
   f. DoD will administer COVID-19 vaccinations consistent with FDA approved dosing schedules and current standards of medical practice. Pfizer-BioNTech and Comirnaty are two-dose vaccines; full vaccination is achieved two weeks after completing the second dose.

4. Your Navy medical record indicates you are not fully vaccinated against COVID-19. Unless you have an approved medical or administrative exemption, or a pending exemption request, or you elect the option in paragraph 7 to request an exemption within 10 calendar days of signing this Page 13, you are hereby ordered to become fully vaccinated for COVID-19 no later than (circle applicable deadline):
   28 November 2021 for the Active Component          28 December 2021 for the Ready Reserve
Proof of vaccination must be provided to your command no later than the next duty day following vaccination for the Active Component or seven days for the Ready Reserve.

5. This is a lawful order. Refusal to be fully vaccinated against COVID-19, absent an approved administrative or medical exemption, will constitute a failure to obey a lawful order and is punishable under the Uniform Code of Military Justice and/or may result in administrative action.

6. If you have concerns about the COVID-19 vaccine or have questions about an administrative or medical exemption, you may contact the following:
   a. Medical. Healthcare professionals at any local DoD Military Treatment Facility (MTF) are available to answer questions regarding the risks of COVID-19 and the benefits of COVID-19 vaccinations, or any other medical questions you have related to the vaccine.
   b. Legal. You may seek the advice of a Navy judge advocate at your nearest Defense Service Office (DSO). A DSO locator search tool is available online at: https://www.jag.navy.mil/legal_services/legal_services_locator_dso.htm.
   c. Chaplain. You may seek religious counsel from a Navy chaplain at any base chapel.

7. You must initial the following, as applicable:
   *DH* I acknowledge the above counseling/warning and understand its contents.
   *DH* I acknowledge that I may submit a statement in response to this counseling/warning (initial one below).
   _____ I intend to submit a statement within 10 calendar days of the date of my signature below.
   *DH* I do not intend to submit a statement.
   *DH* I intend to request an administrative or medical exemption, as indicated in paragraph 5 above, within 10 calendar days of the date of my signature below.

LCDR WILLARD
VUP-19 SAU OIC
BY DIRECTION

Commanding Officer

| 14OCT21 | | 14 OCT 2021 |
|---|---|---|
| Member's Signature Date/Signed | LT R. Flinn   Witness' Signature Date/Signed | |

| ENTERED AND VERIFIED IN ELECTRONIC SERVICE RECORD: | | |
|---|---|---|
| VERIFYING OFFICIAL RANK OR GRADE/TITLE: | DATE: | SIGNATURE OF VERIFYING OFFICIAL: |

| NAME (LAST, FIRST, MIDDLE): | SOCIAL SECURITY NUMBER: | BRANCH AND CLASS: |
|---|---|---|
| | | USN |

FOR OFFICIAL USE ONLY
PRIVACY SENSITIVE

CUI



**DEPARTMENT OF THE NAVY**
NAVY OPERATIONAL SUPPORT CENTER JACKSONVILLE
BUILDING 966 BOX 4
JACKSONVILLE FLORIDA 32212-0004

IN REPLY REFER TO:
1730
Ser N00/1245
15 Oct 21

FIRST ENDORSEMENT on LCDR ███████████, USN, XXX-XX-4144/1315 ltr of 14 Oct 21

From:   Commanding Officer, Navy Operational Support Center, Jacksonville
To:     Deputy Chief of Naval Operations, Washington (Manpower, Personnel, Training and Education)

Subj:   DISAPPROVAL RECOMMENDATION IN CARE OF LCDR ███████████ RELIGIOUS ACCOMMODATION

Ref:    (a) DoD Instruction 1300.17
        (b) SECNAVINST 1730.8B
        (c) NAVPERS 1566651
        (d) BUPERSINST 1730.11A

Encl:   (1) Sailor request of 14 Oct 21
        (2) Chaplain Interview Checklist
        (3) Chaplain Memorandum

1. Per references (a) through (d), I am forwarding this request recommending disapproval in full or in part during the following environments:

   a. Operational recommendation/Non-operational recommendation: The Mission of the Navy Reserve is to provide strategic depth and deliver operational capabilities to the Navy and Marine Corps team and Joint forces from peace to war. As individuals and units, Reservists continue to be more and more critical, serving side by side with Active Duty counterparts in direct support of the Fleet. LCDR ███████'s requested exemption from the COVID-19 vaccination imparts undue risk on the personnel comprising the Navy and Marine Corps team due to the susceptibility of disease that the lack of vaccination produces. Further LCDR Hoffman's personal readiness and availability will be severely limited as he will be non-worldwide deployable and severely limited in ability to mobilize or support within the Continental United States in any emergent timeline without acceptance of unnecessary risk. A lack of vaccination is a direct, undue and unnecessary risk to the mission of the Navy Reserve, the Navy, Marine Corps and Joint Force team.

Controlled by:  Department of the Navy
Controlled by:  Navy Operational Support Center, Jacksonville
CUI Category:  PRVCY
Distribution/Dissemination: FEDCON
POC:  YNSA Sebastian Lopez,
sebastian.lopez2@navy.mil, (904) 542-2707

CUI

Subj:    DISAPPROVAL RECOMMENDATION IN CARE OF LCDR █████████████
RELIGIOUS ACCOMMODATION

2. The following information was considered or is provided for consideration as applicable (articulate the factual basis underlying any compelling government interest and why the denial or partial denial is the least restrictive means available to protect the compelling government interest over the individual request):

a. The importance of the military policy, practice or duty from which religious accommodation is sought in terms of mission accomplishment, including:

(1) Military readiness:  Member is administratively and medically ready.  Member is a Lieutenant Commander, O-4, with 13 years of service.

(2) Unit cohesion:  With LCDR Hoffman's limited readiness and availability, unit cohesion disruption is unavoidable as special accommodations will impact deployability, unit workload distribution, mission readiness and execution, and affects the principles of team unity, team building, and unit readiness and performance.

(3) Good order and discipline:  Part of the principle of good order and discipline is to be responsive to order and to comply with regulation. This is a necessity and critical to combat effectiveness and operational success. This exemption request is not in alignment with this principle.

