NAVCRUITRACOMINST 1730.4
26 Jun 20

23 Sep 2021

From: MIDN 4/C █████████
To: CNO N1
Via: Commanding Officer, Recruit Training Command

Subj: REQUEST FOR WAIVER OF POLICY IN SUPPORT OF RELIGIOUS PRACTICE

Ref: (a) DoD Instruction 1300.17 of 10 February 2009
     (b) SECNAVINST 1730.8
     (c) BUPERSINST 1730.11A
     (d) NAVPERS 15665I

Encl: (1) Religious leader endorsement

1. Pursuant to references (a) through (c), I hereby request religious accommodation from Navy policy reference (d) to be exempt from the COVID-19 vaccine due to my religious belief that my body is the Temple of God and I must not pollute it.

2. My request is based on my religious belief that the Holy Bible commands believers not to destroy or contaminate the Temple of The Lord, which is the physical human body of the believer according to 1 Corinthians 3:16-17 and 2 Corinthians 7:1. 1 Corinthians 3:16-17 states "¹⁶ Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? ¹⁷ If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are". In this scripture Paul states that the Spirit of The Lord lives inside the believers and that if you are to pollute or contaminate your body, you are at odds with God. As in Christian tradition, I have sincere and deeply held belief in the preservation of life from conception to natural death. Meaning, I am in strong opposition to abortion and the use of aborted fetal cells. Seeing as the COVID vaccines were developed using aborted fetal cells, I can, in no good conscience as a follower of Christ allow these substances to be put into my body.

3. I certify that I understand that any approved or partially approved waiver may not be appropriate for future duty to which I may be assigned, including operational, non-operational or training command(s), and may be suspended or withdrawn in accordance with reference (c).

**EXHIBIT U**



**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

```
                                                        1730
                                                        Ser N1/116470
                                                        2 Dec 21
```

From: Deputy Chief of Naval Operations (Manpower, Personnel, Training and Education) (N1)
To:   MIDN ▇▇▇▇▇▇▇▇ USNR
Via:  Commanding Officer, Naval Reserve Officers Training Corps Unit, University of Missouri

Subj: REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF IMMUNIZATION REQUIREMENTS

Ref: (a) 42 U.S.C. §2000bb-1
     (b) DoD Instruction 1300.17 of 1 September 2020
     (c) SECNAVINST 1730.8B
     (d) ASN (M&RA) memo of 6 Jun 13
     (e) MILPERSMAN 1730-020
     (f) United States Attorney General memo of 6 Oct 17
     (g) Your ltr of 16 Sep 21 w/ends
     (h) BUMED ltr 6320 Ser M44/21UM42739 of 22 Nov 21

1. Pursuant to references (a) through (h), your request for religious accommodation through waiver of immunization requirements is disapproved. You must receive all required vaccines. However, you are free to request from your healthcare provider alternative vaccines that are available and meet the Navy's immunization requirements, as determined by a credentialed military healthcare provider. You are free to choose which COVID-19 vaccine to take. If you choose a COVID-19 vaccine that requires two doses, you must receive your first dose within five calendar (5) days upon receipt of this letter and complete the series as prescribed. If you choose a one-dose vaccine you must receive the vaccine within five calendar (5) days upon receipt of this letter.

2. In line with references (b) through (d), I am designated as the approval authority for requests for religious accommodation.

3. Reference (a), the Religious Freedom Restoration Act (RFRA), states that the Government may substantially burden an individual's exercise of religion only if it demonstrates that application of the burden to the person is in furtherance of a compelling governmental interest and is the least restrictive means of furthering that interest. Reference (b) incorporates the RFRA and notes that the Government has a compelling interest in mission accomplishment, to include military readiness, unit cohesion, good order and discipline, health and safety, on both individual and unit levels. Additionally, unless it will have an adverse impact on mission accomplishment, including military readiness, unit cohesion and good order and discipline, the Navy will accommodate individual expressions of sincerely held beliefs of Sailors. Reference (f) emphasizes that only those interests of the highest order can overbalance legitimate claims to the free exercise of religion.

