## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 8:21-cv-2429-SDM-TGW |
| LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM REGARDING SUPREME COURT STAY ORDER IN
### *Austin v. U.S. Navy Seals 1–26*

Plaintiffs move the Court for leave to file the attached Supplemental Memorandum Regarding Supreme Court Stay Order in *Austin v. U.S. Navy Seals 1–26*, addressing the Supreme Court's order granting a partial stay of the district court's preliminary injunction order of January 3, 2022, in *U.S. Navy Seals 1–26 v. Biden*, No. 4:21-cv-01236-O, 2022 WL 34443 (N.D. Tex. Jan. 3, 2022) [*Navy Seals*]. Given the congruence of the issues in *Navy Seals* with the issues in this case, as already observed by the Court (*see* Order, Doc. 122, at 17–18), and Defendants' filing the Supreme Court's partial stay order in support of their positions (Doc. 144), it is important for Plaintiffs to show the Court why the Supreme Court order does not conflict with this Court's Preliminary Injunction and Order (Doc. 111) or the relief requested in

Plaintiffs' pending preliminary injunction, class certification, and TRO motions (Docs. 2, 35, 121, 130, 141).

## Local Rule 3.01(g) Certification

Prior to filing this motion, the undersigned counsel for Plaintiffs conferred with counsel for Defendants and is authorized to represent to the Court that Defendants take no position on the leave to file a supplemental memorandum requested in this motion and that, if leave is granted, Defendants intend to seek leave to file a response to the supplemental memorandum.

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

*Attorneys for Plaintiffs*

2