

**UNITED STATES MARINE CORPS**
SECOND RECRUIT TRAINING BATTALION
RECRUIT TRAINING REGIMENT
MARINE CORPS RECRUIT DEPOT
P.O. BOX 16200
PARRIS ISLAND, SOUTH CAROLINA 29905-6200

IN REPLY REFER TO:
6000
CO
2 8 MAR 2022

From: Commanding Officer ▮▮▮▮▮▮▮▮▮▮ USMC
To:   Captain ▮▮▮▮▮▮▮▮▮▮

Subj: ORDER TO RECEIVE COVID-19 VACCINATION

Ref: (a) MARADMIN 612/21

1. In accordance with the references, you are hereby ordered to receive your first dose of the COVID-19 vaccine no later than Friday, 1 April 2022. You are further ordered to receive your second dose of the COVID-19 vaccine three weeks after your first dose. Full vaccination is defined as two weeks after completing the second dose of a two-dose vaccine or two weeks after receiving a single dose of a one-dose vaccine. You may receive the COVID-19 vaccine from a Medical Treatment Facility or an alternative medical provider, however the timeline outlined in this order remains in effect.

2. You shall report receipt of your first and second dose of the COVID-19 vaccine to the Battalion Executive Officer, Major Jason M. Weaver within one business day of receiving each dose. If the vaccine is unavailable on the above date, you shall notify your chain of command within one business day of learning of that unavailability.

3. This correspondence is a lawful order, the violation of which may subject you to punitive and/or administrative action.

C. J. KEARNEY

---

From: Captain ▮▮▮▮▮▮▮▮▮▮ USMC
To:   Commanding Officer

Subj: ORDER TO RECEIVE COVID-19 VACCINATION

1. On _____ I received the foregoing order to be fully vaccinated against COVID-19 per the mandated timeline. I have been given a copy of this order and the MARADMIN listed as reference (a). I hereby certify that I have read and fully understand this order.

**EXHIBIT A**