## RE: USMC Captain - Extension Expired

Powell, Amy (CIV) <Amy.Powell@usdoj.gov>
Tue 3/29/2022 6:33 PM

To: Roger Gannam <rgannam@lc.org>

Cc: Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>;Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov>;Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov>;Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>;Carmichael, Andrew E. (CIV) <Andrew.E.Carmichael@usdoj.gov>;Horatio Mihet <hmihet@lc.org>;Richard Mast <RMast@LC.org>;Daniel Schmid <daniel@lc.org>;Jill M. Schmid <jill@lc.org>;Lana Chambers <lana@lc.org>

Roger:

I did not want to leave this hanging.  While this conclusion could change, I do not currently anticipate further extensions of this date.

Amy Elizabeth Powell
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

---

**From:** Roger Gannam <rgannam@lc.org>
**Sent:** Tuesday, March 29, 2022 10:35 AM
**To:** Powell, Amy (CIV) <Amy.Powell@usdoj.gov>
**Cc:** Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>; Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov>; Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov>; Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>; Carmichael, Andrew E. (CIV) <Andrew.E.Carmichael@usdoj.gov>; Horatio Mihet <hmihet@lc.org>; Richard Mast <RMast@LC.org>; Daniel Schmid <daniel@lc.org>; Jill M. Schmid <jill@lc.org>; Lana Chambers <lana@lc.org>
**Subject:** [EXTERNAL] Re: USMC Captain - Extension Expired

Thanks.

**Roger K. Gannam, Esq.***
*Assistant Vice President of Legal Affairs*
**Liberty Counsel**
PO Box 540774
Orlando, FL 32854
(407) 875-1776 phone
(407) 875-0770 fax
LC.org
Offices in DC, FL, and VA
*Licensed in Florida

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.

---

**From:** Powell, Amy (CIV) <Amy.Powell@usdoj.gov>
**Sent:** Tuesday, March 29, 2022 10:33 AM

**EXHIBIT B**

**To:** Roger Gannam <rgannam@lc.org>
**Cc:** Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>; Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov>; Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov>; Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>; Carmichael, Andrew E. (CIV) <Andrew.E.Carmichael@usdoj.gov>; Horatio Mihet <hmihet@lc.org>; Richard Mast <RMast@LC.org>; Daniel Schmid <daniel@lc.org>; Jill M. Schmid <jill@lc.org>; Lana Chambers <lana@lc.org>
**Subject:** RE: USMC Captain - Extension Expired

I'll review and get back to you.

---

**From:** Roger Gannam <rgannam@lc.org>
**Sent:** Tuesday, March 29, 2022 10:17 AM
**To:** Powell, Amy (CIV) <Amy.Powell@usdoj.gov>
**Cc:** Enlow, Courtney D. (CIV) <Courtney.D.Enlow@usdoj.gov>; Avallone, Zachary A. (CIV) <Zachary.A.Avallone@usdoj.gov>; Robinson, Stuart J. (CIV) <Stuart.J.Robinson@usdoj.gov>; Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>; Carmichael, Andrew E. (CIV) <Andrew.E.Carmichael@usdoj.gov>; Horatio Mihet <hmihet@lc.org>; Richard Mast <RMast@LC.org>; Daniel Schmid <daniel@lc.org>; Jill M. Schmid <jill@lc.org>; Lana Chambers <lana@lc.org>
**Subject:** [EXTERNAL] USMC Captain - Extension Expired

Amy, as you know, USMC Captain's compliance extension has expired. He has received a new shot order requiring compliance by April 1 (unredacted copy attached). Given this development we plan to file updated TRO papers with the Court today. Please let us know by 2PM today whether the Government can provide a further extension pending the Court's ruling on the TRO motion so that we may advise the Court.

Regards, Roger

**Roger K. Gannam, Esq.***
*Assistant Vice President of Legal Affairs*
**Liberty Counsel**
PO Box 540774
Orlando, FL 32854
(407) 875-1776 phone
(407) 875-0770 fax
LC.org
Offices in DC, FL, and VA
*Licensed in Florida

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.