# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United State Department of Defense, *et al.*,<br><br>        Defendants. | No. 8:21-cv-2429-SDM-TGW |

## **PLAINTIFFS' WITNESS LIST**
Hearing: April 11, 2022, at 9:00 A.M.

| 1 | Plaintiff CAPTAIN, United States Marine Corps |
|---|---|
| 2 | CW2, United States Army |

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

*Attorneys for Plaintiffs*