UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| **NAVY SEAL # 1,** et al.*,*<br><br>           Plaintiffs,<br><br>     v.<br><br>**JOSEPH R. BIDEN, JR.,** in his official<br>capacity as President of the United States, et al.,<br><br>           Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## DEFENDANTS' NOTICE REGARDING WITNESSES AND EXHIBITS

Defendants respectfully provide notice that they do not presently intend to present new witnesses or exhibits at the evidentiary hearing on April 11, 2022. ECF No. 150.[1]   Defendants rest on materials previously submitted in connection with the Plaintiffs' original and renewed motions for a preliminary injunction, Plaintiffs' several other motions for emergency relief (including as to USMC CAPTAIN), Plaintiffs' Motion for Class Certification, Defendants' Motion to Dismiss, and Defendants' stay motion, including material provided at previous hearings. See, e.g., ECF Nos. 23, 42, 66, 73, 74, 103, 118, 132, 139, 140. Having now seen Plaintiffs' lists, Defendants object to the inclusion of "CW2" and reserve the right to submit additional material in impeachment or contradiction of "CW2;" we do not currently know who that is or the subject of their testimony.

    .

---

[1] Undersigned counsel apologizes for missing the noon deadline, which was inadvertent.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Program Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

4/6/2021