UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## **DEFENDANTS' NOTICE OF INTENT TO RESPOND**

Defendants hereby notify the Court that they intend to respond to the recently filed emergency motion, ECF 157, on or before April 15, 2022, and to request that the Court forbear from ruling on the request in the interim, which does not present an emergency at this time.

As Plaintiffs' filing confirms, the Air Force denied the appeal of Plaintiff United States Air Force Academy Cadet's ("Plaintiff Cadet") religious accommodation request on March 13, 2022, and he alleges that he received the denial and an order to receive the vaccination on March 30, 2022. *See* ECF No. 157-1, at 21-22. On March 31, 2022, the Air Force informed Plaintiffs' counsel that no action would be taken with respect to Plaintiff Cadet's failure to comply until after April 25, 2022. *See* ECF No. 157, at 7. Plaintiff Cadet waited to file a motion until today April 8, 2022, and acknowledges that no action will be taken by Air Force until after April 25, 2022. As a result, there is no emergency and the Court need not

1

issue any ruling on the TRO pending full briefing of the motion for a preliminary injunction.

Defendants are investigating Plaintiff's allegations and intend to respond as quickly as possible. Defendants respectfully request until April 15, 2022, to respond to Plaintiff's motion for a preliminary injunction, which should give the Court sufficient time to consider these issues before Plaintiff Cadet is required to receive his vaccination. In light of the lack of imminent irreparable harm, the paucity of Plaintiff's submissions, and the gravity of the relief requested in its interference with core military judgments, a comprehensive briefing is warranted.

Dated:  April 8, 2022

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

/s/  Amy E. Powell
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: amy.powell@usdoj.gov
*Counsel for Defendants*