UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 21-cv-2429-SDM-TGW | DATE: | April 11, 2022 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | N/A |
| **NAVY SEAL 1 et al,**<br><br>**v.**<br><br><br><br>**JOSEPH R. BIDEN et al,** | | LANGUAGE: | N/A |
| | | PLANTIFF COUNSEL<br>Mathew D. Staver, Daniel Schmid, Horatio Mihet, Roger Gannam, Richard Mast | |
| | | DEFENSE COUNSEL<br>Amy Powell<br>Zachary Avallone | |
| COURT REPORTER:  Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME:  9:03 AM- 11:10 AM | Total: 2hrs 7 mins | | |
| | | COURTROOM: | ZOOM |

**PROCEEDINGS:  Preliminary Injunction**

All parties present and identified for the record.

Plaintiff (Roger Gannam) calls first witness.
> 1st Witness: United States Marine Corps Captain 1 (sworn)
>> Direct examination: Roger Gannam
>> Cross examination:  Zachary Avallone
>> Redirect examination: Roger Gannam

Plaintiff moves to submit Exhibits 29, 30, and 31 into evidence. Defense counsel objects. Court receives them into evidence under seal.

Plaintiff (Mat Staver) makes closing argument regarding (Doc. 121 , 147).

Defense (Amy Powell) makes closing argument regarding (Doc. 121 , 147).

Court takes the issue under advisement and will issue an order accordingly.