# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United State Department of Defense, *et al.*,<br><br>Defendants. | No. 8:21-cv-2429-SDM-TGW |

## PLAINTIFFS' EXHIBIT LIST
Hearing: April 11, 2022, at 9:00 A.M.

☐ Government  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 23 | 4/11/22 | 4/11/22 | USMC Cpt. 1 | Declaration of Plaintiff USMC Captain in Support of Motion for Temporary Restraining Order Pending Decision on Preliminary Injunction (Doc. 121-1) |
| 24 | 4/11/22 | 4/11/22 | USMC Cpt 1 | Order to Receive COVID-19 Vaccination, Mar. 28, 2022 (Doc. 147-1) |
| 25 | 4/11/22 | 4/11/22 | USMC Cpt 1 | E-mail, Feb. 28, 2022, from Maj. Gregory W. Dyson, Jr., Re: Q&I Operations Will Cease |
| 26 | 4/11/22 | 4/11/22 | USMC Cpt 1 | Q&I Operations Decision Brief, Feb. 23, 2022 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 27 | | | | MCIC COVID-19 Isolation and Quarantine/Exposure Guidance, Jan. 4, 2022 |
| 28 | 4/11/22 | 4/11/22 | USMC Cpt 1 | Memorandum from Deputy Secretary of Defense, Sept. 24, 2021, for Senior Pentagon Leadership, Commanders of the Combatant Commands, et al., Re: Updated Coronavirus Disease 2019 Guidance Related to Travel and Meetings |
| 29 | | | | ■ |
| 30 | | | | ■ |

2

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 31 | | | | |

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

*Attorneys for Plaintiffs*

3