U.S. District Court
Middle District of Florida
PLAINTIFF'S EXHIBIT
No. _____
Case Number:
8:21-cv-2429-SDW-TGW
Case Style:
NAVY SEAL 1, et al...,
v.
LLOYD AUSTIN, et al...,
Date Identified:
Date Admitted:

**From:** Dyson Maj Gregory W JR <gregory.w.dyson@usmc.mil>
**Sent:** Monday, February 28, 2022 4:08 PM
**To:** Rock LtCol Michael C <michael.rock@usmc.mil>; Williamson SgtMaj Kenneth S <kenneth.williamson@usmc.mil>; Wilcox Capt Thomas N <thomas.wilcox@usmc.mil>; Kearney LtCol Christopher J <christopher.j.kearne@usmc.mil>; Carter SgtMaj Wesley C <wesley.carter@usmc.mil>; Vandevender Capt Brandon S <brandon.devender@usmc.mil>; Sandstrom LtCol Michael R <michael.sandstrom@usmc.mil>; Brown SgtMaj Michael R <michael.r.brown@usmc.mil>; Dones LtCol Aixa R <aixa.dones@usmc.mil>; Rivera SgtMaj Sigrid Aixa <sigrid.rivera@usmc.mil>; Roseto Capt Matthew S <matthew.roseto@usmc.mil>; Pierce Capt Justin D <justin.d.pierce@usmc.mil>; Rickrode LtCol Shawn A <shawn.rickrode@usmc.mil>; Alfaro SgtMaj Bryan Michael <bryan.alfaro@usmc.mil>; Lord Capt Matthew J <matthew.lord@usmc.mil>; Anliker Maj Wesley D <wesley.anliker@usmc.mil>; Boyce Capt Romell A <romell.boyce@usmc.mil>
**Cc:** Dubow LtCol Sharon L <sharon.dubow@usmc.mil>; Casillas SgtMaj Fabian <fabian.casillas@usmc.mil>; Ward Col Bradley W <bradley.ward@usmc.mil>; Bradshaw CDR Robert Edward <robert.bradshaw@usmc.mil>; lonnie.e.meyers.mil <lonnie.e.meyers.mil@mail.mil>; Caudle SSgt Christian C <christian.caudle@usmc.mil>; Evander GySgt Gregory T <gregory.evander@usmc.mil>; Allam Capt Lauren E <lauren.allam@usmc.mil>; Folk Capt Charles A <charles.folk@usmc.mil>; Curtis Capt Robert S <robert.curtis@usmc.mil>; Brodrick MSgt Joshua R <joshua.brodrick@usmc.mil>
**Subject:** Q&I Operations Will Cease

Good Afternoon Ladies and Gentlemen,

BLUF: CG approved the decision to end Q&I.

Upon the release of the 1 recruit tentatively tomorrow, Q&I operations in building 738 will cease.

For future COVID cases:

1. The recruits' respective Branch Health Annex (BHA) or the Acute Care Area (ACA) conducts the evaluations
2. No change to release criteria. A recruit must remain in an SIQ status for 5 days and be symptom-free for 48 hours
3. COVID positive recruits occupy racks towards the rear of the squad bay, on the opposite side from other SIQ recruits
4. The recruits' respective BHA only conducts daily follow-ups if needed
5. Following release from SIQ, recruits are placed on a 7-day modified LLD
6. Limitations include: strict masking wearing for an additional 5 days, no obstacle or confidence course, no lifting or carrying anything over 25 lbs., and no pugil sticks, rope climbing, or gas chamber. Recruits can run at their own pace. Recruits also are not to hike on LLD days 1-2, can hike 30 minutes without a load on LLD days 3-4, and can hike 60 minutes with a full load on LLD days 5-7
7. BHAs will track COVID cases and report to Medical Ops (LT Meyers) daily

A copy of the decision brief presented to BGen Nethercot is attached for your reference.

V/R,

Maj Greg Dyson
Operations Officer
Recruit Training Regiment
MCRD Parris Island, SC
Phone: 843.228.2259
Cell:    843.812.7721
Email: gregory.w.dyson@usmc.mil