UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*,<br><br>　　　　　Defendants. | No. 8:21-cv-2429-SDM-TGW |

**THIRD DECLARATION OF RICHARD L. MAST
IN SUPPORT OF MOTION TO CERTIFY CLASS
AND MOTION FOR PRELIMINARY INJUNCTION**

I, Richard L. Mast, do hereby declare as follows:

1. I am an attorney with Liberty Counsel, representing Plaintiffs in this case. I have reviewed the filings pertaining to Plaintiffs' pending motions for class certification and preliminary injunction (Docs. 2, 35), and pending motions for temporary restraining order (TRO) pending decision on the preliminary injunction motion (Docs. 141, 157). The pending TRO motions seek relief for named Plaintiffs: COLONEL FINANCIAL MANAGEMENT OFFICER, United States Marine Corps (Doc. 141, along with 21 putative class members), and CADET, United States Air Force Academy (Doc. 157).

2. This declaration provides updates reported to me or Liberty Counsel staff by certain Plaintiffs and putative class members who have contacted Liberty Counsel for legal assistance, including Plaintiff NAVY COMMANDER SURFACE

WARFARE OFFICER, one of two service members protected by the Court's Preliminary Injunction and Order (Doc. 111) (*see* ¶ 4, *infra*), and also including some of the 22 service members included in Plaintiffs TRO motion of March 23, 2022 (Doc. 141) (*see* ¶¶ 15–24, *infra*).

3. As of April 8, 2022, Liberty Counsel had received more than 1,000 legal assistance requests from service members from all branches of the United States Armed Forces, including the Army, Air Force, Space Force, Navy, Marine Corps, and Coast Guard.

### NAVY COMMANDER SURFACE WARFARE OFFICER

4. On Friday, April 8, 2022, Plaintiff NAVY COMMANDER SURFACE WARFARE OFFICER was informed by his Commodore that the Navy is reassigning Navy Commander to a shore command. On Monday, April 11, instead of getting underway with his ship, Navy Commander was "temporarily reassigned" for 60 days under a new Navy policy that prohibits unvaccinated personnel from going underway on Navy ships.

### SERVICE MEMBER FINAL DENIAL LIST

5. As set forth in my First and Second Declarations (Docs. 82, 113-1), Liberty Counsel maintains an internal Service Member Final Denial List for service members who have contacted Liberty Counsel and whose final religious accommodation (RA) appeals have been denied. I provided the Court earlier excerpts from this ever-expanding list on February 9, 2022 (Doc. 82-1) and on February 22,

2022 (Doc. 113-1 at PageID 7825–27). As of April 8, 2022, the list has grown to 334 service members with final RA appeal denials. A true and correct copy of excerpted information for all 334 service members on the list as of April 8 is attached hereto as Exhibit 1.

## UPDATES ON CERTAIN PLAINTIFFS

6. The following updates concern some pseudonymously named Plaintiffs who continue to suffer escalating, abusive, and retaliatory adverse consequences for their sincerely held religious objections to COVID-19 vaccination.

7. Having finally denied the RA appeal of Plaintiff RESERVE LIEUTENANT COLONEL, United States Marine Corps, the Marine Corps forced her into the Individual Ready Reserve (IRR) on Dec 27, 2021, as her only alternative to outright separation from the Marine Corps. (2d Am. V. Compl., Doc. 105, ¶¶ 43, 138.) The move to IRR made her an inactive reservist, unable to drill with her unit to earn the points necessary to accumulate satisfactory years of service towards retirement, and she is unable to complete enough professional military education (PME) classes, on her own time and at her own expense, to earn the required points. Without judicial intervention, she will be unable to earn sufficient points by May 24, 2022, to avoid separation from IRR.

8. Having already denied the final RA appeals of Plaintiffs CAPTAIN 2 and CAPTAIN 3, United States Marine Corps, and ordered them to be COVID-19 vaccinated or separated from the Marine Corps (2d Am. V. Compl., Doc. 105, ¶¶ 46, 47, 141, 142), the Marine Corps dropped them from Expeditionary Warfare School

(EWS) on March 1, 2022, less than 75 days from graduation. On March 9, the Marine Corps notified CAPTAIN 2 and CAPTAIN 3 that they had been placed on the Officer Disciplinary Notebook (ODN). On March 25, the Marine Corps notified CAPTAIN 2 of a Board of Inquiry (BOI) to occur between April 25 and May 25, 2022, which BOI is the last step in the separation process for CAPTAIN 2.

9.  Having finally denied the RA appeal of Plaintiff FIRST LIEUTENANT, United States Marine Corps, relieved him of his duties, and ordered him to attend a "Transition Readiness Seminar" (2d Am. V. Compl., Doc. 105, ¶¶ 48, 143), the Marine Corps has issued him a Report of Misconduct and Notification of Separation, recommending separation by means of General Discharge (under Honorable conditions) due to failure to be COVID-19 vaccinated. On March 4, he completed the Transition Readiness Seminar, and the follow up Capstone interview requirements on March 7, leaving only separation orders to effect his final discharge from the Marine Corps.

