UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                          CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

## ORDER

Throughout this week, the United States district judge in this action conducted a bench trial in *United States v. Planes*, No. 8:18-cv-2726-SDM-TGW, which trial is scheduled to resume Tuesday, April 19, 2022. To preserve the status quo, to permit a reasonable time to resolve the issues addressed at the April 11, 2022 hearing, and for other good cause, the present interim injunctive relief (Doc. 150) for USMC Captain is **EXTENDED** through **APRIL 22, 2022** (although an earlier order is expected).

ORDERED in Tampa, Florida, on April 15, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE