## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**NAVY SEAL # 1,** *et al.*,

                Plaintiffs,

    v.

**JOSEPH R. BIDEN, JR.**, in his official
capacity as President of the United States, *et al.*,

                Defendants.

Case No. 8:21-cv-02429-SDM-TGW

## NOTICE OF ADDITIONAL MATERIALS

Defendants respectfully submit additional materials in support of their Opposition to Plaintiff Cadet's Emergency Motion for a Temporary Restraining Order, Doc. No. 167. The submitted materials include additional record materials for Plaintiff's religious accommodation request, which provide more context to the documents submitted by Plaintiff.


Dated: April 15, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

Respectfully submitted,

*/s/ Cassandra Snyder*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
CATHERINE M. YANG
R. CHARLIE MERRITT
CASSANDRA M. SNYDER (DC Bar
No. 1671667)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov
*Counsel for Defendants*

1