UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                                CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

## ORDER

A February 18, 2022 order (Doc. 110) grants the plaintiffs' motion to proceed pseudonymously. Violative of the February 18, 2022 order, the defendants submit an attachment (Doc. 169-2 at 1) that includes the plaintiff Cadet' last name. The attachment (Doc. 169-2) is **STRICKEN WITHOUT PREJUDICE**. The clerk must delete the image of the attachment (Doc. 169-2).

ORDERED in Tampa, Florida, on April 18, 2022.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE