UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NAVY SEAL # 1,** et al.**,**

        Plaintiffs,

v.

**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,

        Defendants.

Case No. 8:21-cv-02429-SDM-TGW

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), Defendants respectfully provide notice that another court has denied a service member's Religious Freedom Restoration Act ("RFRA")-based request to enjoin the Department of Defense's COVID-19 vaccine directive. *See* Mem. Op., *Short v. Berger*, No. 22-cv-0444, 2022 WL 1203876 (D. Ariz. Apr. 22, 2022), ECF No. 30. The Arizona district court's reasoning supports Defendants' analysis in opposing pending motions for emergency relief and class certification, *see, e.g.*, ECF Nos. 23, 42, 74, 156, 157, and Defendants' Motion to Dismiss, ECF No. 139.

Dated: April 25, 2022

                                  Respectfully submitted,

BRIAN M. BOYNTON         /s/ *Amy E. Powell*
Principal Deputy Assistant Attorney    ANDREW E. CARMICHAEL
General                                AMY E. POWELL

| | |
|---|---|
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch | Senior Trial Counsel<br>ZACHARY A. AVALLONE<br>CATHERINE YANG<br>CASSANDRA SNYDER |
| ANTHONY J. COPPOLINO<br>Deputy Director<br>Federal Programs Branch | Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (919) 856-4013<br>Email: amy.powell@usdoj.gov<br>*Counsel for Defendants* |