UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **NAVY SEAL # 1,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

**DEFENDANTS' NOTICE REGARDING WITNESSES AND EXHIBITS**

Defendants respectfully provide notice that they do not presently intend to present new witnesses or exhibits at the evidentiary hearing on April 28, 2022. ECF No. 174. Defendants rest on materials previously submitted or cited in connection with the Plaintiffs' original and renewed motions for a preliminary injunction, Plaintiffs' several other motions for emergency relief (including as to USAFA Cadet), Plaintiffs' Motion for Class Certification, Defendants' Motion to Dismiss, and Defendants' stay motion, including material provided at previous hearings. *See, e.g.*, ECF Nos. 23, 42, 66, 73, 74, 103, 118, 132, 139, 140, 167, 171. This material is all appropriate for consideration at the preliminary injunction stage. *See Levi Strauss & Co. v. Sunrise Int'l Trading, Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (considering declarations that would not be admissible at trial); *Stuart J. Kaufman, M.D. & Associates, P.A. v. Bausch & Lomb Inc.*, No. 8:13-CV-461-T-33EAJ, 2013 WL 6154166, at *1 (M.D. Fla. July 25, 2013) ("The Federal Rules of Evidence do not strictly apply at the preliminary

injunction stage."), *report and recommendation adopted*, No. 8:13-CV-461-T-33EAJ, 2013 WL 12123679 (M.D. Fla. Sept. 4, 2013).

To assist the Court, Defendants list here the exhibits that are most likely to be relevant to the Cadet's motion.

| ECF No. of Exhibit | Title |
|---|---|
| 167-2 | Declaration of Major Alyssa S. Tetrault (April 12, 2022) |
| 167-3 | Declaration of Colonel Tonya Rans (April 8, 2022) |
| 167-4 | Declaration of Lieutenant Colonel Scott Robinson, M.D. (April 14, 2022) |
| 167-5 | DMED Information Paper (February 15, 2022) |
| 171-1 and 171-2 | Cadet RAR Package |
| 157-1 | Declaration of USAFA Cadet |
| 23-4 | DoD Instruction 6205.2 |
| 23-5 | AF Instruction 48-110_IP (aka Army Regulation 40-562) (also cited in ECF No. 23-22). |
| 23-10 | Secretary of the Air Force Mem. (Sept. 3, 2021) |
| 23-11 | Dep't of the Air Force COVID-19 Vaccine Implementation Guidance (Sept. 3, 2021) |
| 23-12 | Congressional Research Report Defense Health Primer: Military Vaccinations |
| 23-13 | Declaration of Peter Marks |

| 23-22 | Declaration of Chaplain, Major Matthew J. Streett (also citing a document of which the Court may take judicial notice: AFI 52-201 - Religious Freedom in the Department of the Air Force, available at https://static.e-publishing.af.mil/production/1/af_hc/publication/dafi52-201/dafi52-201.pdf , also cited in other declarations) |
|---|---|
| 42-1 | Declaration of Major General Sharon R. Bannister |
| 47-5 | Declaration of Col. Jason Holbrook |
| 47-6 | Declaration of Chaplain, Major Matthew J. Streett |
| 47-7 | Declaration of Col. Artemio C. Chapa |
| 66-7 | Decl. of Colonel James R. Poel |
| 74-1 | DoD Instruction 1332.45, Retention Determination for Non-Deployable Service Members |
| 74-6 | Decl. of Col. Artemio Chapa |
| 103-1 | Decl. of Technical Sergeant Tasha L. Johnson |
| 105 | Second Amended Verified Class Action Complaint |
| 139-2 | Decl. of Major Alyssa S. Tetrault |

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Program Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Amy E. Powell*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8467
Fax: (202) 616-8470
Email: Amy.Powell@usdoj.gov

*Counsel for Defendants*

4/27/2021