UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>LLOYD AUSTIN, in his official capacity as Secretary of the United State Department of Defense, *et al.*,<br><br>　　　　　　Defendants. | No. 8:21-cv-2429-SDM-TGW |

**PLAINTIFFS' WITNESS LIST**
Hearing: April 28, 2022, at 10:30 A.M.

| 1 | Plaintiff CADET, United States Air Force Academy |
|---|---|

　　　　　　　　　　　　　　　/s/ Roger K. Gannam
　　　　　　　　　　　　　　　Mathew D. Staver
　　　　　　　　　　　　　　　Horatio G. Mihet
　　　　　　　　　　　　　　　Roger K. Gannam
　　　　　　　　　　　　　　　Daniel J. Schmid*
　　　　　　　　　　　　　　　Richard L. Mast*
　　　　　　　　　　　　　　　LIBERTY COUNSEL
　　　　　　　　　　　　　　　P.O. Box 540774
　　　　　　　　　　　　　　　Orlando, FL 32854
　　　　　　　　　　　　　　　(407) 875-1776
　　　　　　　　　　　　　　　court@lc.org
　　　　　　　　　　　　　　　hmihet@lc.org
　　　　　　　　　　　　　　　rgannam@lc.org
　　　　　　　　　　　　　　　dschmid@lc.org
　　　　　　　　　　　　　　　rmast@lc.org
　　　　　　　　　　　　　　　*Admitted specially

　　　　　　　　　　　　　　　***Attorneys for Plaintiffs***