# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated, )<br><br>Plaintiffs, )<br>v. )<br>)<br>LLOYD AUSTIN, in his official capacity as Secretary of the United State Department of Defense, *et al.*, )<br>)<br>Defendants. ) | No. 8:21-cv-2429-SDM-TGW |

## PLAINTIFFS' EXHIBIT LIST
Hearing: April 28, 2022, at 10:30 A.M.

☐ Government   ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 32 | | | | Declaration of USAFA CADET (Doc. 157-1) |
| 33 | | | | Award Nomination for Outstanding C4C of the Semester |
| 34 | | | | Update: AF Academy Reopens to Public Aug 2 |
| 35 | | | | Draft Memorandum Re: Commitment to Receive Novavax COVID-19 Vaccine |
| 36 | | | | Memorandum from Plaintiff CADET, April 24, 2022, Re: Extension Request to Decide on Novavax Commitment |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | All Defendants' exhibits (Doc. 177) and previously admitted Plaintiffs' exhibits |

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

***Attorneys for Plaintiffs***