UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 21-cv-2429-SDM-TGW | DATE: | April 28, 2022 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | N/A |
| **NAVY SEAL 1 et al,**<br><br>v.<br><br>**JOSEPH R. BIDEN et al,** | | LANGUAGE: | N/A |
| | | PLANTIFF COUNSEL<br>Mathew D. Staver, Daniel Schmid, Horatio Mihet, Roger Gannam, Richard Mast | |
| | | DEFENSE COUNSEL<br>Amy Powell , Cassie Snyder | |
| COURT REPORTER:  Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: | 10:32 AM – 12:00 PM<br>12:15 PM – 1:16 PM | Total:<br>2hours 29 mins | |
| | | COURTROOM: | ZOOM |

**PROCEEDINGS:  Preliminary Injunction**

All parties present and identified for the record.

Plaintiff (Roger Gannam) calls first witness.
    1st Witness: Plaintiff Cadet Air Force Academy
        Direct examination: Roger Gannam
        Cross examination:  Cassie Snyder
        Redirect examination: Roger Gannam

Plaintiff (Mat Staver) makes closing argument regarding (Doc. 157).

Defense (Amy Powell) makes closing argument regarding (Doc. 157).

Plaintiff exhibits move to unseal exhibits  29, 30, and 31.

Court takes the issue under advisement and will issue an order accordingly.