# NOMINATION FOR AWARD

| AWARD | CATEGORY (If Applicable) | AWARD PERIOD |
|---|---|---|
| Wg Outstanding 4 Degree Competition | Fall Semester | August-December 2021 |

| RANK/NAME OF NOMINEE (First, Middle Initial, Last) | MAJCOM, FOA, OR DRU |
|---|---|
| C/Amn | USAFA |

| DAFSC/DUTY TITLE | NOMINEE'S TELEPHONE (DSN & Commercial) |
|---|---|
| C4C / Scheduling Airman | |

| UNIT/OFFICE SYMBOL/STREET ADDRESS/BASE/STATE/ZIP CODE |
|---|
| CW/CS-22 USAF Academy, CO 80840 |

| RANK/NAME OF UNIT COMMANDER (First, Middle Initial, Last)/COMMANDER'S TELEPHONE (DSN & Commercial) |
|---|
| Maj /Alyssa S. Tetrault / DSN 333-4594 & COMM (719) 333-4594 |

**SPECIFIC ACCOMPLISHMENTS** (Use single-spaced, bullet format)

**LEADERSHIP AND JOB PERFORMANCE IN PRIMARY DUTIES:**
- #1/15 CSOPS 4-Deg!est'd tm rec; piloted Grnd sys iso 7 sat passes/2x avg f/peers--crushed USSF/partners rdyness objs
- Sel'd f/Int'l policy update tm; guided 63 prsnl/wrk'd w/NATO ofcrs--align'd Int'l Space law w/CSAF's ACOL strat policy
- Sq SAMI prep lead; org'd pre-insps w/ldrshp f/28 cdts & rallied 80 prsnl--nailed Wg's highest avg/98%/key to #6 OSS
- Drove Habitat f/Humanity projs; oversaw 7 cadets/cmplted 2 houses/10 hrs--boosted USAFA relations w/COS families
- Supv'd Sq Sanitation tm; led 7-mbrs/cleaned shared areas/quad trash--min expo to CV19/Noro virus f/3 Sqs/11 SI cadets
- C4C Acad lead; accpt'd to ASP, taught/spt'd 55 cadets wg-wide/6 crses/29 hrs--sv'd 13 f/Acad prob/enabled 1 ASP entry
- Crushed USAFA evals; achv'd 99 AMI/98 SAMI/100 PAI/95 K-Test avg/aid'd 28 cdts--lauded by Polish CC/delegates
- Helmed Sq's AFSC-release spt; wrk'd LOG/rallied 84 cadets/9-mbr tm--celebrated 24 C1Cs/shared milestone w/families
- Drove Space Game dvlpmnt f/i5; pln'd goals/advis'd 8-mbr tm--prim'd space warfighting/fortified USSF recruiting prgm
- Expedit'd FalconNet v2 dvlpmnt; drove tm/cod'd software/42 hrs--sv'd DoD $3M/imprv'd prsnl app f/18K svc mil cadets

ACRONYMS:
ACOL - Accelerate Change or Lose
ASP - Academy Scholar's Program
CSOPS - Cadet Space Operations Squadron
i5- USAFA Institute for Applied Space Policy and Strategy
LOG - Logistics
NATO - North Atlantic Treaty Organization
PAI - Personal Appearance Inspection
PEA - Physical Education Average


CUM GPA: 3.93
CUM MPA: 3.638
CUM PEA: 3.610