

**U.S. Air Force Academy Public Affairs**

**U.S. AIR FORCE ACADEMY, Colo. –** The Air Force Academy will open to the public August 2, nearly 17 months after closing to all but official business to safeguard its community during the coronavirus pandemic.

"We're excited to welcome the community back to the U.S. Air Force Academy," said Lt. Gen. Richard Clark, the school's superintendent. "I'm proud of our Academy team for their incredible work to ensure a safe, successful environment for our cadets, faculty and families. Cadets have been back since last fall and we've learned to work in an environment focused on reducing COVID risks."

In keeping with Defense Department guidance, all service members, federal employees, onsite contractor employees and visitors, regardless of vaccination status, will wear a mask indoors at the Academy, according to Col. Christopher Leonard, commander of the 10th Air Base Wing – the Academy's host unit.

"El Paso County, Colorado is designated an area of high community transmission," Leonard wrote in a memo sent to all cadets and staff members at the base, July 29.

The 10th Air Base Wing is responsible for the health and safety of service members, families, faculty and cadets who live and work on the base.

With the reopening of the base, the Academy begins a gradual transition to normal operations in hosting the public.



VIRTUAL TOUR    RADIO    PARENTS    GRADUATES    VISITORS    PREP SCHOOL    GRADUATION    NEWSLETTER

APPLY TODAY

ACADEMICS    ADMISSIONS    NEWS    RESEARCH    CADET LIFE    MILITARY    ATHLETICS    ABOUT

Masks are required for all visitors while on the Academy, regardless of vaccination status and in accordance with DOD guidance.

The Academy Visitors Center, with informational displays and presentations, opens weekdays, 9 a.m. to 5 p.m. Visitors are also welcome in the Arnold Hall food court and on hiking and biking trails.

Visitors may observe the cadet area from the chapel wall, athletic fields from the overlook parking areas, aircraft on permanent static display and ongoing Airmanship training.

Noon meal formations return with the start of the academic year Aug. 9.

**Falcon Athletics**

The Falcon Athletics ticket office resumes regular hours of operation, 9 a.m.-5 p.m. weekdays, in the Cadet Field House and online.

Visit *GoAirForceFalcons.com* for the latest schedules, venue maps and game times. Academy Athletics opens to the public with the first intercollegiate event of the year, 6 p.m., Aug. 14 in the cadet soccer stadium, as the Falcons host Colorado in women's soccer.

Air Force football hosts two practices open to the public, 9:30 a.m., Aug. 14 and 21 in Falcon Stadium. The Falcons open the season against Lafayette, noon, Sept. 4 in Falcon Stadium.

**Ongoing Closures**

Ongoing closures include the Cadet Chapel (undergoing renovation), the Planetarium, and the Harmon Hall Parking Lot. In all cases, services could be limited due to COVID restrictions.

Academy officials continue to monitor and evaluate risks related to COVID closely. As needed, additional measures will be enforced to ensure the success of the primary mission of developing Leaders of characters for the Air and Space Forces.

Visit  www.usafa.edu/news/coronavirus for COVID-19 updates.



◀ OLDER

SHARE

NEWER ▶

Air Force Academy, Air University partnership shows growth 2 years...

U.S. Air Force Academy's Cadet Chapel restoration project expands

Cadets collaborate in B-52 Bomber ejection seat redesign

U.S. Air Force Academy celebrates research achievements at annual awards...

U.S. Air Force Academy's



## ACADEMICS

DEPARTMENTS

MAJORS & MINORS

LIBRARY

ACADEMIC CALENDAR

RESEARCH CENTERS

FACULTY AND STAFF DIRECTORY

## CAMPUS

EVENTS

EMPLOYMENT

EMERGENCY

WEATHER

HELPING AGENCIES

APPS

## COMMUNITY

AF CYBERWORX

USAFA BAND

FORCE SUPPORT

WINGS OF BLUE

## VISIT

VISITORS

CAMPUS MAP

FACILITIES

CADET CHAPEL

PLANETARIUM

BASE ACCESS

CONTACT US

## SOCIAL

FACEBOOK

TWITTER

INSTAGRAM

YOUTUBE

LINKEDIN

FLICKR

© 2022 United States Air Force Academy, All Rights Reserved

The appearance of hyperlinks does not constitute endorsement by the Department of the Air Force or the information, products, or services contained therein. For other than authorized activities such as military exchanges and morale, welfare and recreation sites, the Department of the Air Force does not exercise any editorial control over the information you may find at these locations. Such links provided are consistent with the stated purpose of this DOD Web site.