

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS UNITED STATES AIR FORCE ACADEMY**

| U.S. District Court Middle District of Florida PLAINTIFF EXHIBIT |
|---|
| Exhibit Number: 35 |
| Case Number: 8:21-cv-2429-SDW-TGW |
| Case Style: NAVY SEAL 1, et al.,. v. LLOYD AUSTIN, et al., |
| Date Identified: |
| Date Admitted: |

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: _____
   RANK, NAME, UNIT

SUBJECT: Commitment to Receive Novavax COVID-19 Vaccine

1. I agree and commit that if the Novavax COVID-19 vaccine[1] is approved by the Food and Drug Administration (FDA), to include under an emergency use authorization (EUA) and becomes reasonably available in the United States (defined as available at military treatment facilities, commercial pharmacies, or State public health departments) I will receive the Novavax COVID-19 vaccine and become fully vaccinated. I acknowledge that I have had sufficient time and access to resources to learn about the Novavax COVID-19 vaccine and/or that I can access such resources through the 10th Medical Group. I make this commitment voluntarily, knowingly and with full intent to receive the Novavax vaccine when it becomes reasonably available.

2. I understand that if I have any additional questions about the Novavax or any other COVID-19 vaccine, Lt Col Jessica Lotridge at the 10th Medical Group can provide me educational materials and answer my questions.

3. I acknowledge that in exchange for this commitment, my chain-of-command will abstain from taking any disciplinary or administrative action concerning my refusal to obtain a vaccine. However, if I fail to abide by this commitment after the Novavax COVID-19 vaccine is approved and is reasonably available, I understand that I will be subject to disciplinary action, to include disenrollment, for my failure to obey orders requiring vaccination.

4. In the event that the Novavax COVID-19 vaccine is disapproved or it is not approved or made reasonably available in the United States by 1 August 2022, this commitment will be revisited to determine whether I will be given additional time to obtain the Novavax COVID-19 vaccine or if I will again be subject to disciplinary action, to include disenrollment. I do not make this commitment lightly, and I fully intend to follow through.

_____
NAME, RANK, UNIT

---

[1] This includes identical vaccines marketed or approved under a different name to include, but not limited to: Nuvaxovid, CovoVaax, NVX-CoV2373, and TAK-019).

*Integrity - Service - Excellence*