

**DEPARTMENT OF THE AIR FORCE**

**USAF ACADEMY COLORADO**

U.S. District Court
Middle District of Florida
PLAINTIFF EXHIBIT

Exhibit Number: 36
Case Number: 8:21-cv-2429-SDW-TGW
Case Style: NAVY SEAL 1, et al.,
v.
LLOYD AUSTIN, et al.,
Date Identified:
Date Admitted:

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: C4C ███████████, USAFA CS-22

SUBJECT: Extension Request to Decide on Novavax Commitment

1. The disenrollment process for me not complying with the COVID-19 vaccine mandate based on religious objections is set to start on Monday 25 April 2022.

2. I was notified on Friday 22 April 2022, at approximately 1200, that I am being offered the chance to commit to receiving the Novavax COVID-19 vaccine when it becomes FDA approved and reasonably available. I was given two and one half (2 ½) days, over the weekend, to make this decision.

3. I have prayed about the decision, researched the vaccine, and asked Lt Col Lotridge questions about the vaccine, and I do not yet know if this vaccine is consistent with my religious beliefs.

4. Due to the fact that I was given roughly 5 business hours to contact people and ask questions from the perspective of having this chance to commit to a Novavax Vaccine and that I do not yet know if this commitment is consistent with my religious beliefs, I request an extension to Wednesday 27 April 2022 at 1645 to the deadline to commit to the Novavax COVID-19 vaccine.

5. If you have any questions, please contact me at (███████████) or ███████████@afacademy.af.edu.

