UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                                  CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

## **ORDER**

    To preserve the status quo, to permit a reasonable time to resolve the issues addressed at the April 28, 2022 hearing and in the parties' papers, to review the plaintiffs' response (due May 9, 2022) to the motion (Doc. 139) to dismiss or sever, and for other good cause, the interim injunctive relief (Doc. 174) for USAFA Cadet is **EXTENDED** through **MAY 19, 2022**.

    To aid review of the defendants' motion, the plaintiffs' response (in an exhibit that will not reduce the pages allowed for the response) must (1) identify each plaintiff who at the filing of the complaint (Doc. 1) "reside[d]" (as that term is used in 28 U.S.C. § 1391(e)(1)) within the Middle District of Florida and the status of each of the identified plaintiffs' requests for religious (and any other) exemption from

vaccination and (2) state the facts supporting the assertion of residence and state the status of the pending requests.

ORDERED in Tampa, Florida, on May 5, 2022.

                                        STEVEN D. MERRYDAY
                              UNITED STATES DISTRICT JUDGE