UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                                           CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

**ORDER**

    Reporting that "[p]laintiffs' counsel have been unable to devote the appropriate amount of time and attention to preparing the response due to the press of other professional obligations," the plaintiffs move (Doc. 185) unopposed to further extend the time within which to respond to a motion to dismiss filed more than fifty-two days ago. The unopposed motion (Doc. 185) is **GRANTED**. Not later than **MAY 23, 2022**, the defendants must respond to the motion to dismiss and must include the exhibit required by the May 5, 2022 order (Doc. 183). No further extension of this deadline is available absent an acute circumstance.

    To preserve the status quo pending an opportunity to review the plaintiffs' response to the motion to dismiss and for the other reasons explained in the May 5,

2022 order (Doc. 183), the interim injunctive relief (Doc. 174) for USAFA Cadet is **EXTENDED** through **JUNE 2, 2022**.

ORDERED in Tampa, Florida, on May 9, 2022.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE