IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **NAVY SEAL # 1,** et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>**JOSEPH R. BIDEN, JR.**, in his official capacity as President of the United States, et al.,<br><br>                Defendants. | Case No. 8:21-cv-02429-SDM-TGW |

## SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g)(3), Defendants hereby certify that the parties have resolved all of Defendants' motion, ECF No. 187, for leave to respond to Plaintiffs' supplemental memorandum. Plaintiffs do not object to Defendants' request as articulated in the motion.

Dated: May 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Liam C. Holland*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel

1

ZACHARY A. AVALLONE
COURTNEY D. ENLOW
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
Email: liam.c.holland@usdoj.gov

*Counsel for Defendants*