UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                              CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, et al.,

    Defendants.
_____/

### ORDER

The defendants' unopposed motion (Doc. 187) for leave to respond to the plaintiffs' supplemental memorandum in support of class certification is **GRANTED**. Not later than **MAY 23, 2022**, the defendants may respond in a paper not exceeding twenty pages.

ORDERED in Tampa, Florida, on May 16, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE