# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NAVY SEAL 1, *et al.*, for themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> LLOYD AUSTIN, in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 8:21-cv-2429-SDM-TGW |

## EXHIBIT A

Pursuant to the Court's Order of May 5, 2022 (Doc. 183), Plaintiffs submit this Exhibit A to their Response in Opposition to Defendants' Motion to Dismiss. providing the Court with the information requested. Plaintiffs NAVY SEAL 2, United States Navy, and NAVY CHIEF WARRANT OFFICER, United States Navy, both resided in Florida as that term in used in 28 U.S.C. §1391(e), and the facts outlining such residence and the status of their requested accommodation are outlined below.

(1)  As of the time of filing Plaintiffs' initial Complaint (Doc. 1), Plaintiff NAVY SEAL 2, United States Navy, is stationed at a military installation and resides in Tampa, Florida. (Doc. 1, ¶ 18; Doc. 105, 2d Amend. V. Compl., ¶ 33.) NAVY SEAL 2 "resides" in the Middle District of Florida under 28 U.S.C. § 1391(e)(1) because he is domiciled in this district. 28 U.S.C. § 1391(c)(1). He is domiciled in the Middle District of Florida because he is physically present in the district, as required

by his military station (Doc. 105, ¶ 33), and has established independent residence in Tampa, Florida apart from his military station. The Navy denied NAVY SEAL 2's initial religious accommodation (RA) request, which denial he timely appealed, and he awaits the Navy's decision on the appeal.

(2)     As of the filing of Plaintiffs' Second Amended Complaint (Doc. 105), Plaintiff NAVY CHIEF WARRANT OFFICER, United States Navy Reserve, is a citizen of the State of Florida, who resides in Ruskin, Florida. (Doc. 105, ¶ 39.) NAVY CHIEF WARRANT OFFIER "resides" in the Middle District of Florida under 28 U.S.C. § 1391(e)(1) because he is domiciled in this district. 28 U.S.C. § 1391(c)(1). While NAVY CHIEF WARRANT OFFICER was on active-duty Navy orders, the Navy denied NAVY CHIEF WARRANT OFFICER's initial RA request on December 12, 2021, which he timely appealed on December 21, 2021, and he awaits the Navy's decision on the appeal. (Doc. 105, ¶¶ 39, 134.) As a result of his pending RA request, however, the Navy refused to renew NAVY CHIEF WARRANT OFFICER's active-duty orders, leaving him only intermittent (one weekend per month) Navy Reserve employment. (Doc. 105, ¶¶ 39, 134.)

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid*
Richard L. Mast*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
rmast@lc.org
*Admitted specially

***Attorneys for Plaintiffs***