UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                            CASE NO. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

**ORDER**

    In related actions, a January 10, 2023 order directs the defendants to file a brief in this action and in the related action, 8:22-cv-1275. The defendants timely filed a motion and memorandum in this action and in the related action. However, because the defendants' motion (Doc. 200) in this action bears the case caption of the related action, the clerk terminated the motion.

    The defendants — timely and in good faith — complied with the January 10, 2023 order. The motion (Doc. 200) is **ACCEPTED** as timely filed in this action, as correctly filed in this action, and as requesting relief in this action. The clerk is directed to "un-terminate" the motion and restore the docket text as originally filed.

    ORDERED in Tampa, Florida, on January 19, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE