UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVY SEAL 1, et al.,

    Plaintiffs,

v.                                                              Case No. 8:21-cv-2429-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

COLONEL FINANCIAL MANAGEMENT
OFFICER, et al., on behalf of himself and others
similarly situated,

    Plaintiffs,

v.                                                              Case No. 8:22-cv-1275-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

PILOT, et al.,

    Plaintiffs,

v.                                                              Case No. 8:22-cv-1278-SDM-TGW

LLOYD AUSTIN, Secretary of the
Department of Defense, et al.,

    Defendants.
_____/

# NOTICE

The parties have met in good faith to conduct settlement discussions in the matters of Navy Seal 1 et al v. Austin et al, 8:21-cv-02429-SDM-TGW; Colonel Financial Management Officer, et al v. Austin, III, et al, 8:22-cv-01275-SDM-TGW; and Pilot, et al v. Austin, III et al, 8:22-cv-01278-SDM-TGW. The parties have been unable to come to an agreement. Therefore, the undersigned declares an impasse as to these matters at this time.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record