# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **COLONEL FINANCIAL MANAGEMENT OFFICER,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br> Defendants. | Case No. 8:22-cv-1275 (SDM/TGW) |
| **NAVY SEAL 1,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD AUSTIN,** in his official capacity as Secretary of the United States Department of Defense, *et al.*, <br><br> Defendants. | Case No. 8:21-cv-2429 (SDM/TGW) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs[1] and Defendants[2] in *Navy SEAL 1 v. Biden*, No. 8-21-cv-2429 (M.D. Fla.) and *Colonel Financial Management Officer v. Austin*, No. 8:22-cv-1275 (M.D. Fla.)*,* hereby submit this Stipulation of Dismissal. On October 3, 2023, the parties entered into a settlement agreement for full resolution of any and all claims by Plaintiffs for attorney's fees, costs, and other litigation expenses in both of these actions (including "fees on fees"). *See* ECF No. 311-1. Payment was made by Defendants on October 17, 2023, and cleared in Plaintiffs' account on October 19, 2023. There being no

---

[1] Plaintiffs in *Navy SEAL 1 v. Biden* include the individuals identified in the Second Amended Complaint as NAVY SEAL 1, United States Navy; NAVY SEAL 2, United States Navy; SENIOR CHIEF PETTY OFFICER, United States Navy; CHAPLAIN, United States Navy; NAVY EOD OFFICER, United States Navy; COMMANDER SURFACE WARFARE OFFICER, United States Navy; NAVY CHIEF WARRANT OFFICER, United States Navy Reserve; COLONEL FINANCIAL MANAGEMENT OFFICER, United States Marine Corps; LIEUTENANT COLONEL 1, United States Marine Corps; LIEUTENANT COLONEL 2, United States Marine Corps; RESERVE LIEUTENANT COLONEL, United States Marine Corps; MAJOR, United States Marine Corps; CAPTAIN, United States Marine Corps; CAPTAIN 2, United States Marine Corps; CAPTAIN 3, United States Marine Corps; FIRST LIEUTENANT United States Marine Corps; SECOND LIEUTENANT, United States Marine Corps; CHIEF WARRANT OFFICER 3, United States Marine Corps; LANCE CORPORAL 1, United States Marine Corps; LANCE CORPORAL 2, United States Marine Corps; CHAPLAIN, United States Air Force; RESERVE LIEUTENANT COLONEL 1, United States Air Force; RESERVE LIEUTENANT COLONEL 2, United States Air Force; MASTER SERGEANT SERE SPECIALIST, United States Air Force; TECHNICAL SERGEANT, United States Air Force; CADET, United States Air Force Academy; COLONEL, United States Army; ARMY RANGER, United States Army; NATIONAL GUARDSMAN, Virginia Army National Guard; PILOT, United States Coast Guard; LCDR PILOT, United States Coast Guard; and LIEUTENANT, United States Coast Guard.

Plaintiffs in *Colonel Financial Management Officer v. Austin* include the individuals identified in the Third Amended Complaint as COLONEL FINANCIAL MANAGEMENT OFFICER, United States Marine Corps; LIEUTENANT COLONEL 1, United States Marine Corps; RESERVE LIEUTENANT COLONEL, United States Marine Corps; CAPTAIN, United States Marine Corps; CAPTAIN 2, United States Marine Corps; CAPTAIN 3, United States Marine Corps; FIRST LIEUTENANT, United States Marine Corps; SECOND LIEUTENANT, United States Marine Corps; CHIEF WARRANT OFFICER 4, United States Marine Corps; CHIEF WARRANT OFFICER 3, United States Marine Corps; LANCE CORPORAL 1, United States Marine Corps; LANCE CORPORAL 2, United States Marine Corps; LANCE CORPORAL 3, United States Marine Corps; MIDSHIPMAN 2/C, United States Marine Corps; GUNNERY SERGEANT, United States Marine Corps.

[2] Defendants are Lloyd J. Austin III, in his official capacity as Secretary of Defense; Christine Wormuth, in her official capacity as Secretary of the United States Army; Carlos Del Toro, in his official capacity as Secretary of the United States Navy; Gen. David H. Berger, in his official capacity as Commandant of the United States Marine Corps; Frank Kendall, in his official capacity as Secretary of the United States Air Force; and Alejandro Mayorkas, in his official capacity as Secretary of the Department of Homeland Security (collectively, "Defendants").

further issues in dispute between the parties, Plaintiffs and Defendants hereby stipulate and agree to the dismissal of this action with prejudice.

Dated: October 19, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel

Respectfully submitted,

/s/ Amy. E. Powell
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
MICHAEL P. CLENDENEN
LIAM HOLLAND
CATHERINE M. YANG
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (919) 856-4013
Email: amy.powell@usdoj.gov
*Counsel for Defendants*

/s/ Horatio G. Mihet
Mathew D. Staver
Horatio G. Mihet
Daniel J. Schmid*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@lc.org
hmihet@lc.org
dschmid@lc.org
*Admitted specially
**Attorneys for Plaintiffs**