(4) Health and safety:  According to the CDC, vaccination is the most effective means of preventing severe disease due to COVID-19. While masking, social distancing, sanitization and other safety protocols can minimize potential transmission of the disease, the CDC has approved the vaccination as a safe and effective means to protect the population against this devastating illness. A lack of vaccination increases the risk of severe disease for the member and increases the likelihood of transmission throughout the community and Force.

b. The religious importance of the practice to the requestor.  The interviewing Chaplain believes the request to be a sincerely and deeply held religious belief.

c. The cumulative impact of repeated accommodations of religious practices of a similar nature.  Member identifies as Christian.  If similar requests are requested and granted, the ability to mobilize and employ those members in the profession of arms alongside their fellow countrymen would also be curtailed and further magnify the amount of risk presented to the force and mission through disease.

d. Alternate means available to accommodate the practice in whole or in part.  None.

3. Other pertinent issues or information associated with this request.  Member has not refused any vaccinations, shows fully medically ready to include vaccinations with no current exemptions in place for vaccination.

4. Point of contact is LCDR Patrick S. Bell, who can be reached at Commercial:  (904) 542-4609, DSN:  942-4609 or e-mail:  patrick.bell1@navy.mil.

5. This recommendation will be emailed to OPNAV N131 for review within the timelines in reference (c). NOSC Jacksonville received this vaccination request from the Reserve Unit on 13 October 2021.

J. M. KOVACOCY

Copy to:
OPNAV N131
Member



**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1730
Ser N1/116993
11 Dec 21

From: Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education) (N1)
To:     LCDR ███████████ USN
Via:    Commanding Officer, Navy Operational Support Center, Jacksonville

Subj: REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF IMMUNIZATION REQUIREMENTS

Ref:    (a) 42 U.S.C. §2000bb-1
        (b) DoD Instruction 1300.17 of 1 September 2020
        (c) SECNAVINST 1730.8B
        (d) ASN (M&RA) memo of 6 Jun 13
        (e) MILPERSMAN 1730-020
        (f) United States Attorney General memo of 6 Oct 17
        (g) Your ltr of 14 Oct 21w/ends
        (h) BUMED ltr 6320 Ser M44/21UM41360 of 28 Oct 21

1.   Pursuant to references (a) through (h), your request for religious accommodation through waiver of immunization requirements is disapproved.  You must receive all required vaccines. However, you are free to request from your healthcare provider alternative vaccines that are available and meet the Navy's immunization requirements, as determined by a credentialed military healthcare provider.  You are free to choose which COVID-19 vaccine to take.  If you choose a COVID-19 vaccine that requires two doses, you must receive your first dose within five calendar (5) days upon receipt of this letter and complete the series as prescribed.  If you choose a one-dose vaccine you must meet the established vaccination timeline or receive the vaccine within five calendar (5) days upon receipt of this letter, whichever is later.

2.   In line with references (b) through (d), I am designated as the approval authority for requests for religious accommodation.

3.   Reference (a), the Religious Freedom Restoration Act (RFRA), states that the Government may substantially burden an individual's exercise of religion only if it demonstrates that application of the burden to the person is in furtherance of a compelling governmental interest and is the least restrictive means of furthering that interest.  Reference (b) incorporates the RFRA and notes that the Government has a compelling interest in mission accomplishment, to include military readiness, unit cohesion, good order and discipline, health and safety, on both individual and unit levels.  Additionally, unless it will have an adverse impact on mission accomplishment, including military readiness, unit cohesion and good order and discipline, the Navy will accommodate individual expressions of sincerely held beliefs of Sailors.  Reference (f) emphasizes that only those interests of the highest order can overbalance legitimate claims to the free exercise of religion.

Subj:   REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF
        IMMUNIZATION REQUIREMENTS

4.   All requests for accommodation of religious practices are assessed on a case-by-case basis. In line with references (b) and (c), determination of a request for religious accommodation requires consideration of the following factors:

   a.   Impact on military readiness, unit cohesion, good order and discipline, health and safety

   b.   Religious importance of the request

   c.   Cumulative impact of repeatedly granting similar requests

   d.   Whether there are alternatives available to meet the requested accommodation and

   e.   How other such requests have been treated

5.   In making this decision, I reviewed reference (g), including the endorsements from your chain of command, the local chaplain and the advice of Chief, Bureau of Medicine and Surgery in reference (h).

   a.   A waiver of immunizations would have a predictable and detrimental effect on your readiness and the readiness of the Sailors who serve alongside you in both operational and non-operational (including training) environments.  Primary prevention of disease through immunizations has been a key enabler for maintaining force health and avoiding disease-related non-battle injury.  Granting your request will have a direct and foreseeable negative impact on the compelling Government interests of military readiness and health of the force.

   b.   While serving in the U.S. Navy, you will inevitably be expected to live and work in close proximity with your shipmates.  I find that disapproval of your request for a waiver of immunization requirements is the least restrictive means available to preserve the Department of Defense's compelling interest in military readiness, mission accomplishment and the health and safety of military Service Members.

6.   The Navy is a specialized community governed by a discipline separate from that of the rest of society.  While every Sailor is welcome to express a religion of choice or none at all, our greater mission sometimes requires reasonable restrictions.  You have my sincere best wishes for your continued success in your Navy career.


                                        JOHN B. NOWELL, JR


Copy to:
OPNAV (N131, N0975)
BUMED
VUP-19 SAU


2

CUI



**DEPARTMENT OF THE NAVY**
NAVY OPERATIONAL SUPPORT CENTER JACKSONVILLE
BUILDING 966 BOX 4
JACKSONVILLE FLORIDA 32212-0004

IN REPLY REFER TO:
1730
Ser N00/1591
28 Dec 21

SECOND ENDORSEMENT on LCDR ▮▮▮▮▮▮ USN, XXX-XX-▮ 1315 ltr of 23 Dec 21

From:  Commanding Officer, Navy Operational Support Center, Jacksonville
To:    Chief of Naval Operations, Washington

Subj:  APPEAL DISAPPROVAL RECOMMENDATION IN CARE OF LCDR ▮▮▮▮▮▮▮
       RELIGIOUS ACCOMMODATION

Ref:  (a) DoD Instruction 1300.17
      (b) SECNAVINST 1730.8B
      (c) NAVPERS 15665I
      (d) BUPERSINST 1730.11A