Subj: REQUEST FOR RELIGIOUS ACCOMMODATION THROUGH WAIVER OF IMMUNIZATION REQUIREMENTS

4. All requests for accommodation of religious practices are assessed on a case-by-case basis. In line with references (b) and (c), determination of a request for religious accommodation requires consideration of the following factors:

   a. Impact on military readiness, unit cohesion, good order and discipline, health and safety

   b. Religious importance of the request

   c. Cumulative impact of repeatedly granting similar requests

   d. Whether there are alternatives available to meet the requested accommodation and

   e. How other such requests have been treated

5. In making this decision, I reviewed reference (g), including the endorsements from your chain of command, the local chaplain and the advice of Chief, Bureau of Medicine and Surgery in reference (h).

   a. A waiver of immunizations would have a predictable and detrimental effect on your readiness and the readiness of the Sailors who serve alongside you in both operational and non-operational (including training) environments. Primary prevention of disease through immunizations has been a key enabler for maintaining force health and avoiding disease-related non-battle injury. Granting your request will have a direct and foreseeable negative impact on the compelling Government interests of military readiness and health of the force.

   b. While serving in the U.S. Navy, you will inevitably be expected to live and work in close proximity with your shipmates. I find that disapproval of your request for a waiver of immunization requirements is the least restrictive means available to preserve the Department of Defense's compelling interest in military readiness, mission accomplishment and the health and safety of military Service Members.

6. The Navy is a specialized community governed by a discipline separate from that of the rest of society. While every Sailor is welcome to express a religion of choice or none at all, our greater mission sometimes requires reasonable restrictions. You have my sincere best wishes for your continued success in your Navy career.

JOHN B. NOWELL, JR

Copy to:
OPNAV (N131, N0975)
BUMED

08 Dec 21

From: MIDN 4/C [redacted] USNR
To:   Commanding Officer, NROTC Unit, University of Missouri

Subj: APPEAL OF DCNO-N1 DISAPPROVAL OF REQUEST FOR RELIGIOUS ACCOMODATION THROUGH WAIVER OF IMMUNIZATION REQUIREMENTS OF 02 DEC 2021

Ref: (a) BUPERINST 1730.11A
     (b) MIDN 4/C [redacted] USNR, Request for Waiver of Policy dtd 16 September 21
     (c) DCNO-N1 Disapproval Adjudication ltr dtd 02 December 2021

1. In accordance with reference (a), I hereby request appeal of reference (c) the disapproval of my request of reference (b) for religious accommodation from Navy policy mandating vaccination against COVID-19 due to my religious belief that my sincerely held religious beliefs that my body is the temple of God and I must not pollute it or defile it.

2. My appeal request is based on my sincerely held religious beliefs that are being discriminated against by the denial I received December 7, 2021 by the DOD/Navy, for my reasonable accommodations request for my religious exemption from the Navy policy mandating COVID 19 vaccines.

I have sincerely held religious beliefs that come from a Christian worldview and from my personal relationship with my Lord and Savior Jesus Christ, through much prayer, and from my personal understanding and convictions of the scriptures of the Holy Bible, including the teachings from the Old and New Testament both.
It is my sincerely held religious beliefs that my body is the temple of God and I must not pollute it or defile it according to 1 Corinthians 3:16-17 and 2 Corinthians 7:1. 1 Corinthians 3:16-17 states *"Know ye not that ye are the temple of God and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are."* In this scripture Paul states that the Spirit of The Lord lives inside the believers and that if you are to pollute or contaminate your body, you are at odds with God. As in Christian tradition, I have a strong and deeply held belief in the preservation of life from conception to natural death. Meaning, I am in strong opposition to abortion and the use of aborted fetal cells. Seeing as the COVID vaccines were developed using aborted fetal cells, I can, in no good conscience as a follower of Christ allow these substances to be put into my body. Pfizer's Chief Scientific Officer, Philip Dormitzer, admitted, "HEK293T cells, used for the IVE assay, are ultimately derived from an aborted fetus," (Project Veritas). In a Science Mag article written by the Liberty Counsel: *Science Mag: Vaccines and Aborted Babies,* it describes again how aborted fetal cell lines were utilized in the making of the vaccine saying, "HEK-293, a kidney cell line widely used in research and industry that comes from a fetus aborted in about 1972; and PER. C6, a proprietary cell line owned by Janssen, a subsidiary of Johnson & Johnson, developed from retinal cells from an 18-week-old fetus" (Liberty Counsel)