10. Having finally denied the RA appeal of Plaintiff CHAPLAIN, United States Air Force, sustained a Letter of Counseling (LOC) and Letter of Reprimand (LOR) against him for failing to obey an order to vaccinate, and posted the ROC to his Unfavorable Information File (UIF) (2d Am. V. Compl., Doc. 105, ¶¶ 53, 148), the Air Force has now eliminated him from competition for in-residence Air Command and Staff College, which is the only Professional Military Education (PME) at the Intermediate Development Education (IDE) level available to members of the USAF Chaplain Corps. The Air Force has also removed him from all instructor duty

4

responsibilities and tasked him with only behind-the-scenes and administrative/logistical work, causing his officer performance record to show a drastic reduction in production and potential. As a result, on March 31, 2022, the Air Force issued him a negative referral Officer Performance Report (OPR), further damaging his career and propelling him towards discharge.

11. Having finally denied the RA appeal of Plaintiff RESERVE LIEUTENANT COLONEL 1, United States Air Force, issued her a Letter of Reprimand (LOR) for failure to obey an order to vaccinate, and initiated the process to involuntarily transfer her to Individual Ready Reserve (IRR) (2d Am. V. Compl., Doc. 105, ¶¶ 54, 149), the Air Force sent her to IRR involuntarily on March 28, 2022, denying her a Board of Inquiry (BOI) and access to the Transition Assistance Program. The Air Force also denied her a referral to a medical specialist at a military medical center despite directing her to make an appointment with the specialist.

12. Having finally denied the RA appeal of Plaintiff RESERVE LIEUTENANT COLONEL 2, United States Air Force, and issued him a Letter of Reprimand (LOR) for failure to obey and order to vaccinate (2d Am. V. Compl., Doc. 105, ¶¶ 55, 150), the Air Force issued him a negative referral Officer Performance Report (OPR) on April 5, 2022 and posted to his Unfavorable Information File (UIF) on April 6, beginning the process of curtailing his Active Guard Reserve (AGR) orders and transferring him involuntarily to the Individual Ready Reserve (IRR).

13. Having finally denied the RA appeal of Plaintiff MASTER SERGEANT SERE SPECIALIST, United States Air Force, removed him from his leadership

position, and issued him a Letter of Reprimand (LOR) for failure to obey an order to vaccinate (2d Am. V. Compl., Doc. 105, ¶¶ 56, 151), the Air Force issued him a second order to vaccinate, by March 10, 2022, and issued a second LOR for failure to obey the order to vaccinate on March 11, further damaging his career and propelling him towards discharge. In the meantime, however, his command has required him to operate at high operations tempo since March 28 as "mission essential personnel," and he has continuously and successfully executed mission requirements despite being unvaccinated.

## **UPDATES ON CERTAIN PUTATIVE CLASS MEMBERS**

14. The following updates concern putative class members who have contacted Liberty Counsel for legal assistance and are suffering escalating, abusive, and retaliatory adverse consequences for their sincerely held religious objections to COVID-19 vaccination, including some of the 21 putative class members included in Plaintiffs' TRO motion of March 23, 2022 (Doc. 141).

15. On March 24, 2022, the Marine Corps separated from service putative class member LANCE CORPORAL ADMINISTRATIVE SPECIALIST, United States Marine Corps (TRO Mot. (Doc. 141) at 3, Ex. A (Doc. 141-1)), for her failure to be COVID-19 vaccinated against her religious beliefs.

16. On March 23, 2022, the Marine Corps declared putative class member CAPTAIN 4, United States Marine Corps[1] (TRO Mot. (Doc. 141) at 3, Ex. B (Doc.

---

[1] Putative class member CAPTAIN 4, United States Marine Corps, was misidentified in Plaintiffs' March 23 TRO motion as "CAPTAIN, United States Marine Corps." (Doc. 141

6

141-2)) in violation of a COVID-19 vaccination order, issued him a "Page 11" administrative counseling and written promotion hold, and removed him from company command as of March 25, 2022. The Marine Corps had previously selected CAPTAIN 4 for promotion to Major.

17. The Marine Corps issued putative class member STAFF SERGEANT, United States Marine Corps (TRO Mot. (Doc. 141) at 3, Ex. C (Doc. 141-3)), a "6105" formal counseling stating a violation of "Article 90, Willfully Disobeying a Superior Commissioned Officer," and administrative separation papers.