Encl:  (1) Sailor Request of 23 Dec 21
       (2) CNP Response of 11 Dec 21

1. Per references (a) through (d), I am forwarding this appeal request recommending disapproval in full or in part during the following environments:

    a. Operational recommendation/Non-operational recommendation:  The Mission of the Navy Reserve is to provide strategic depth and deliver operational capabilities to the Navy and Marine Corps team and Joint forces from peace to war. As individuals and units, Reservists continue to be more and more critical, serving side by side with Active Duty counterparts in direct support of the Fleet.  LCDR ▮▮▮▮▮ requested exemption from the COVID-19 vaccination imparts undue risk on the personnel comprising the Navy and Marine Corps team due to the susceptibility that the lack of vaccination produces.  Further LCDR ▮▮▮▮▮ personal readiness and availability will be severely limited as he will be non-worldwide deployable and severely limited in ability to mobilize or support within the Continental United States in any emergent timeline without acceptance of unnecessary risk.  A lack of vaccination is a direct, undue and unnecessary risk to the mission of the Navy Reserve, the Navy, Marine Corps and Joint Force team.

2. The following information was considered or is provided for consideration as applicable (articulate the factual basis underlying any compelling government interest and why the denial or partial denial is the least restrictive means available to protect the compelling government interest over the individual request):

Controlled by:  Department of the Navy
Controlled by:  Navy Operational Support Center, Jacksonville
CUI Category:  PRVCY
Distribution/Dissemination:  FEDCON
POC:  YNSA Sebastian Lopez,
sebastian.lopez2@navy.mil, (904) 542-2707

CUI

Subj:  APPEAL DISAPPROVAL RECOMMENDATION IN CARE OF LCDR ▮▮▮▮▮▮▮▮
       RELIGIOUS ACCOMMODATION

   a. The importance of the military policy, practice or duty from which religious accommodation is sought in terms
of mission accomplishment, including:

      (1) Military readiness:  Member is administratively and medically ready.  Member is a Lieutenant Commander,
O-4, with 13 years of service.

      (2) Unit cohesion:  With LCDR ▮▮▮▮▮▮ limited readiness and availability, unit cohesion disruption is
unavoidable as special accommodations will impact deployability, unit workload distribution, mission readiness and
execution, and affects the principles of team unity, team building, and unit readiness and performance.

      (3) Good order and discipline:  Part of the principle of good order and discipline is to be responsive to order and
to comply with regulation. This is a necessity and critical to combat effectiveness and operational success. This
exemption request is not in alignment with this principle.

      (4) Health and safety:  According to the CDC, vaccination is the most effective means of preventing severe
disease due to COVID-19. While masking, social distancing, sanitization and other safety protocols can minimize
potential transmission of the disease, the CDC has approved the vaccination as a safe and effective means to protect
the population against this devastating illness.  A lack of vaccination increases the risk of severe disease for the
member and increases the likelihood of transmission throughout the community and Force.

   b. The religious importance of the practice to the requestor.  The interviewing Chaplain believes the request to
be a sincerely and deeply held religious belief.

   c. The cumulative impact of repeated accommodations of religious practices of a similar nature.  Member
identifies as Christian.  If similar requests are requested and granted, the ability to mobilize and employ those
members in the profession of arms alongside their fellow countrymen would also be curtailed and further magnify
the amount of risk presented to the force and mission through disease.

   d. Alternate means available to accommodate the practice in whole or in part.  None.

3. Other pertinent issues or information associated with this request.  Member has not refused any vaccinations,
shows fully medically ready to include vaccinations with no current exemptions in place for vaccination.  I do not
find that this member's appeal contributes any significant new information to this waiver.  There is no updated
compelling justification included in the appeal request that adjusts or alters the context of the disapproval
recommendation.  Further, in the appeal request, LCDR Hoffman incorrectly cites mandatory weekly testing for
unvaccinated service members as a means of accommodation, not understanding this as a risk management tool to
protect against the spread of disease for those known to be susceptible to severe impacts of COVID-19 due to a lack
of vaccination.  Lastly, vaccination still remains a designated readiness requirement in support of mission and the
mobilization and deployability of our Reserve Sailors.

4. Point of contact is LCDR Patrick S. Bell, who can be reached at Commercial:  (904) 542-4609,
DSN:  942-4609 or e-mail:  patrick.bell1@navy.mil.

5. This recommendation will be emailed to OPNAV N131 for review within the timelines in reference (c).  NOSC
Jacksonville received this vaccination request from the Reserve Unit on 27 December 2021.

                                                        J. M. KOVACOCY

Copy to:
OPNAV N131
Member



DEPARTMENT OF THE NAVY
UNMANNED PATROL SQUADRON ONE NINE SAU
BOX 20 NAVAL AIR STATION JACKSONVILLE
JACKSONVILLE, FLORIDA  322124004

IN REPLY REFER TO
1040
N00/17
23 DEC 21

FIRST ENDORSEMENT on LCDR ███████████, USNR, ltr of 23 Dec 2021

From:  Commanding Officer, Unmanned Patrol Squadron ONE NINE SAU
To:     Chief of Naval Operations
Via:    Commander, Navy Operation Support Center, Jacksonville, FL

Subj:  ENDORSEMENT FOR APPEAL TO DISAPPROVAL OF RELIGIOUS
ACCOMMODATION REQUEST

1.    Forwarded, recommending approval.

N. M. WOLF

Copy to:
LCDR Hoffman

23 Dec 21

From:  LCDR ███████████ USNR
To:    Chief of Naval Operations
Via:   Commanding Officer, Unmanned Patrol Squadron ONE NINE SAU
       Commander, Navy Operation Support Center, Jacksonville, FL

Subj:  APPEAL TO DISAPPROVAL OF RELIGIOUS ACCOMODATION REQUEST

Ref:   (a) DoD Instruction 1300.17 of 10 February 2009
       (b) SECNAVINST 1730.8
       (c) BUPERSINST 1730.11A
       (d) NAVADMIN 190/21
       (e) Force Health Protection Guidance (Supplement 23) Revision 1
       (f) Religious Freedom Restoration Act (RFRA) of 1993
       (g) Civil Rights Act of 1964 (Title VII)

Encl:  (1) DCNO (N1) ltr 1730 Ser N1/116993 of 11 Dec 21
       (2) First Endorsement on original RAR ICO LCDR ███████████
       (3) First Endorsement on RAR disapproval appeal, Commanding Officer, Unmanned
           Patrol Squadron ONE NINE SAU

1.  Pursuant to references (a) through (c), I respectfully request to appeal the decision made by
the Deputy Chief of Naval Operations (Manpower, Personnel, Training, and Education) (N1) in
enclosure (1). I respectfully request religious accommodation from Navy policy NAVADMIN
190/21 to refrain from receiving COVID-19 immunization due to my sincerely held religious
beliefs.