I have sincerely held religious beliefs that it is my God-given responsibility and requirement for me to protect the physical integrity of my body which is the temple of the Holy Ghost. I am to honor my Lord Jesus Christ with my body because according to 1 Corinthians 6:20 I am bought with a price and I am to glorify God in my body and spirit which belong to God. It is my sincerely held belief that receiving the COVID vaccine would defile my body, the temple of the Holy Ghost. Psalm 91:1-11 instructs me *"As for you, the one who lives in the shelter of the Sovereign One, and resides in the protective shadow of the Mighty King – I say this about the Lord, my Shelter and my Stronghold, my God in whom I trust – He will certainly rescue you from the snare of the hunter and from the destructive plague. He will shelter you with His wings; you will find safety under His wings. His faithfulness is like a shield or a protective wall. You need not fear the terrors of the night, the arrow that flies by day, the plague that comes in the darkness, or the disease that comes at noon. Though a thousand may fall beside you, and a multitude on your right side, it will not reach you. Certainly you will see it with your very own eyes – you will see the wicked paid back. For you have taken refuge in the Lord, my Shelter, the Sovereign One. No harm will overtake you; no illness will come near your home. For He will order His angels to protect you in all you do."* My sincerely held religious beliefs instruct me to trust in the Lord my God, my Savior Jesus Christ.

My sincerely held religious beliefs prevent me from receiving the COVID vaccine.

It is unconscionable, unlawful and immoral to force or require me to have anything injected into my body that violates my sincerely held religious beliefs, according to the First Amendment Freedom of Religion and Title VII of the Civil Rights Act of 1964 and the Religious Freedom Restoration Act.
The following bullet points are from a recent press release regarding religious accommodations rights for federal employees, including service members in the US Navy.

- "In the *Navy SEAL 1 v. Biden* case, federal judge Steven Merryday ordered each branch of the military to file a detailed report every 14 days beginning January 7, 2022. The order also stated that the federal executive orders regarding federal employees and civilian contractors expressly require religious exemption.
- Judge Merryday wrote that the military plaintiffs' claim that the accommodation process is a ruse are "quite plausible" under the federal Religious Freedom Restoration Act because the reports filed by the military branches thus far revealed not one of the 16,643 requests for religious accommodation have been granted and hundreds have been denied at the first stage, including one denied at the appeal stage.
- The order states more data will be helpful: "The importance of a person's right to religious liberty, protected in the Free Exercise Clause of the First Amendment to the Constitution and the explicit implementing commands of RFRA, commends deferring the resolution of the service members' motion for preliminary injunction pending the accumulation and reporting of additional data and the resumption—with the benefit of more complete and telling data—of the hearing on the motion for preliminary injunction."
- Judge Merryday ordered the various military branches to file every 14 days, beginning January 7, 2022, a notice providing separately for each branch of the military: (1) total number of religious exemption requests, the aggregate number of denials, denials where belief found sincere, appeals pending, denials where appeal time has passed and number of

2

- successful appeals, (2) total number of medical exemptions, (3) other exemptions granted and (4) number of disciplinary proceedings and actions taken after denial in an appeal.
- Regarding the Emergency Use Authorization count, Judge Merryday ruled there is no private cause of action under 21 USC 360bbb-3(e)(1)(A) (the general right to refuse provision) and no military member can likely prevail under 10 USC 1107 because the military says it is using Pfizer's EUA but complying with the FDA license. This representation by the military is suspect as the FDA, CDC, NIH and Pfizer all say that Comirnaty is not available. The military argued that even though Comirnaty is not available, it is using the Pfizer EUA product, which the Department of Justice argued is the same substance as Comirnaty and thus complies with the FDA license. The court completely ignored the clear legal distinction between Pfizer's EUA and BioNTech's Comirnaty.
- Judge Merryday ruled there was no qualified federal employee (without any reference to the submitted amended complaint) or civilian contractor employee because Executive Orders 14042 and 14043 "expressly require religious exemption, and federal guidance commits to the employing federal contractor and to the employing federal agency, respectively, the discretion to resolve an employee's request for a religious exemption."
- The major takeaways from Judge Merryday's order include the following: (1) The military branches must file detailed reports every 14 days beginning January 7, 2022, because the Plaintiffs' claim under RFRA that the process is a ruse which will result in the denial of religious accommodation requests is "quite plausible" and thus injunctive relief could still issue depending on the continual reporting results; and (2) The Executive Orders 14042 and 14043 "expressly require religious exemption." (excerpt from the Liberty Counsel press release on November 22, 2021)

Reasonable accommodations that I am requesting and that I believe I am entitled to through my First Amendment Freedom of Religion, Title VII of the Civil Rights Act of 1964 and the Religious Freedom Restoration Act are the same things that I and millions of other people have been doing the past 22 months to stay COVID free and to prevent the spread of COVID and that have also been proven effective are that I am willing:

- to check my temperature before entering buildings
- to complete COVID symptom questionnaires that show I have not been around anyone who has tested positive for COVID, and that show that I am not sneezing or coughing or showing symptoms of COVID
- to self-test with OTC COVID tests if I present with symptoms and then I will self-quarantine until testing negative for COVID
- and to self-test with OTC COVID tests if I am deployed outside the Unites States.