18. On March 22, 2002, the Air Force stripped putative class member MAJOR 1, United States Air Force (TRO Mot. (Doc. 141) at 3, Ex. F (Doc. 141-6)), of all additional duties and titles. On March 28, his squadron commander submitted paperwork to involuntarily curtail Major 1's career-status Active Guard Reserve (AGR) orders, resulting in an involuntary separation date of June 26, 2022. On March 29 Major 1's commander removed him from flight status, depriving him of flight pay of $1,000 per month, and submitted a Memorandum for Record (MFR) recommending Major 1's involuntary reassignment to the Individual Ready Reserve (IRR), which is an inactive reservist position providing no benefits of service.

19. The Air Force issued putative class member TECH SERGEANT, United States Air Force (TRO Mot. (Doc. 141) at 4, Ex. I (Doc. 141-9)), a second Letter of

---

at 3.) "CAPTAIN, United States Marine Corps" is the pseudonym of the named Plaintiff identified in Plaintiffs' amended complaint at ¶¶ 45, 115, and 140, who is the subject of the ongoing TRO and preliminary injunction proceedings at Docs. 121, 147, 150–154, and 162–163.

7

Reprimand (LOR) on March 14, 2022, followed by a third order to be COVID-19 vaccinated on April 4, 2022, with 48 hours to comply. In the interval, on April 5, 2022, the Air Force instructed him to give an early written response to the order and denied him leave until he submitted it. Despite his 18.5 years of service, he expects the Air Force to initiate the discharge process any day.

20. The Air Force issued a second, official shot order to putative class member LIEUTENANT COLONEL 2, United States Air Force Reserve (TRO Mot. (Doc. 141) at 4, Ex. K (Doc. 141-11)), following the final denial of his RA appeal. During his reserve drill weekend (Unit Training Assembly or UTA) on April 2, 2022, Lieutenant Colonel 2 received a "Notification of Involuntary Reassignment - Non-participating Individual Ready Reserve" MFR from his commander recommending his involuntary reassignment to the IRR as an inactive reservist.

21. The Air Force issued putative class member STAFF SERGEANT, United States Air Force Reserve (TRO Mot. (Doc. 141) at 5, Ex. M (Doc. 141-13)), a LOR for failing to be COVI-19 vaccinated, which will be posted to his Unfavorable Information File (UIF).

22. Putative class member HOSPITAL CORPSMAN FIRST CLASS, United States Navy (TRO Mot. (Doc. 141) at 6, Ex. Q (Doc. 141-17)), capitulated to the Navy's vaccination order following the denial of his final RA appeal, expressing, "Unfortunately, I took the vaccine prior to the last day, in order to avoid the consequences."

23. The Air Force has issued putative class member LIEUTENANT COLONEL, United States Space Force (TRO Mot. (Doc. 141) at 6, Ex. R (Doc. 141-18)), a Letter of Reprimand for being unvaccinated, and posted the LOR in his Unfavorable Information File.

24. On March 24, 2022, a Navy performance review board ordered disenrollment of putative class member ROTC MIDSHIPMAN, United States Navy (TRO Mot. (Doc. 141), Ex. U (Doc. 141-21)), from college, and the Navy placed him on leave of absence pending disenrollment.

25. Multiple unvaccinated service members with pending RA requests or appeals report that their requests for "voluntary" separation have been denied, even after their respective commands instructed them to apply for voluntary separation, indicating a military preference for involuntary separation based on vaccination status. A typical example is putative class member AIRFIELD OPERATIONS CAPTAIN, United States Air Force, who was instructed to submit a request for voluntary separation on October 26, 2021. While his request was pending, the Air Force denied his final RA appeal on December 2, 2021. Then the Air force denied his voluntary separation request on February 14, 2022, as "not being in the best interests of the Air Force," and ordered him to be vaccinated by February 20.

26. After the Air Force issued her a final RA appeal denial, putative class member BRIGADIER GENERAL (SELECT), United States Air Force, Director of Cyberspace Operations and Warfighter Communications, after 26 years of service, opted to "voluntarily" retire at the lower rank of Colonel rather than violate her

religious beliefs against vaccination. She was counseled by her superior that her "religious beliefs are not compatible with service to the Country."

## SERVICE MEMBER SUICIDES

27. Liberty Counsel has received reports of two suicides of service member where the separation process for COVID-19 vaccination "refusal" or RA denial process appears to have been a significant factor.

28. The first was the suicide of the platoon mate of Plaintiff LANCE CORPORAL 2, United States Marine Corps, in connection with the platoon mate's administrative separation for vaccine refusal. (2d Am. V. Compl., Doc. 105, ¶¶ 52. 147.)

29. The second suicide reported to Liberty Counsel is described in the Declaration of Navy Chaplain 3, attached hereto as Exhibit 2. The declarant personally counseled a husband and wife, both Coast Guard First Class Petty Officers, before the husband committed suicide following the denials of both their RA requests, and has counseled the wife after her husband's suicide.

I declare under penalty of perjury, under the laws of the United States, that the foregoing statements are true and correct.

Executed this April 14, 2022.

s/ Richard L. Mast<br>
Richard L. Mast