2.  References (a) through (c) state that Religious Accommodation Requests (RAR) must be
considered on an individual basis. As a matter of record, there is substantial evidence that my
Religious Accommodation Request was not given the required attention nor was it considered on
an individual basis according to the denial response given by DCNO N1, VADM Nowell. The
letter I received from VADM Nowell denying my Religious Accommodation Request is
identical to multiple other denial letters that I have viewed personally, in addition to the fact that
there is an absence of specific information in the denial letter detailing or pertaining to anything I
wrote justifying my request for religious accommodation. For example, the carbon copy denial I
received makes the following statement; "I (VADM Nowell) reviewed reference (g), including
endorsements from your chain of command, the local chaplain and the advice of the Chief,
Bureau of Medicine and Surgery in reference (h)." A local chaplain was not utilized for my
RAR required chaplain interview. My interview was conducted with USFFC Chaplain, CAPT
Brian J. Stamm, by teleconference due to his location at USFFC in Virginia and my residence in
Fayetteville, Georgia. I believe there is clear evidence showing that my RAR was not handled
on an individual basis, in accordance with references (a) through (c).

**Enclosure ( 1 )**

3.  I was provided no expounding evidence from VADM Nowell that vaccination is the "least restrictive means" by which I can continue working in my current position and command without impacting the Navy's mission, in my individual case. As a high contributing SELRES member, I was on full time Active Duty for Training (ADT) orders for 105 days (January to May 2021), completing a course of instruction at Patrol Squadron Thirty at NAS Jacksonville, FL. At no time was I identified as contracting or infecting any of my classmates, instructors, or civilian contractors that I was in close quarters with on a daily basis; vaccinated and unvaccinated. Throughout the training timeline, I complied with all "lesser restrictive means" by wearing a face mask, social distancing when feasible, symptom monitoring, and maintaining proper sanitization protocol. According to reference (c) Force Health Protection Guide (Supplement 23) Revision 1, an additional accommodation for unvaccinated military members has been established and is in effect; "Once the applicable mandatory vaccination date has passed, COVID-19 screening testing as described in attachment 5 is required at least weekly for Service members who are not fully vaccinated, including those who have an exemption request under review, or who are exempted from COVID-19 vaccination and are entering a DoD facility." As stated in this guidance by the Under Secretary of Defense, a less restrictive means is available, however VADM Nowell failed to mention this in his denial letters. As previously evidenced, it is illogical to believe that all lesser restrictive means will disappear on an arbitrary date (28 Dec 2021) when they have been employed for almost two years, and have been touted by civilian and military officials for being the answer to safety in a pandemic.

4.  The protections provided in reference (f), the Religious Freedom Restoration Act (RFRA) of 1993, ensure that the military service branches will allow religious accommodations that do not adversely affect military readiness, unit cohesion, good order and discipline, and health and safety, allowing people of faith to join the military ranks and serve. Reference (a) The U.S. Department of Defense Instruction (DODI) 1300.17 "Religious Liberty in the Military Services" utilizes the RFRA guideline for the legality of any health or hygiene mandate. Under RFRA the individual challenging the statute has the burden of showing the government's policy "implicates his religious exercise" – i.e., 'that the relevant exercise of religion is grounded in sincerely held belief' – and the government's policy substantially burdens that exercise of religion. The burden then shifts to the government to show the policy '(1) is in furtherance of a compelling governmental interest; and (2) is the least restrictive means of furthering that governmental interest.' I have received no such proof of compelling governmental interest, nor has the Navy and its commanders shown that vaccination is the least restrictive means by which to meet a compelling interest, should one eventually be provided. As demonstrated in my original RAR submission and confirmed by CAPT Brian J. Stamm, USFFC Chaplain, I have fulfilled my responsibility to show that this mandatory vaccination policy implicates my religious beliefs, and furthermore, that my exercise of religion is grounded in a sincerely held belief. The denial of my Religious Accommodation Request serves as confirmation that my First Amendment rights, protected by the U.S. Constitution, have been violated.

5.  My Religious Accommodation Request denial from VADM Nowell also violates the Federal Civil Rights Act of 1964 (Title VII) reference (g), which prohibits covered employers from denying a requested reasonable accommodation of an employee's sincerely held religious beliefs (as verified by USFFC Chaplain, CAPT Brian J. Stamm) if it does not present an undue hardship to the employer. Title VII defines "undue hardship" as anything more than a minimal burden on

Enclosure ( 1 )

the employer's business operation. As stated above, I was present for 105 day ADT orders (January to May 2021) without being identified as a source of infection or transmission of COVID-19 to anyone. No undue hardship was experienced by the command, but to the contrary, I contributed to unit readiness in support of the active duty component by achieving qualification in the MQ-4C Triton aircraft as an Air Vehicle Operator (AVO). It is unreasonable to assume that a religious accommodation would negate my readiness and render me a threat to the exact same mission that I was executing for 105 days in the height of COVID restrictions in 2021. This reasoning is flawed at the most basic level, and will consequently hurt mission accomplishment and unit readiness by taking highly qualified individuals out of their respective areas of expertise. This would directly contradict Major General Jeff Taliaferro, Joint Chiefs of Staff Vice Director for Operations, 17 February 2021 testimony to the House Armed Services Committee stating, "We have already demonstrated that we are fully capable of operating in a COVID environment. We are deployable even if we are not vaccinated." https://www.c-span.org/video/?509040-1/house-armed-services-hearing-covid-19-response                                    .