3. I certify that I understand that any approved or partially approved waiver may not be appropriate for future duty to which I may be assigned, including operational, non-operational or training command(s), and may be suspended or withdrawn in accordance with reference (a).



**DEPARTMENT OF THE NAVY**
CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

1730
N00

8 March 2022

From: Chief of Naval Operations
To: MIDN 4/C ▬▬▬▬ ▬▬▬▬ USNR
Via: Commanding Officer, NROTC Unit, University of Missouri

Subj: APPEAL OF RELIGIOUS ACCOMMODATION FOR IMMUNIZATION REQUIREMENT ICO MIDN FISHER L. ATKINS, USNR

Ref: (a) DCNO (N1) ltr 1730 Ser N1/116470 of 2 Dec 21
(b) DoD Instruction 1300.17 of 1 Sep 2020
(c) SECNAVINST 1730.8B
(d) ASN (M&RA) memo of 6 Jun 13
(e) BUPERSINST 1730.11A
(f) BUMED ltr 6320 Ser M44/21UM42739 of 22 Nov 21
(g) NAVADMIN 190/21
(h) NSTC M-1533.2D

1. Your appeal of reference (a) is disapproved. I am disapproving your appeal due to the Navy's compelling governmental interest in preventing spread of diseases to support mission accomplishment, including military readiness, unit cohesion, good order and discipline, and health and safety, at the individual, unit, and organizational levels. A waiver of immunizations would have a predictable and detrimental effect on the readiness of you and the Sailors who serve alongside you. Granting your request will have a direct and foreseeable negative impact on the compelling governmental interest in military readiness and health of the force. I further find that there are no less restrictive means to achieve the Navy's compelling governmental interest.

2. References (b) through (e) designate me as the final appeal authority for requests for religious accommodation.

3. I considered your original request, your appeal, and the endorsements on your correspondence. In reviewing your appeal, I evaluated the request under the assumption that your religious beliefs are sincere and would be substantially burdened. Your current status as a contract midshipman in the Naval Reserve Officers Training Corps Unit, University of Missouri, and your daily interaction with the general public, whose vaccination rate is lower than the Navy's, puts you at increased risk of contracting COVID-19, which you could spread to other midshipmen or active-duty personnel, affecting both their and your readiness and health. Additionally, you are required to participate in summer training, during which operational units would be subjected to increased risk of COVID-19 spread if you embarked while unvaccinated. As explained in reference (f), while no vaccine is 100 percent effective, vaccines with lower effectiveness still reduce disease incidence in the population, reduce an individual's risk of contracting the disease, and generally reduce the severity of disease for those who do contract the

Subj: APPEAL OF RELIGIOUS ACCOMMODATION FOR IMMUNIZATION REQUIREMENT ICO MIDN ███████ USNR

illness. In addition, the current coronavirus disease 2019 (COVID-19) pandemic further highlights the importance of vaccination in both individual and unit force health protection.

4. Vaccination of Navy personnel can impact both individual and unit mission accomplishment. It reduces the risk to the individual for disease-related performance impairment, and it reduces the risk to the unit for disease outbreaks of contagious diseases such as COVID-19. While non-pharmaceutical measures such as personal hygiene, mask wearing, and social distancing can also reduce the risk of disease outbreaks, they too are not 100 percent effective and must be implemented in conjunction with immunization to reduce the risk of mission failure. As explained in reference (f), these measures are not as effective as vaccination in maintaining military readiness and the health of the force.

5. You must now become fully vaccinated against COVID-19 in accordance with reference (g). You are free to choose which authorized COVID-19 vaccine to take, but you must receive a vaccine within five calendar days upon receipt of this letter. If you choose a COVID-19 vaccine that requires two doses, you must complete the series as prescribed. Failure to comply with this paragraph will be considered non-compliance with Navy policy, and may be grounds for administrative action under reference (h).

6. The Navy welcomes people of all faiths and no faith to join our ranks in patriotic service. Our greater mission sometimes requires reasonable restrictions. You have my sincere best wishes for your continued success in your Navy career.

M. M. GILDAY

Copy to:
ASN (M&RA)
OPNAV (N131)
BUMED