6.    Additionally, the first endorsement for my original Religious Accommodation Request from the Commanding Officer, Navy Operational Support Center, Jacksonville (Encl 2) states in his disapproval recommendation that my RAR is not in alignment with good order and discipline; "This exemption request is not in alignment with this principle." (2.a.3.) It is discouraging when commanders portray a fellow service member's constitutional right to seek out accommodation based on sincerely held religious beliefs, by stating that they don't align with good order and discipline. Never once in the thirteen years I have served my country faithfully in the United States Navy and United States Navy Reserves has a Commanding Officer accused me of anything other than absolute commitment and dedication, let alone being misaligned with good order and discipline because of my faith. One of the pillars that this nation and its Navy are based upon is the freedom of religion and the protection from being persecuted because of one's own religious beliefs and convictions. Due to the requirement set forth in reference (c), an O-6 was required to be the first endorsement on my RAR to DCNO N1 vice my own Commanding Officer (O-5). However, the Commanding Officer of NOSC Jax states in enclosure (2); "With LCDR Hoffman's limited readiness and availability, unit cohesion disruption is unavoidable as special accommodations will impact deployability, unit workload distribution, mission readiness and execution, and affects the principles of team unity, team building, and unit readiness and performance." My own Commanding Officer, who is intimately familiar with day-to-day operations of our unit, mission requirements, safety protocols in place, unit workload distribution, team unity, team building, unit readiness and performance, and the individual members of the unit, fully supports my request for a Religious Accommodation, as evidenced by his endorsement in enclosure (3) recommending approval. I believe this to be additional evidence supporting the fact that my Religious Accommodation Request was not considered on an individual basis, was subjected to a blanket denial process, and infringes upon my God given right to freedom of religion in the United States and the United States Navy.

7.    I humbly request that upon review of this appeal and supporting evidence that you reverse DCNO N1's disapproval for my request for waiver of COVID-19 vaccination due to my sincerely held religious beliefs. I thank you for your time and consideration in this matter.

Enclosure ( 1 )

8.  I certify that I understand that any approved or partially approved waiver may not be appropriate for future duty to which I may be assigned, including operational, non-operational or training command(s), and may be suspended or withdrawn in accordance with reference (c).



4

Enclosure (1)



**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1730
Ser N1/116993
11 Dec 21

From: Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education) (N1)
To:   LCDR ████████████, USN
Via:  Commanding Officer, Navy Operational Support Center, Jacksonville

Subj: REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF
      IMMUNIZATION REQUIREMENTS

Ref:  (a) 42 U.S.C. §2000bb-1
      (b) DoD Instruction 1300.17 of 1 September 2020
      (c) SECNAVINST 1730.8B
      (d) ASN (M&RA) memo of 6 Jun 13
      (e) MILPERSMAN 1730-020
      (f) United States Attorney General memo of 6 Oct 17
      (g) Your ltr of 14 Oct 21 w/ends
      (h) BUMED ltr 6320 Ser M44/21UM41360 of 28 Oct 21

1. Pursuant to references (a) through (h), your request for religious accommodation through
waiver of immunization requirements is disapproved. You must receive all required vaccines.
However, you are free to request from your healthcare provider alternative vaccines that are
available and meet the Navy's immunization requirements, as determined by a credentialed
military healthcare provider. You are free to choose which COVID-19 vaccine to take. If you
choose a COVID-19 vaccine that requires two doses, you must receive your first dose within five
calendar (5) days upon receipt of this letter and complete the series as prescribed. If you choose
a one-dose vaccine you must meet the established vaccination timeline or receive the vaccine
within five calendar (5) days upon receipt of this letter, whichever is later.

2. In line with references (b) through (d), I am designated as the approval authority for requests
for religious accommodation.

3. Reference (a), the Religious Freedom Restoration Act (RFRA), states that the Government
may substantially burden an individual's exercise of religion only if it demonstrates that
application of the burden to the person is in furtherance of a compelling governmental interest
and is the least restrictive means of furthering that interest. Reference (b) incorporates the RFRA
and notes that the Government has a compelling interest in mission accomplishment, to include
military readiness, unit cohesion, good order and discipline, health and safety, on both individual
and unit levels. Additionally, unless it will have an adverse impact on mission accomplishment,
including military readiness, unit cohesion and good order and discipline, the Navy will
accommodate individual expressions of sincerely held beliefs of Sailors. Reference (f)
emphasizes that only those interests of the highest order can overbalance legitimate claims to the
free exercise of religion.

Enclosure ( 2.

Subj:  REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF
       IMMUNIZATION REQUIREMENTS

4.  All requests for accommodation of religious practices are assessed on a case-by-case basis.
In line with references (b) and (c), determination of a request for religious accommodation
requires consideration of the following factors:

    a.  Impact on military readiness, unit cohesion, good order and discipline, health and safety

    b.  Religious importance of the request

    c.  Cumulative impact of repeatedly granting similar requests

    d.  Whether there are alternatives available to meet the requested accommodation and

    e.  How other such requests have been treated

5.  In making this decision, I reviewed reference (g), including the endorsements from your
chain of command, the local chaplain and the advice of Chief, Bureau of Medicine and Surgery
in reference (h).

    a.  A waiver of immunizations would have a predictable and detrimental effect on your
readiness and the readiness of the Sailors who serve alongside you in both operational and non-
operational (including training) environments.  Primary prevention of disease through
immunizations has been a key enabler for maintaining force health and avoiding disease-related
non-battle injury.  Granting your request will have a direct and foreseeable negative impact on
the compelling Government interests of military readiness and health of the force.

    b.  While serving in the U.S. Navy, you will inevitably be expected to live and work in close
proximity with your shipmates.  I find that disapproval of your request for a waiver of
immunization requirements is the least restrictive means available to preserve the Department of
Defense's compelling interest in military readiness, mission accomplishment and the health and
safety of military Service Members.

6.  The Navy is a specialized community governed by a discipline separate from that of the rest
of society.  While every Sailor is welcome to express a religion of choice or none at all, our
greater mission sometimes requires reasonable restrictions.  You have my sincere best wishes for
your continued success in your Navy career.

NOWELL.JOHN.BL   Digitally signed by
ACKWELDER.JR.1   NOWELL.JOHN.BLACKWELDER
057611835        .JR.1057611835
                 Date: 2021.12.13 17:54:11 -05'00'

JOHN B. NOWELL, JR

Copy to:
OPNAV (N131. N0975)
BUMED
VUP-19 SAU

Enclosure ( 2 )

11 Mar 22

From: LCDR ███████████ USNR
To:    Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education) (N1)
Via:   Commanding Officer, Unmanned Patrol Squadron ONE NINE SAU
       Commanding Officer, Navy Operation Support Center, Jacksonville, FL

Subj:  RENEWED REQUEST FOR WAIVER OF POLICY IN SUPPORT OF RELIGIOUS
       PRACTICE

Ref:   (a) DOD Instruction 1300.17 of 10 February 2009
       (b) SECNAVINST 1730.8
       (c) BUPERSINST 1730.11A
       (d) NAVADMIN 190/21
       (e) UNDER SECRETARY OF DEFENSE Memorandum; Updated Guidance for Mask  and
       Screening Testing for all Department of Defense Installations and Other Facilities
       (f) NAVADMIN 07/22

Encl:  (1) Interview with USFF Command Chaplain memo
       (2) Letter from Senator Ron Johnson to Secretary Lloyd Austin 01 Feb 21


1.  Pursuant to references (a) through (c), I hereby renew my request for religious accommodation
from Navy policy NAVADMIN 190/21 to refrain from receiving COVID-19 immunization due to
my sincerely held religious beliefs.

2.  BUPERSINST 1730.11A section f.(2) states, "When a religious accommodation request is
denied, the requestor may renew the request upon a change in physical, operational or
geographical environment, or at any time in which there is a change to pertinent policy."  Due to
numerous recent changes in physical and operational environment, as well as to pertinent policy, I
respectfully submit the following Religious Accommodation Request.  The following information is
evidence that violating my sincerely held religious beliefs by COVID-19 vaccination is not the least
restrictive means, COVID-19 vaccination is not a compelling interest for the U.S. government and
Navy, and that there are numerous alternate means allowing accommodation of my request.

3.  My sincerely held Religious Beliefs have been verified and confirmed by CAPT Brian J. Stamm
(USFF Command Chaplain) per Encl. (1) and cannot be refuted or questioned.  My faith and
convictions are the foundation and driving force behind my request, as I have expressed my firm
objection to injecting my body with vaccines that utilize(d) aborted fetal cell lines in the
research/development and production.  The following information is in support of my deeply held
religious beliefs and highlights the numerous changes to pertinent policy and the constantly
changing physical and operational environment, supporting my request for accommodation.  I
respectfully request that these changes, among others occurring daily, are considered in my request
to not be denied my religious freedoms and liberties as outline in the U.S. Constitution and
Religious Freedoms Restoration Act (RFRA) of 1993.

4.  The Department of Defense released guidance on 1 March 2022 not requiring ANY servicemember (vaccinated or unvaccinated) or DOD employee to test and/or mask in areas that are considered COVID-19 medium/low per the CDC (Ref e).  This accounts for 98% of Americans in 94% of the counties in the U.S., according to the latest guidance from the CDC promulgated on 11 March 2022.  This guidance suggests that servicemembers and DOD employees, regardless of COVID-19 vaccination status, are being treated as equals with respect to infection and transmissibility, consistent with recent scientific data suggesting so.  Per this policy, the DOD is admitting that whether members are vaccinated or not, the concern over COVID-19 infection and follow-on complications is extremely low in the DOD.  Due to this fact and update in DOD policy, 100% vaccination against COVID-19 is not in the furtherance of a compelling governmental interest and should not be used as a reason to deny my constitutional right to freedom of religion and accommodation in the United States Navy.

5.  Further guidance has been released in NAVADMIN 07/22 (Ref. f) allowing COVID-19 positive service members who are mildly symptomatic/asymptomatic to perform official duties outside of quarantine.  The example provided in the NAVADMIN to commanders is allowing COVID-19 positive individuals to man a watch at their respective facility.  Even though vaccinated sailors are still contracting and transmitting this illness, in many cases they are directed and approved to execute duties, when only a few months ago they would have been quarantine for multiple weeks.  There is no difference in this matter to that of an unvaccinated individual who potentially could contract the virus and spread it.  Fortunately, the average demographic of sailors in the U.S. Navy is that of a young, healthy individual who recovers with little to no issue, or has no symptoms at all.  This policy has been put into place because it is known throughout the scientific community that in this pandemic, COVID-19 vaccinations (including boosters) do not protect against COVID-19 spread any better than natural immunity.  According to Johns Hopkins University School of Medicine professor Dr. Marty Makary, natural immunity is actually proving to protect individuals far better than vaccination; "The data on natural immunity are now overwhelming.  It turns out the hypothesis that our public health leaders had that vaccinated immunity is better and stronger than natural immunity was wrong.  They got it backwards.  And now we've got data from Israel showing that natural immunity is 27 times more effective than vaccinated immunity.  And that supports 15 other studies."[1]  It defies logic to assume that the government has a compelling interest in vaccination when vaccination has been proven to not only not prevent infection, but also not to prevent transmission (per director of the CDC), all while ignoring the superior protection provided by natural immunity.  Despite this, the Navy continues providing guidance to it's commanders that allow infected personnel (most likely vaccinated) to perform duties out of isolation.  As is commonly known, multiple Navy commands and ships have had COVID-19 outbreaks, despite the fact that the entire command is fully vaccinated.  Simply put, the vaccines that are being mandated by the U.S. Navy are designed to combat the original variant of SARS-COV-2 but are not effective against the spread/infection of the most prevalent variants (most recently the omicron variant).  This is further compelling evidence that COVID-19 vaccination is not in support of a compelling governmental interest.

6.  I am aware that BUMED's stance is that "no vaccine is 100 percent effective, vaccines with lower effectiveness still reduce disease incidence in the population, reduce an individual's risk of contracting the disease, and generally reduce the severity of disease for those who contract the illness."  However, with the most recent and widely spread omicron variant, it is clear from the

---

[1] https://www.westernjournal.com/johns-hopkins-doc-says-natural-immunity-27-times-effective-vaccine/

mass numbers of vaccinated individuals contracting the disease, that vaccination was not only not 100% effective, but negatively effective.  Multiple large-scale studies conducted in Denmark[2], Scotland[3], and the United Kingdom[4] demonstrate that the available COVID-19 vaccines result in negative relative efficacy when compared to non vaccinated individuals.  Some may argue that more and more boosters are the answer, however recent data showing high rates of infection among the vaccinated and boosted during the omicron spread suggest otherwise.  Ultimately, any evidence or analysis showing vaccine effectiveness prior to 2022 is obsolete due to an ever changing beta coronavirus and the unchanged vaccines developed for the original strain.  It has been stated that the current pandemic highlights the importance of mass vaccination, however to the contrary, it has shown the utter failure of vaccination when up against a constantly mutating virus.  A telling example of this is found in Israel, one of the most vaccinated nations in the world, where vaccines, boosters, and 4th doses have been aggressively administered.  The result - Israel is known as having the highest case rates in the world[5].  Fortunately, the mild omicron variant is being declared as the end of the pandemic[6] thus removing the generalized justification for vaccination based upon an ongoing pandemic, inside and outside the Navy.

7.  Effective treatments are widely accepted and continue to show effectiveness in preventing and/or reducing severe disease commensurate with or better than vaccination.  The FDA has recently granted Emergency Use Authorization (EUA) to multiple new treatments, Paxlovid and Molnupiravir, that are found to be extremely effective in combating COVID-19 infection.  As new treatments and therapeutics come on the market daily, and the evidence showing the complete ineffectiveness of COVID-19 vaccines against variants (omicron), much of the scientific community agrees that vaccination is not the only protection/treatment for infection, but that multiple other options are available and equally or more effective.  Unfortunately, and contrary to the recent scientific data, the U.S. Navy is choosing to disregard the effectiveness of viable alternatives to COVID-19 vaccination.

8.  Scientific studies as well as compiled data continue to portray the negative effects that COVID-19 vaccines are having on the general population and otherwise healthy individuals, causing physical harm and even death.  The alarming increase in negative health affects as documented by the Defense Epidemiology Database (DMED) is referenced in enclosure (2).  Although not all documented cases could possibly be related to vaccine injury, these percentage increases as a whole have been documented only during the time period in which COVID-19 vaccines have been available for use.

9.  Finally, I've provided this information in support of my sincerely held religious beliefs to ensure the numerous and daily changes to operational and physical environment, as well as pertinent changes to policy, are noted and taken into account in my request for religious accommodation.  I respectfully thank you for your time and consideration in this serious matter.

---

[2] Hansen, C. H., et al.; Vaccine effectiveness against SARS-CoV-2 infection with the Omicron or Delta variants following a two-dose or booster BNT162b2 or mRNA-1273 vaccination series:  A Danish cohort study, medRxiv preprint, December 23, 2021, https://doi.org/10.1101/2021.12.20.21267966.

[3] Alexander P.; Devastating Negative Efficacy – Public Helath Scotland COVID-19 & Winter Statistical Reports as of 31 January 2022 Publication Date, https://palexander.substack.com/p/devastating-negative-efficacy-public, February 3, 2022.

[4] UK Helathy Security Agency; COVID-19 vaccine surveillance report – Week 51

[5] Times of Israel; Israel world #1 in daily COVID cases per capita; exposed school kids won't quarantine; January 20, 2022, https://www.timesofisrael.com/israel-world-1-in-daily-covid-cases-per-capital-exposed-schoolkids-won't-quarantine

[6] Murry, C. J.; COVID-19 will continue but the end of the pandemic is near; The Lancet, Vol. 399, Is. 10323, P417-419, January 29, 2022.



17 SEP 2021

From:  CAPT Brian J. Stamm, CHC, USN
To:    Commander, U. S. Fleet Forces Command

Subj:  REQUEST FOR A WAIVER OF POLICY TO ACCOMMODATE PRACTICE BASED ON
       RELIGIOUS BELIEF ICO LCDR ███████████

Ref:   (a) SECNAVINST 1730.8B CH-1
       (b) SECNAVINST 1730.9

1.  LCDR ███████████ has submitted a request for accommodation of a religious practice per
    reference (a). Per BUPERSINST 1730.11A, I interviewed the requestor on 15 September 2021.
    I explained that this interview would not be a confidential communication as defined by reference (b)
    and informed the requestor that referral for confidential chaplain support was available.

2.  LCDR ██████ is making this request for religious accommodation regarding required
    vaccinations.  He is making this request because in the development of the vaccines, specifically the
    COVID-19 vaccines, human cells were used. LCDR ██████ position is that the use of human
    tissue (derived from abortions) for the purpose of developing drugs is immoral and contrary to his
    religious beliefs as a Christian.

3.  LCDR ██████ is a devout, long practicing non-denominational Christian and worships at New
    Hope Baptist Church in Peachtree City, GA.  He has many leadership roles in the congregation where
    he has been an active member for several years.  His decision to pursue this request comes after much
    research, reflection, prayer and discernment.  In his discussion with me, he explained how he cannot
    in good conscience receive a vaccination that used aborted fetal cell lines in its development due to
    his religious view that all human life is a creation of God and therefore holy.  Further, it is his fervent
    religious belief that the messenger RNA technology employed by the COVID-19 vaccines "violates
    his belief that the body is a temple unto the Lord" and to place these vaccines in his body is a
    violation of God's command. LCDR ██████ has taken vaccines before, but in light of his research
    and sincerely held belief he would need to do similar research before receiving any further
    inoculations.

4.  I believe LCDR ██████ request to be a sincere reflection of his deeply held beliefs regarding the
    sanctity of human life.

5.  I can be reached at U.S. Fleet Forces Command at 757-836-7808 or at
    brian.j.stamm.mil@us.navy.mil.

                                        STAMM.BRIAN.JA  Digitally signed by
                                                        STAMM.BRIAN.JAMES.1034890
                                        MES.1034890656  656
                                                        Date: 2021.09.21 08:38:45 -04'00'

Copy to:
LCDR D. J. ██████

BUPERSINST 1730.11
13 Nov 2018

## CHAPLAIN INTERVIEW CHECKLIST TEMPLATE

| Requestor: | | | Interview Date: 15 SEP 2021 |
|---|---|---|---|
| Name: ▮▮▮▮▮▮▮▮ | | | Chaplain Interviewer: CAPT B. J. Stamm |
| | | | Phone: 757 836 7808 |
| Email: | | | E-mail: Brian.J.Stamm@navy.mil |
| Command: USFFC | | | Chaplain's Command:  USFFC |

| Interview Preliminaries | | | |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| x | | | Chaplain reviewed policy and doctrine on religious accommodation and the policy for which the requestor is seeking accommodation. |
| x | | | Applicant was notified that the interview is not confidential and will be used to advise the command. |
| x | | | Chaplain explained to the applicant that confidential support can be received from another chaplain. |
| | x | | Applicant has been granted a religious accommodation for this practice previously. |
| x | | | Applicant's Page 2 (NAVPERS 1070/602) reflects the belief cited in the application. |

| Type of Waiver Requested | | | |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| | x | | Uniform standards |
| | x | | Grooming standards |
| x | | | Immunization requirements |
| | x | | DNA sampling |
| | | | Other (Please describe): |

| Interview | | | |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| | | | Requestor's religious beliefs seemed honestly and sincerely held using one or more of the following factors: |
| x | | | 1.  Requestor was credible (consistently keeps tenets, practices, etc.). |
| x | | | 2.  Requestor's demeanor and pattern of conduct are consistent with the request. |
| x | | | 3.  Requestor participates in activities associated with the belief(s). |
| x | | | 4.  Other persons supporting the claim are credible. |
| | X | | 5.  Request is supported by letter(s) of verification or endorsement from an organization espousing the beliefs which are the basis for the claim. |
| x | | | Alternate means of accommodating the practice were explored in the interview. |

| Process Checklist | | | |
|---|---|---|---|
| **Yes** | **No** | **N/A** | |
| x | | | Chaplain has prepared a memorandum documenting the interview. |
| x | | | Chaplain reviewed memorandum with applicant and provided a copy. |
| X | | | Chaplain submitted the memorandum and this document to the commanding officer via chain of command. |
| x | | | Chaplain referred applicant to command to process request. |

GARY C. PETERS, MICHIGAN, CHAIRMAN

THOMAS R. CARPER, DELAWARE          ROB PORTMAN, OHIO
MAGGIE HASSAN, NEW HAMPSHIRE        RON JOHNSON, WISCONSIN
KYRSTEN SINEMA, ARIZONA             RAND PAUL, KENTUCKY
JACKY ROSEN, NEVADA                 JAMES LANKFORD, OKLAHOMA
ALEX PADILLA, CALIFORNIA            MITT ROMNEY, UTAH
JON OSSOFF, GEORGIA                 RICK SCOTT, FLORIDA
                                    JOSH HAWLEY, MISSOURI

DAVID M. WEINBERG, STAFF DIRECTOR
PAMELA THIESSEN, MINORITY STAFF DIRECTOR
LAURA W. KILBRIDE, CHIEF CLERK

**United States Senate**

COMMITTEE ON
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS
WASHINGTON, DC 20510–6250

February 1, 2022

The Honorable Lloyd J. Austin III
Secretary
Department of Defense

Dear Secretary Austin:

On January 24, 2022, I held a roundtable featuring world renowned doctors and medical experts who shared their perspectives on COVID-19 vaccine efficacy and safety and the overall response to the pandemic.[1]  At that roundtable, I heard testimony from Thomas Renz, an attorney who is representing three Department of Defense (DoD) whistleblowers, who revealed disturbing information regarding dramatic increases in medical diagnoses among military personnel.  The concern is that these increases may be related to the COVID-19 vaccines that our servicemen and women have been mandated to take.

Based on data from the Defense Medical Epidemiology Database (DMED), Renz reported that these whistleblowers found a significant increase in registered diagnoses on DMED for miscarriages, cancer, and many other medical conditions in 2021 compared to a five-year average from 2016-2020.[2]  For example, at the roundtable Renz stated that registered diagnoses for neurological issues increased 10 times from a five-year average of 82,000 to 863,000 in 2021.[3]  There were also increases in registered diagnoses in 2021 for the following medical conditions:[4]

- Hypertension –  2,181% increase
- Diseases of the nervous system – 1,048% increase
- Malignant neoplasms of esophagus – 894% increase
- Multiple sclerosis – 680% increase
- Malignant neoplasms of digestive organs – 624% increase
- Guillain-Barre syndrome – 551% increase
- Breast cancer – 487% increase
- Demyelinating – 487% increase
- Malignant neoplasms of thyroid and other endocrine glands – 474% increase

---

[1] Press Release, *VIDEO RELEASE Sen. Ron Johnson COVID-19: A Second Opinion Panel Garners Over 800,000 Views in 24 Hours*, Jan. 25, 2022, https://www.ronjohnson.senate.gov/2022/1/video-release-sen-ron-johnson-covid-19-a-second-opinion-panel-garners-over-800-000-views-in-24-hours.

[2] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:54:35).

[3] *Id*. at 4:55:23.

[4] Data on file with staff.

The Honorable Lloyd Austin
February 1, 2022
Page 2

- Female infertility – 472% increase
- Pulmonary embolism – 468% increase
- Migraines – 452% increase
- Ovarian dysfunction – 437% increase
- Testicular cancer – 369% increase
- Tachycardia – 302% increase

Renz also informed me that some DMED data showing registered diagnoses of myocarditis had been removed from the database.[5]  Following the allegation that DMED data had been doctored, I immediately wrote to you on January 24 requesting that you preserve all records referring, relating, or reported to DMED.[6]  I have yet to hear whether you have complied with this request.

At the roundtable, Renz revealed the names of the brave whistleblowers who uncovered this information in DMED: Drs. Samuel Sigoloff, Peter Chambers, and Theresa Long.[7]  Any retaliatory actions taken against these individuals will not be tolerated and will be investigated immediately.  In order to better understand what, if any awareness DoD has about COVID-19 vaccine injuries to service members, I request you provide the following information:

1. Is DoD aware of increases in registered diagnoses of miscarriages, cancer, or other medical conditions in DMED in 2021 compared to a five-year average from 2016-2020? If so, please explain what actions DoD has taken to investigate the root cause for the increases in these diagnoses.

2. Have registered diagnoses of myocarditis in DMED been removed from the database from January 2021 to December 2021?  If so, please explain why and when this information was removed and identify who removed it.

Please provide this information as soon as possible but no later than February 15, 2022. Thank you for your attention to this matter.

Sincerely,

Ron Johnson
Ranking Member
Permanent Subcommittee on Investigations

---

[5] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:52:54).
[6] Letter from Ron Johnson, Ranking Member, Permanent Subcommittee on Investigations, to Lloyd Austin, Secretary, Dep't of Defense, Jan. 24, 2022.
[7] *COVID-19: A Second Opinion*, Rumble, Jan. 22, 2022, https://rumble.com/vt62y6-covid-19-a-second-opinion.html (at 4:54:38).

The Honorable Lloyd Austin
February 1, 2022
Page 3

cc:    The Honorable Jon Ossoff
       Chairman
       Permanent Subcommittee on Investigations